ORIGINAL

RECEIVED
JUL 6 2004
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

ECF

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s) DIE CASTERS INTERNATIONAL, INC.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] GARY MARCUS, ESQ.

Firm Name: GOLDBERG & CONNOLLY

04-1113C

Post Office Box:

Street Address: 66 North Village Avenue

City-State-Zip: Rockville Centre, NY 11570

Telephone & Facsimile Numbers: (516) 764-2800 Fax: (516) 764-2827

E-mail address: gmarcus@goldbergconnolly.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 1 6

Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Government Agency Involved: D O D

See attached Sheet for three digit code.

Amount Claimed: $ 113,356,542.22

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date: (Vaccine Cases Only)

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

July 1, 2004