**Defense Threat Reduction Agency**
8725 John J. Kingman Road MSC 6201
Fort Belvoir, VA 22060-6201

14 April 2003

Mr. Alan C. Frederickson
President
Die Casters International, Inc.
One Spruce Terrace
Wayne, New Jersey 07470

Subject: Contract Closeout of DTRA Contract DNA001-95-C-0169

Dear Mr. Frederickson:

As previously conveyed to you, by DTRA, through numerous pieces of correspondence, no funds remain on the contract. Additionally, the contract includes the Federal Acquistion Regulation clause 52.232-20 "Limination of Cost", and the Government will not modify the contract to increase funding. All information available to DTRA indicates that the only payments made for the equipment purchased under this contract were funded by DTRA. Consequently, as the only party contributing to the cost of the equipment, DTRA determined title to vest in the Government. DTRA took possession and has disposed of the equiment. Based on the above, no further action is usefull at this point, and the contract is considered closed.

Sincerely,

Michael L. Benavides
Michael L. Benavides
Contracting Officer