Goldberg & Connolly
· ATTORNEYS AT LAW ·
G&C Building
66 North Village Avenue • Rockville Centre • New York 11570
516-764-2800 • Fax 516-764-2827

February 25, 2004

Michael L. Benavides
Contracting Officer
Defense Threat Reduction Agency ("DTRA")
8725 John Jay Kingman Road
Box MSC 6201
Fort Belvoir, VA 22060-6201

Reference A: Die Casters International, Inc.'s ("DCI") Claim with Respect to An "Equitable Distribution" Pursuant to FAR 52.232-20 (h) of The Property Produced or Purchased Under The Defense Threat Reduction Agency ("DTRA") Contract No. DNA001-95-C-0169 for Defense Conversion for the Ukraine (the "Contract").

Reference B: DCI's Breach of Contract Claim with Respect to the Disposition by DTRA of the Property Produced or Purchased under the Contract.

Enclosure A: One (1) binder containing both of the above-referenced Claims of DCI.

Enclosure B: One (1) binder containing supporting Attachments to both of the above-referenced Claims of DCI.

Dear Mr. Benavides:

Please accept this letter, and its enclosures, as the above-referenced Claims of DCI. Both Claims are contained in the first enclosed binder, while the second enclosed binder contains the supporting Attachments to the Claims. The First Claim is in the amount of $3,359,901.51 representing DCI's Incurred Costs of $2,921,653.49, plus a reasonable profit of $438,248.02 and

Michael L. Benavides
Contracting Officer
Defense Threat Reduction Agency ("DTRA")
Page 2
February 25, 2004

is based upon DCI's rights to an "equitable distribution" pursuant to FAR 52.232-20 (h) of the property produced or purchased under the Contract. The Second Claim is in the amount of $109,996,640.71 for damages with respect to the value of the Equipment in the amount of $5,995,969.49, plus a reasonable profit of $893,395.42 attributable to the Equipment, and lost profits of $103,147,275.80 and is based upon DCI's breach of contract claim resulting from the illegal and wrongful disposition by DTRA of the property produced or purchased under the Contract. In addition to the aforesaid amounts, DCI is entitled to settlement expenses in the amount of $137,191.74 and interest pursuant to FAR 33.208.

Attached to the Claims as Appendix C is the Certification as provided for in FAR 33.207(c). DCI hereby requests that the Contracting Officer file a final decision on these claims as provided for in FAR 33.211. Please be further advised that any failure to issue a decision within the required time period will be deemed a decision denying these claims and will authorize DCI to file an appeal or suit on these claims. Pending the Contracting Officer's final decision, DCI hereby requests that the government complete its audit of the balance of the Incurred Costs for the Contact. It should be noted that DCAA has already audited approximately 84% of the Incurred Costs (see Claim Part VI - SUMMARY and Claim Part III, Document VV). Please contact Regina Hanel, Supervisory Auditor, at DCAA, Northern New Jersey Branch Office, Building 3502 South, Picatinny Arsenal, NJ 07806-5000, Telephone (973) 785-6664.

If you need any further information with respect to these claims or wish to schedule a meeting to discuss them, please contact me.

Very truly yours,

GOLDBERG & CONNOLLY

By [signature]
Gary Marcus

GM/bas
Encl.

cc: Alan C. Frederickson, President
Die Casters International, Inc.
One Spruce Terrace
Wayne, NJ 07470

cc: Charles S. Walters
LTC, JA
Chief, Eastern Torts Branch
U.S. Army Claims Service
4411 Llewellyn Ave.
Fort Meade, MD 20755-5360