# In the United States Court of Federal Claims

No. 04-1113C
(Filed July 12, 2004)

* * * * * * * * * * * * * * * * * * * * * *
**DIE CASTERS INTERNATIONAL, INC.**

Plaintiff,

v.

**UNITED STATES,**

Defendant.
* * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to RCFC 40.1(b), this case is hereby **TRANSFERRED** to the Honorable Susan G. Braden.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge