IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIE CASTERS INTERNATIONAL, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-1113C |
| | ) | (Judge Wolski) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of WILLIAM K. OLIVIER as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

WILLIAM K. OLIVIER
Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor
1100 L Street, N.W.

Dated: July 19, 2004

*/s/ William K. Olivier*

WILLIAM K. OLIVIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tel: (202) 307-6288
Fax: (202) 514-7965
Email: william.olivier@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 19th day of July, 2004, I caused to be placed in the United States mail (first-class mail, postage prepaid) copies of "NOTICE OF APPEARANCE" addressed as follows:

Gary Marcus, Esq.
Goldberg & Connolly
66 North Village Avenue
Rockville Centre, NY 11570

*/s/ William K. Olivier*