**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

DIE CASTERS INTERNATIONAL, INC., Plaintiff,

v.

THE UNITED STATES, Defendant.

No. 04-1113C
(Judge Wolski)

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant respectfully requests an enlargement of time of ten days, to and including September 17, 2004, to file our response to the complaint, which now is due on September 7, 2004. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has stated that plaintiff will not object to this request.

Defendant's counsel timely requested, pursuant to 28 U.S.C § 520, that the appropriate agency provide him with a litigation report. However, agency counsel informed us on August 27, 2004, that he will not be able to complete the litigation report until September 1, 2004. At that time, defendant's counsel will not be able to review the litigation report and prepare a response to the complaint before September 7, 2004, because he is required to prepare a response brief in Campbell v. United States, No. 04-5097 (Fed. Cir.), that now is due on September 3, 2004, and a motion for partial summary judgment in Inversa, S.A. v. United States, No. 01-220C (Fed. Cl.), that now is due on September 10,

2004. Therefore, we anticipate that we will need an additional ten days to file our response to the complaint in this matter.

For the foregoing reasons, we respectfully request that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Mark A. Melnick by Donald E. Kinner
MARK A. MELNICK
Assistant Director

/s/ William K. Olivier
WILLIAM K. OLIVIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-6288
Fax: (202) 514-7965
Email: william.olivier@usdoj.gov

Attorneys for Defendant

Dated: August 27, 2004