**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**DIE CASTERS INTERNATIONAL, INC.,**

Plaintiff,

No.04-1113C
(Judge Braden)

- against -

**UNITED STATES OF AMERICA,**

Defendant.

AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

STATE OF NEW YORK)
) ss.:
COUNTY OF NASSAU )

**ALAN C. FREDERICKSON**, being duly sworn, says:

1. I am the principal shareholder, the sole director, and president of the Plaintiff in the above-entitled action and submit this affidavit in support of Plaintiff's motion for partial summary judgment. I am fully familiar with the facts and circumstances surrounding this action.

2. Count One of Plaintiff's complaint in the above-reference action seeks damages in the amount of $3,359,901.51 for breach of contract arising from Defendant's failure to negotiate and provide Plaintiff with the Plaintiff's share of the "equitable distribution" of