the Equipment Plaintiff designed and acquired under Contract DNA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 (the "Contract"), as required by FAR 52.232-20(h). (A copy of the Complaint is annexed as Exhibit 1).

3. These failures by the Defendant have caused Plaintiff to lose its entire investment in the Contract which, in turn, has put both the Plaintiff and myself in financial extremis.

4. Plaintiff, is a corporation which I organized in 1994 and exists under the laws of the State of New Jersey, with its principal place of business in Wayne, New Jersey.

5. Plaintiff is a small business, as that term is utilized in the relevant Federal Acquisition Regulations ("FAR") and was created to implement the formation of a die casting industry in the independent states of the former Soviet Union.

6. On October 27, 1995, the Defense Nuclear Agency, the predecessor in interest to the Defense Special Weapons Agency, which in turn was the predecessor in interest to the Defense Threat Reduction Agency ("DTRA"), awarded the Contract to Plaintiff. (A copy of the Contract is annexed as Exhibit A to the Complaint, which is Exhibit 1 to this Affidavit).[1]

---

1 Please note for the sake of clarity, Exhibits to this Affidavit are numbered, Exhibits to the Complaint are lettered.

7. The Contract was a cost sharing contract with total original estimated costs of $4,100,427.00 of which the Defendant's share was $3,034,316.00 and Plaintiff's share was $1,066,111.00. (*Id.*, Contract at 1 and 2).

8. Pursuant to the Statement of Work, which was incorporated by reference into the Contract, Plaintiff was to provide capital equipment, material, training and business assistance/advisory services (hereinafter referred to collectively as the "Equipment") to a joint venture (hereinafter the "Joint Venture") to be established between Plaintiff and a Ukrainian Joint Venture Partner ("UJVP"). The UJVP was to supply an existing die casting factory (the "Facility") which was to be improved by the installation of the Equipment designed and provided by Plaintiff. (*Id.*, Contract at 1 through 4 of Attachment One to the Contract).

9. The Joint Venture was to own and operate the modernized die casting Facility. (*Id.*)

10. Plaintiff was required to make substantial investments which included the continued development of its intellectual property that was incorporated in the design of the Equipment and its business plans.

11. The UJVP was identified in the SOW as Meridian Joint Stock Company ("Meridian"). (*Id.*)