detail that approximately 84% of the total incurred costs have been audited by the Defense Contract Audit Agency ("DCAA"). (Copies of the aforesaid documents are all annexed hereto as Exhibit 9.)

29. In that February 25, 2004 letter (*Id.*) and again by letter dated April 20, 2004, Plaintiff, through its counsel, asked the Defendant to complete its audit of the incurred costs (a copy of the April 20, 2004 letter is annexed hereto as Exhibit 10).

30. To date Defendant has made no effort to complete the audit or provide Plaintiff with its "equitable distribution" as required by FAR 52-232-20.

WHEREFORE, for the reasons set forth above and in the accompanying Memorandum of Law, plaintiff respectfully requests that its Motion for Summary Judgment in the amount of $3,359,901.51 be granted with respect to Count 1 of the Complaint.

ALAN C. FREDERICKSON

Sworn to before me this
21st day of September, 2004

Notary Public

CAROL A. HAGENS
NOTARY PUBLIC, State of New York
No. 4895084
Qualified in Nassau County
Commission Expires May 18, ~~19~~ 2007



F:\users\bschneider\Gary Marcus\Legal Documents\Aff'd.-Partial Summary Judg - September 20, 2004