47. The totality of Defendant's conduct, including but not limited to the wrongful and illegal removal and disposition of the Equipment deprived Plaintiff of the benefits for which it bargained under the Contract.

48. By reason of the foregoing, Defendant breached its implied obligations of good faith and fair dealing with respect to the Contract.

49. By reason thereof Plaintiff has been damaged by Defendant in the sum of $109,996,640.71.

**COUNT FIVE - TAKING OF PROPERTY (DEFENDANT'S ACTIONS INCLUDING BUT NOT LIMITED TO DEFENDANT'S WRONGFUL AND ILLEGAL REMOVAL AND DISPOSITION OF PLAINTIFF'S PROPERTY AND RIGHTS CONSTITUTE A TAKING FOR WHICH JUST COMPENSATION IS DUE PLAINTIFF UNDER THE FIFTH AMENDMENT OF THE CONSTITUTION OF THE UNITED STATES)**

50. Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 49 of the Complaint as if set forth fully herein.

51. The totality of Defendant's conduct, including the wrongful and illegal removal and disposition of the Equipment has deprived Plaintiff of its property and rights and constitutes a taking for which just compensation is due Plaintiff pursuant to the Fifth Amendment of the Constitution of the United States.

52. By reason of the Defendant's taking of Plaintiff's property and rights, Plaintiff is entitled to just compensation in an amount of $109,996,640.71.

**WHEREFORE**, Plaintiff respectfully requests that the Court grant it the following relief:

On Count One, a declaration that Defendant's actions constituted a breach of the Contract and an award to Plaintiff of damages in the sum of $3,359,901.51;

On Count Two, a declaration that Defendant's actions constituted a breach of the contract and an award to Plaintiff of damages in the sum of $6,849,364.91;

On Count Three, a declaration that Defendant's actions constituted a breach of the Contract and an award to Plaintiff of damages in the sum of $103,147,275.80;

On Count Four, a declaration that Defendant's actions constituted a breach of the contract and an award to Plaintiff of damages in the sum of $109,996,640.71;

On Count Five, a declaration that Defendant's actions constituted a taking of Plaintiff's property and rights for which just compensation is due Plaintiff and an award to Plaintiff of just compensation in the amount of $109,996.640.71; and

On all Counts, for interest and for such costs, expenses, attorneys' fees as are available under applicable law, and such other relief as this Court may deem necessary and proper under the circumstances.

**DATED:** July 1, 2004

Respectfully submitted,

By: ____________________

Gary Marcus, Esq. (3853)
Goldberg & Connolly
Attorneys for Plaintiff
66 North Village Avenue
Rockville Centre, NY 11570
(516) 764-2800
(516) 764-2827 (Facsimile)