IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**DIE CASTERS INTERNATIONAL, INC.,**

**Plaintiff,**

**- against -**

**UNITED STATES OF AMERICA,**

**Defendant.**

# COMPLAINT

GOLDBERG & CONNOLLY
*Attorneys for*
**Plaintiff**
*Office and Post Office Address, Telephone*
66 North Village Avenue
ROCKVILLE CENTRE, N.Y. 11570-4620
516-764-2800

To

Certified Pursuant to Rule 130-1.1-a

Print name beneath

Attorney(s) for

Service of a copy of the within is hereby admitted.

Dated,

Attorney(s) for

Please take notice

☐ NOTICE OF ENTRY

that the within is a (*certified*) true copy of a
duly entered in the office of the clerk of the within named court on

☐ NOTICE OF SETTLEMENT

that an order of which the within is a true copy will be presented for
settlement to the HON. one of the judges
of the within named court, at
on at M

Dated,

Yours, etc.

GOLDBERG & CONNOLLY
*Attorneys for*
*Office and Post Office Address*
66 North Village Avenue
ROCKVILLE CENTRE, N.Y. 11570-4620

To

Attorney(s) for