Mr. Alan C. Frederickson
Die Casters International
One Spruce Terrace
Wayne, NJ 07470

25 Jul 97

Dear Mr. Frederickson:

You are hereby notified that the Department of Defense has certified that your proposed partner, Burevestnik, has a sufficient association with the production of weapons of mass destruction to qualify as an acceptable partner for Die Casters International and that you may proceed with Burevestnik to complete the work required under your contract with DSWA.

DSWA has been instructed to carefully monitor the implementation of this contract and the performance of Burevestnik. Accordingly, I request that you submit copies of the Joint Venture founders agreement and Charter, a revised milestone schedule, and your plan for financing on the project. DSWA still desires to complete this contract within the current period of performance and would like you to present a plan as to how this will be successfully accomplished. I look forward to meeting you in Ukraine in the next few weeks to tour the plant facilities and would like to receive the requested documents at this time, if not prior. If you have any questions, please do not hesitate to contact me at 703-325-1307.

Harry E Cook

HARRY E. COOK, JR
Program Manager