**Defense Threat Reduction Agency**
45045 Aviation Drive
Dulles, VA 20166-7517

MAY 31 2000

Mr. Alan C. Frederickson
Die Casters International, Inc.
One Spruce Terrace
Wayne, New Jersey 07470

Dear Mr. Frederickson:

To ensure that the equipment now located in Moldova is safeguarded and available should the decision be made to continue the project, it has been determined that DTRA will retrieve the equipment and place it in storage in Ukraine. DTRA will hire and pay the cost of the shipping contractor.

In taking this action it is understood that DCI and others may have a financial interest in the equipment. Therefore, I request that you provide me with the names of all parties with a financial interest in the equipment. Please provide this information to me by June 2, 2000.

No decision to provide funds to DCI has been made. The decision on whether to provide funds to DCI is still under consideration and as soon as it is made I will let you know.

If you have any questions, please contact me at (703) 810-4684.

Sincerely,

Herbert A. Thompson, Jr.
Herbert A. Thompson, Jr
CONTRACTING OFFICER

cc:
Proj. Mgr.-Harry Cook/CTO

REFERENCE B