**Defense Threat Reduction Agency**
45045 Aviation Drive
Dulles, VA 20166-7517

JUN - 2 2000

Mr. Alan C. Frederickson
President
Die Casters International, Inc.
One Spruce Terrace
Wayne, New Jersey 07470

Dear Mr. Frederickson:

Reference your letter dated 1 June 2000, addressed to me and your e-mail of 31 May 2000 addressed to Mark Palevitz.

Your letter states that DCI "has continued to operate under the original contract which still remains in effect and under which I continue to incur costs." Please keep in mind that Federal Acquisition Regulation (FAR) Clause 52.232-20 - Limitation of Cost, is specified in contract DNA001-95-C-0169. This clause lists the responsibilities and limits for both the Government and the Contractor. The clause states that "The Government is not obligated to reimburse the Contractor for costs incurred in excess of the estimated cost to the Government specified in the Schedule." unless you are notified in writing by the Contracting Officer that the estimated cost has been increased, you are not obligated to continue performance under this contract, or otherwise incur costs in excess of the estimated cost specified in the Schedule.

You should also keep in mind that no notice, communication, or representation in any form other than that specified in subparagraph (d)(2) of FAR 52.232-20 from any person other than the Contracting Officer, shall affect the contract's estimated cost to the Government. In the absence of the specified notice that additional funds have been provided, the Government is not obligated to reimburse you for any costs in excess of the Government's share of estimated cost specified in the Schedule.

DCI has over the past eighteen months submitted several widely varying estimates for additional funding which have all been reviewed by DTRA with no decision to provide additional funds. In light of the fact that no notice has been provided by the Contracting Officer that additional funds would be provided, DCI should not have any incurred costs above those allocated in the contract schedule, unless DCI has chosen to provide funds with no expectation of Government reimbursement.

With respect to the referenced e-mail, DTRA has an understanding of all the issues you raise, however, I would like to address some of the issues. The first issue is the statement that "The cost for all this is DTRA's cost and had better not be deducted from the $560,000 budgeted for DCI to complete the project." The second issue is the statement that "DCI has ownership rights to the equipment that had better be respected!"

No decision has been made by DTRA to provide DCI with additional funds in any amount. The allocation of funds to any project and how they are used is a decision that the Department of Defense will make taking into consideration the best interest of the Government. Also, DTRA has no intention of disregarding DCI's interest in the equipment. To the contrary, by taking actions to secure and move the equipment, DTRA is protecting the interest of all parties concerned.

If there are any questions, please do not hesitate to contact me.

Sincerely,

Herbert A. Thompson, Jr.
Herbert A. Thompson, Jr.
CONTRACTING OFFICER

**REFERENCE C**