TROUTMAN SANDERS LLP
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

1300 I STREET, N.W.
SUITE 500 EAST
WASHINGTON, D.C. 20005-3314
www.troutmansanders.com
TELEPHONE: 202-274-2950

Charles A. Zdebski
charles.zdebski@troutmansanders.com

Direct Dial: 202-274-2909
Fax: 202-274-2994

**Via Facsimile: 703-810-4675**
**Original by Mail**

June 8, 2000

Edward Archer
Defense Threat Reduction Agency
45045 Aviation Drive
Dulles, VA 20166-7517

Re: *Die Casters International, Inc. Contract with Defense Nuclear Agency, Project No. PR4BROS940261B, Effective Date October 27, 1995: Equipment Located in Moldova*

Dear Mr. Archer:

I am writing to follow up my telephone conversation with you of Tuesday, June 6, 2000, and the correspondence that has been exchanged between the Defense Threat Reduction Agency ("DTRA"), on the one hand, and this firm and its client, Die Casters International, Inc. ("DCI"), on the other hand, regarding the above-referenced contract.

In our conversation, you acknowledged that, under the above-referenced contract, DCI has ownership rights in certain equipment obtained pursuant to the contract and currently located in a factory in Moldova. You also acknowledged that DTRA has not provided DCI with: (1) an explication of the legal authority under which it intends to relocate the equipment to Kyiv; (2) the reasons for the relocation; (3) the terms and circumstances of the relocation; (4) the site in Kyiv to which DTRA intends to move the equipment; (5) assurances that the equipment will be properly inspected, handled and maintained; and (6) the status of the contract. You promised to respond to these questions, and to provide further considered evaluation of DTRA's actions. To date, you have done neither.

Part I, paragraph 5 of the contract, and the applicable Federal Acquisition Regulations, make clear both that DCI has ownership rights in the equipment and is responsible for its safekeeping. Therefore, DCI continues to demand both an immediate response to the above questions and that DTRA cease and desist from any efforts to relocate the equipment unless and until it receives written consent from DCI to do so.

**REFERENCE D**

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP



DTRA's unilateral unauthorized actions and failure to communicate evidence a clear lack of good faith and unwillingness to abide by the law. DTRA is thus advised that DCI reserves the right to pursue all remedies available at law or in equity.

Sincerely,

Charles A. Zdebski

CAZ:ljk

cc: Dr. Jay Davis
David Rickard, Esq.
Alan C. Fredrickson