JUL-14-2000 10:48 DTRA 703 810 4675 P.02/02

**Defense Threat Reduction Agency**
45045 Aviation Drive
Dulles, VA 20166-7517

JUL 14 2000

Mr. Alan C. Frederickson
President
Die Casters International, Inc
One Spruce Terrace
Wayne, New Jersey 07470

Dear Mr. Frederickson,

Reference Defense Threat Reduction Agency (DTRA) contract DNA001-95-C-0169, also reference DTRA letter dated 15 June 2000.

As you are aware from the referenced letter, contract DNA001-95-C-0169 is currently in the process of being closed out. To facilitate this process you are requested to provide the following information.

a. Complete list of equipment purchased under the contract.

b. Documentation reflecting the cost of the equipment at time of purchase.

c. Documentation reflecting the percentage of funding DCI contributed to purchase each item of equipment.

To expedite the closeout process, request you provide the above information by 21 July 2000.

Also, as required for contract closeout, the Defense Contract Audit Agency (DCAA) has been requested to conduct an audit of the referenced contract. It is my understanding that DCAA is currently performing related audit work at DCI and I have requested that this work be expedited to allow us to promptly resolve any closeout issues.

If there are any questions, please do not hesitate to contact me.

Sincerely,

Herbert A. Thompson, Jr.
CONTRACTING OFFICER

cc: Mr Charles Sdebati, Esq.

REFERENCE F