Subj: **DCI Equipment Tables**
Date: 7/21/00 2:32:53 PM Eastern Daylight Time
From: DCI Wayne
To: Herbert.Thompson@DTRA.mil
CC: Palevitm@OSD.Pentagon.mil
CC: charles.zdebski@troutmansanders.com

File: Dcbeqp3.wk4 (73388 bytes)
DL Time (28800 bps): < 1 minute

21 July 2000
TO: Herbert Thompson
FR: Alan Frederickson
cc: Marc Palevitz, Charles Zdebski

RE: DCI Equipment Tables

The attached Lotus 123 File, DCBEQP3.WK4, contains the information that we discussed last week. Most of the information was provided to Harry and Leslie in 1998. There have been some changes since then, such as eliminating the $54,000 Binom charges for installation and technology transfer (training).

For your information, the tables will automatically print using the macro commands:

Cntrl-P – Will print 9 tables on regular paper:

- Summary Table showing itemized equipment costs by piece of equipment (1 Table) and the location of each piece of equipment.

- Detailed Costs by Supplier (6 Tables from A to F)

- 2 Page Table Showing summary costs for the equipment by storage location

- General Ledger Table showing costs by vendor and year.

Cntrl-G – Will print 3 tables on legal paper (be sure to set the printer setup for legal paper):

- Summary showing all years and totals including estimates for commissioning

- Each Year with total through March 2000

- Totals including commissioning estimates.

Please note that all the information is unaudited. Auditing will happen when DCAA completes its 1996 report and then audits 1997, 1998, 1999 and year-to-date 2000.

I hope this helps.

Best regards,
Alan

**REFERENCE G**