CLAIM 1

EQUITABLE DISTRIBUTION CLAIM

**CONTRACT PRICING PROPOSAL COVER SHEET**
*(COST OR PRICING DATA REQUIRED)*

1. SOLICITATION/CONTRACT/ MODIFICATION NUMBER: DNA001-95-C-0169

OMB NO. 9000-0013
Expires: 09/30/98

Public reporting burden for this collection of information is estimated to average 4 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and information, including suggestions for reducing this burden, to the FAR Secretariat (VRS), Office of Federal Acquisition Policy, GSA, Washington, DC 20405.

2a. NAME OF OFFERER: Die Casters International, Inc.

2b. FIRST LINE ADDRESS:

2c. STREET ADRESS: 1 Spruce Terrace

2c. CITY: Wayne

2e. STATE: NJ

2f. ZIP CODE: 07470

3a. NAME OF OFFERER'S POINT OF CONTACT: Alan C. Frederickson

3b. TITLE OF OFFERER'S POINT OF CONTACT: President

3c. TELEPHONE — AREA CODE: 973 NUMBER: 696-9100

4. TYPE OF CONTRACT ACTION (Check)

| | |
|---|---|
| a. NEW CONTRACT | d. LETTER CONTRACT |
| b. CHANGE ORDER | e. UNPRICED ORDER |
| c. PRICE REVISION/ REDETERMINATION X | f. OTHER (Specify) Claim |

5. TYPE OF CONTRACT (Check)

☐ FFP ☐ CPFF ☐ CPIF ☐ CPAF ☐ FPI ☒ OTHER (Specify) Cost Sharing

6. PROPOSED COST (A+B=C)

| A. COST | B. PROFIT/FEE | C. TOTAL |
|---|---|---|
| $2,921,653.49 | $438,248.02 | $3,359,901.51 See Note 1 & Note 2 |

7. PERFORMANCE

| | Place | | Period |
|---|---|---|---|
| a. | Wayne, NJ and Ukraine | a. | October 27, 1995 - Present |
| b. | | b. | |

8. List and reference the identification, quantity and total price proposed for each contract line item. A line item cost breakdown, supporting this recap is required unless otherwise specified by the Contracting Officer. *(Continue on reverse, and then on plain paper, if necessary. Use same headings)*

| a. LINE ITEM NO. | b. IDENTIFICATION | c. QUANTITY | d. TOTAL PRICE | e. PROP. REF. PAGE |
|---|---|---|---|---|
| 1 | Share of Equitable Distribution | 1 Lot | $3,359,901.51 | |
| | | | $3,359,901.51 | |

9. PROVIDE THE FOLLOWING *(If available)*

| NAME OF CONTRACT ADMINISTRATION OFFICE | NAME OF AUDIT OFFICE |
|---|---|
| DCMAO Springfield | Defense Contract Audit Agency |
| STREET ADDRESS: Bldg. #1, ARDEC | STREET ADDRESS: c/o Kearfott Guidance & Nevigation Corp. HWB14, 150 Totowa Road Wayne, NJ 07470 |
| CITY: Picatinny Arsenal STATE: NJ ZIP CODE: 07806-5000 | |
| TELEPHONE: AREA CODE 973 NUMBER 724-8201 | TELEPHONE: AREA CODE 973 NUMBER 785-6664 |

10. WILL YOU REQUIRE THE USE OF ANY GOVERNMENT PROPERTY IN THE PERFORMANCE OF THE WORK? (If "yes," identify)
☐ YES ☐ NO N/A

11a. DO YOU REQUIRE GOVERNMENT CONTRACT FINANCING TO PERFORM THIS PROPOSED CONTRACT? *(If "yes", complete Item 11b)*
☐ YES ☒ NO

11b. TYPE OF FINANCING *(Check one)*
☐ ADVANCE PAYMENTS ☐ PROGRESS PAYMENTS ☐ GUARANTEED LOANS N/A

12. HAVE YOU BEEN AWARDED ANY CONTRACTS OR SUBCONTRACTS FOR THE SAME OR SIMILAR ITEMS WITHIN THE PAST 3 YEARS? *(If "yes", identify item(s), customer(s) and contract number(s) on reverse of form.)*
☐ YES ☒ NO

13. IS THIS PROPOSAL CONSISTENT WITH YOUR ESTIMATING AND ACCOUNTING PRACTICES AND PROCEDURES AND FAR PART 31 COST PRINCIPLES? *(If "no", explain on reverse of form)*
☒ YES ☐ NO

14. COST ACCOUNTING STANDARDS BOARD (CASB) DATA (Public Law 91-379 as amended and FAR PART 30)

a. WILL THIS CONTRACT ACTION BE SUBJECT TO CASB REGULATIONS? *(If "no", explain in proposal)*
☒ YES ☐ NO

b. HAVE YOU SUBMITTED A CASB DISCLOSURE STATEMENT? (CASS DS-1 or 2) *(If "yes" specify in proposal the office to which submitted and if determined to be adequate)*
☐ YES ☒ NO

c. HAVE YOU BEEN NOTIFIED YOU ARE OR MAY BE IN NONCOMPLIANCE WITH YOUR DISCLOSURE STATEMENT OR COST OR ACCOUNTING STANDARDS? *(If "yes", explain in proposal)* Have received Form 1
☒ YES ☐ NO disallowing certain costs.

d. IS ANY ASPECT OF THIS PROPOSAL INCONSISTENT WITH YOUR DISCLOSED PRACTICES OR APPLICABLE COST ACCOUNTING STANDARDS? *(If "yes", explain in proposal)*
☐ YES ☐ NO N/A

This proposal is submitted in response to the solicitation, contract, modification, etc. in item 1 and reflects our estimates and/or actual costs as of this date and conforms with the instructions in FAR 15.804-6(b)(1), and table 15-2. By submitting this proposal, the offerer, if selected for negotiation, grants the contacting officer and authorized representative(s) the right to examine, at any time before award, those records, which include books, documents accounting procedures and practices, and other data, regardless of type and regardless of whether such items are in written form, in the form of computer data, or any other form, or whether such reporting information is specifically referenced or included in the proposal as the basis of pricing, that will permit and adequate evaluation of the proposed price.

14. NAME OF OFFERER (Type): Die Casters International, Inc.

15. TITLE OF OFFERER (Type): President

16. NAME OF FIRM:

17. SIGNATURE: Alan Frederickson, President

18. DATE OF SUBMISSION: February 19, 2004

AUTHORIZED FOR LOCAL REPRODUCTION

STANDARD FORM 1411 (RE 10-95)
Prescribed by GSA FAR (48 CFR) 53.215-2(c)

Notes to Standard Form 1411

Note 1 - Certain damage elements in Claim 1 and Claim 2 are stated in the alternative. To the extent that any portion of a Claim is recognized and paid by the government that common damage element shall be excluded from any remaining Claim, to avoid a double payment of same.

Note 2 - Interest payable to suppliers and other creditors has been calculated and included through April 14, 2003. No interest payable to employees has been calculated or including in these claims. DCI reserves the right to modify or supplement these claims to reflect additional interest payable to suppliers or other creditors subsequent to April 14, 2003 and to employees as required under DCI's agreement with such employees.