| | |
|---|---|
| BILLING NUMBER: | 03-58 Final |
| BILLING DATE: | 29 August 2003 |
| DESCRIPTION: | CONTINUATION SHEET (FORM 1035) |
| CUSTOMER: | Defense Special Weapons Agency<br>8725 John J Kingman Road MS6201<br>Fort Belvoir, VA 22060-6201 |
| PERFORMANCE PERIOD: | 10 October 1998 to 14 April 2003 |
| CONTRACTOR: | Die Casters International, Inc.<br>One Spruce Terrace<br>Wayne, New Jersey 07470 |
| PRIME CONTRACT #: | DNA001-95-C-0169 |
| CONTRACTOR'S ACCT #: | |
| CONTRACT NAME: | Defense Conversion for the Ukraine |

COST SHARE CEILINGS For The Original Statement of Work (SOW): (See Cover Letter and Notes Below)

| | |
|---|---|
| $3,034,316.00 | Government's Share of Estimated Costs (74%) Per Original SOW |
| $1,066,111.00 | Contractor's Share of Estimated Costs (36%) Per Original SOW |
| $4,100,427.00 | Estimated Cost Sharing Ceiling Per Original SOW |

**Statement of Costs (See Note ** Below)**

See Attached Schedule A: Total Contract Cost Reconciliation, Total Contract Expenses October 25, 1995 to April 14, 2003
See Attached Schedule B: Status of Claimed Costs verses DCAA Disapproved (Form 1) Costs
See Attached Schedule C: Fiscal Year Costs

| | Period Dollars | Cumulative Dollars |
|---|---|---|
| **Total Contract Incurred Costs to 14 April 2003** | | **$5,955,933.32** |
| Contractor's Share of Estimated Cost Sharing Ceiling Per Original SOW: | $12.73 | $1,066,111.00 |
| Government's Share of Estimated Cost Sharing Ceiling Per Original SOW: | $36.17 | $3,034,316.00 |
| Total Estimated Costs Per Original SOW: | $48.90 | $4,100,427.00 |
| Contractor's Incurred Costs in Excess of Government's Share of Estimated Cost Sharing Ceiling Per Original SOW: | $2,921,617.32 | $2,921,617.32 |
| Contractor's Incurred Costs Above Government's Share of Estimated Cost Sharing Ceiling Per Original SOW Before Payment Against This Voucher: | $2,921,653.49 | $2,921,653.49 |

**NOTES:**

SOW = Statement of Work

** Die Casters International, Inc. (DCI) reserves all rights with respect to any claims or causes of action it has against the government for (i) an equitable adjustment to the contract price and delivery schedule, or both, due to DCI for changes to the contract's original SOW by the government as well as (ii) all claims or causes of action against the government DCI has including but not limited to DCI claims and entitlements with respect to the government's disposition of the equipment and intellectual property, designed, furnished and/or otherwise procured by DCI under this contract.

# *Die Casters International, Inc.*

## Schedule A: Total Contract Cost Reconciliation
## Total Contract Expenses October 25, 1995 to April 14, 2003

| Costs | General Ledger | Adjustments For Allowable Costs | Claimed Allowable Costs | Contract Costs Not Allowable | Total Incurred Costs |
|---|---|---|---|---|---|
| **Cost of Equipment and Services (Sub-Contracts)** | | | | | |
| Equipment/Material | | | | | |
| Litmash | $318,810.00 | | $318,810.00 | | $318,810.00 |
| Binom | 337,150.00 | | 337,150.00 | | 337,150.00 |
| HPM | 1,142,513.08 | | 1,142,513.08 | | 1,142,513.08 |
| Advance Products | 388,909.00 | | 388,909.00 | | 388,909.00 |
| Lindberg/MPH | 117,612.80 | | 117,612.80 | | 117,612.80 |
| Tymac | 114,000.00 | | 114,000.00 | | 114,000.00 |
| Visi-Trak | | | | | |
| Freight | 55,315.15 | | 55,315.15 | | 55,315.15 |
| Engineering Services | | | | | |
| Matra | 50,418.50 | (12,893.50) | 37,525.00 | 12,893.50 | 50,418.50 |
| Giproselmash | 35,000.00 | | 35,000.00 | | 35,000.00 |
| **Expenses** | | | | | |
| Accounting | $16,812.95 | | $16,812.95 | | $16,812.95 |
| Auto | 7,274.99 | (297.50) | 6,977.49 | 45.00 | 7,022.49 |
| Bank Charges | 1,965.85 | (228.79) | 1,737.06 | 221.35 | 1,958.41 |
| Contributions | 820.00 | (820.00) | | 820.00 | 820.00 |
| Dues and Subscriptions | 3,110.34 | | 3,110.34 | | 3,110.34 |
| Employee Benefits | 25,086.87 | (581.40) | 24,505.47 | | 24,505.47 |
| Employee Moral | 2,109.18 | (435.98) | 1,673.20 | | 1,673.20 |
| Freight | 481.75 | | 481.75 | | 481.75 |
| Gifts | 1,947.36 | (1,947.36) | | 1,789.19 | 1,789.19 |
| Income Tax | | | | | |
| Insurance | 2,906.89 | | 2,906.89 | | 2,906.89 |
| Interest | 353,865.85 | (352,314.32) | 1,551.53 | 347,506.42 | 349,057.95 |
| Legal and Professional | 605,197.17 | (288,551.22) | 316,645.95 | 258,331.35 | 574,977.30 |
| Meals and Entertainment | 16,402.28 | (6,823.22) | 9,579.06 | 1,522.85 | 11,101.91 |
| Office | 13,390.36 | (192.96) | 13,197.40 | 192.96 | 13,390.36 |
| Office Equipment | 36,002.82 | (3,232.18) | 32,770.64 | 3,198.82 | 35,969.46 |
| Payroll Tax | 74,738.43 | | 74,738.43 | | 74,738.43 |
| Postage and Mailings | 6,224.56 | | 6,224.56 | | 6,224.56 |
| Rent & Utilities | 38,803.69 | | 38,803.69 | | 38,803.69 |
| Gross Salaries | 1,898,707.99 | (146,348.47) | 1,752,359.53 | 146,348.47 | 1,898,707.99 |
| Storage & Warehouse | 13,009.80 | | 13,009.80 | | 13,009.80 |
| Supplies | 14,426.61 | (157.44) | 14,269.17 | 90.79 | 14,359.96 |
| Telephone and Fax | 68,200.36 | (203.10) | 67,997.26 | | 67,997.26 |
| Travel - Transportation | 109,146.33 | (168.24) | 108,978.09 | | 108,978.09 |
| Travel - Lodging | 56,103.03 | (230.00) | 55,873.03 | 44.50 | 55,917.53 |
| Travel - Other | 40,306.94 | (2,300.37) | 38,006.57 | 2,300.37 | 40,306.94 |
| Other | 34,542.86 | (3,659.81) | 30,883.05 | 699.81 | 31,582.86 |
| **Total Contract Expenses:** | **$6,001,313.80** | **($821,385.86)** | **$5,179,927.94** | **$776,005.36** | **$5,955,933.32** |
| Adjustments to DCAA Report (1) | 11,409.03 | 4,665.49 | 16,074.52 | | |
| Total DCAA Report | $6,012,722.83 | ($816,720.37) | $5,196,002.46 | | |

22 Aug 2003

Note (1): This summary report includes minor adjustments to the 1995,1996 and 1997 DCAA submittals totalling $16,074.52. The adjustments do not affect billings and were accounted for during the DCAA audits already completed for those years.