# *Die Casters International, Inc.*

## Schedule B: Status of Claimed Costs Verses DCAA Disapproved (Form 1) Costs

| | 1995 | 1996 | 1997 ** | 1998 ** | 1999 | 2000 | Total Through CY2000 |
|---|---|---|---|---|---|---|---|
| Billings Paid: Government Share | $84,812 | $533,544 | $2,334,339 | $81,585 | | | $3,034,280 |
| Contract Claimed Allowable Costs | $117,501 | $739,606 | $3,106,012 | $389,398 | $240,458 | $209,014 | $4,801,989 |
| Government Share | 86,951 | 547,309 | 2,298,449 | 288,154 | 177,939 | 154,670 | $3,553,472 |
| DCI Share | 30,550 | 192,298 | 807,563 | 101,243 | 62,519 | 54,344 | $1,248,517 |
| Form 1 (Government's Share) | | | | | | | |
| - Disapproval of Costs (1) | | | | | | | |
| Accrual/Holdbacks | $15,599 | $114,616 | $536,169 | $212,684 | $125,867 | | $1,004,935 |
| Consultants | | 53,958 | 146,074 | 3,030 | 46,384 | | $249,446 |
| Beyond Period | | | | 65,359 | 5,688 | | $71,047 |
| Costs Disapproved | $15,599 | $168,574 | $682,243 | $281,073 | $177,939 | | $1,325,428 |
| Excess/Over Billed ** | | | $34,781 | $73,746 | | | |
| Dates DCI Signed Form 1 (2) | 8 Feb 99 | 20 Sep 00 | 29 Jun 01 | 17 Sept 01 | 17 Sept 01 | | |

Brief Status:

Although requested by DCI, not one of the disputed disallowances, disapprovals or billing issues has been negotiated or resolved by DTRA to date. Pursuant to DTRA's November 2002 directive, DCAA suspended its 2000 audit and each subsequent year's audits.

Notes:

Original contract value: $4,100,427. Government's share: $3,034,316.

** Some costs & reversals recognized in 1997/1998 affect each year's disallowances, primarily relating to year-end timing issues that were reversed the following year. 1998 overbilling DCAA questioned primarily relates to the end of the performance period issue.

(1) Originally, DCAA classified certain costs it questioned as disallowed or suspended. Later, it classified the costs as disapproved.

(2) DCI executed each Form 1 for 1995 - 1999, inclusive, immediately on DCAA's presentation of same to DCI. DCI issued timely written requests to negotiate same. Commencing 5 September 1997 immediately following receipt of a draft DCAA report with respect to 1995 disallowances and thereafter, all vouchers through October 1998 were timely paid in full. DTRA's failure to negotiate and its subsequent tacit approval of subsequent vouchers preclude DTRA's adoption of the DCAA recommendations at this late date.

22 Aug 2003

# *Die Casters International, Inc.*
## Schedule C: Fiscal Year Costs
## Total Contract Incurred Costs October 25, 1995 to April 14, 2003

| Costs | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|
| **Cost of Equipment and Services (Sub-Contracts)** | | | | | | | | | |
| Equipment/Material | | | | | | | | | |
| Ulmash | | $24,200 | $287,120 | $5,000 | | $4,691 | ($2,201) | | |
| Binom | | 6,000 | 385,150 | (54,000) | | | | | |
| HPM | | | 1,122,915 | 19,598 | | | | | |
| Advance Products | | | 388,909 | | | | | | |
| Lindberg/MPH | | | 117,613 | | | | | | |
| Tymac | 10,000 | 104,000 | | | | | | | |
| Visi-Trak | | | 34,850 | | | | (34,850) | | |
| Freight | | | 53,251 | 2,064 | | | | | |
| Engineering Services | | | | | | | | | |
| Matra | | 37,525 | | | | | 12,694 | | |
| Giproselmash | | 20,000 | 15,000 | | | | | | |
| **Expenses** | | | | | | | | | |
| Accounting | 150 | 5,957 | 940 | 2,866 | | 6,000 | | 900 | |
| Auto | 711 | 3,519 | 1,242 | 605 | 321 | 73 | 458 | | 94 |
| Bank Charges | 36 | 500 | 408 | 132 | 151 | 122 | 251 | 221 | 138 |
| Contributions | | 460 | 275 | 30 | | 55 | | | |
| Dues and Subscriptions | 7 | 1,670 | 1,379 | | 35 | | | 20 | |
| Employee Benefits | | 3,033 | 10,653 | 9,278 | 1,072 | | 349 | 120 | |
| Employee Moral | 240 | 573 | | 531 | | | 235 | 93 | |
| Freight | | 285 | 197 | | | | | | |
| Gifts | | 352 | 1,005 | 193 | 140 | 98 | | | |
| Income Tax | | | | | | | | | |
| Insurance | 70 | 967 | 427 | 1,443 | | | | | |
| Interest | 995 | 1,284 | 766 | 1,750 | 11,525 | 16,108 | 24,850 | 267,117 | 24,664 |
| Legal and Professional | 290 | 115,804 | 123,837 | 58,179 | 60,700 | 69,787 | 67,779 | 70,602 | 8,000 |
| Meals and Entertainment | 1,396 | 2,962 | 829 | 1,529 | 2,164 | 477 | 1,150 | 558 | 38 |
| Office | 242 | 6,161 | 3,153 | 1,865 | 583 | 413 | 535 | 438 | |
| Office Equipment | 9,077 | 11,167 | 10,701 | 4,817 | | 177 | 30 | | |
| Payroll Tax | 5,605 | 26,993 | 22,597 | 8,897 | 2,211 | 2,695 | 2,474 | 2,490 | 775 |
| Postage and Mailings | 55 | 2,302 | 2,073 | 967 | 123 | 126 | 193 | 346 | 38 |
| Rent & Utilities | | 3,632 | 6,064 | 7,975 | 8,606 | 4,237 | 8,290 | | |
| Gross Salaries | 72,942 | 297,346 | 411,553 | 271,792 | 196,911 | 196,911 | 196,911 | 196,911 | 57,432 |
| Storage & Warehouse | | | 1,452 | 9,243 | | | | 1,844 | 471 |
| Supplies | 1,434 | 568 | 4,521 | 3,967 | 791 | 1,259 | 996 | 766 | 58 |
| Telephone and Fax | 1,256 | 10,616 | 20,960 | 13,989 | 6,085 | 5,476 | 4,606 | 3,907 | 1,101 |
| Travel - Transportation | | 32,866 | 60,556 | 13,467 | 425 | 185 | | 1,480 | |
| Travel - Lodging | 14,133 | 14,874 | 22,935 | 3,518 | | 197 | 81 | 180 | |
| Travel - Other | | 13,738 | 20,440 | 5,306 | 176 | 332 | | 287 | 29 |
| Other | 50 | 827 | 5,464 | (3,131) | | 386 | 27,246 | 240 | 600 |
| **Total Contract Expenses:** | $118,689 | $750,178 | $3,139,236 | $391,871 | $292,018 | $309,804 | $312,278 | $548,520 | $93,338 |

22 Aug 2003