Die Casters International, Inc.

*Schedule: Incurred Costs*

**Annual Total Incurred Costs and Costs Audited By DCAA**

| | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 14 Apr 03 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Total Incurred Costs | $118,688.58 | $750,178.45 | $3,139,236.43 | $391,871.41 | $292,018.01 | $309,804.21 | $312,278.10 | $548,519.79 | $93,338.34 | $5,955,933.32 |
| Government's Share of Claimed Costs | $86,950.94 | $547,308.70 | $2,298,449.24 | $101,607.13 | | | | | | $3,034,316.00 |
| DCI's Share of Claimed Costs | $30,550.33 | $192,297.65 | $807,563.24 | $35,699.77 | | | | | | $1,066,111.00 |
| DCI Additional Incurred Costs | $1,187.31 | $10,572.10 | $33,223.95 | $254,564.51 | $292,018.01 | $309,804.21 | $312,278.10 | $548,519.79 | $93,338.34 | $1,855,506.32 |
| Cumulative Total Incurred Costs Audited | $118,688.58 | $868,867.03 | $4,008,103.46 | $4,399,974.87 | $4,691,992.88 | $5,001,797.09 | | | | |
| Percent of Total | | | | | | 84.0% | | | | |