# SUMMARY

For the reasons set forth in Section V, Die Casters International, Inc. ("DCI") is entitled to recover from the United States of America:

1. An "equitable distribution" of $2,921,653.49 pursuant to the Limitations of Cost clause FAR 52.232-20 plus a reasonable profit of $438,248.02.

2. The value of the Equipment wrongfully appropriated and disposed of by DTRA in the amount of $5,955,969.49 plus a reasonable profit of $893,395.42 with respect to the Equipment and lost prospective profits of $103,147,275.80.

3. Settlement Expenses in the amount of $137,191.74.

4. Interest as provided pursuant to FAR 33.208.

The government's liability under Claim 1 and FAR 52.232-20 is absolute; there is no defense or offset available. Once DTRA disposed of the equipment (rightfully or wrongfully), DCI's right to an "equitable distribution" vested. The consideration DTRA received or didn't receive for the Equipment is irrelevant. DCI's investment in and share of the Incurred Costs of $2,921,653.49 with respect to the Equipment are well documented, have been fully disclosed to the government and 84% of the costs have been audited by DCAA. (See Part III, Document VV). The validity and justification of these costs are as indisputable as the government's absolute liability to pay DCI its "equitable distribution".

As set forth in Claim 2, DCI is entitled to recover the total of all costs invested in the Equipment. This theory of recovery is based upon DCI's right under the Contract to contribute the Equipment to the Joint Venture which right was summarily and wrongfully extinguished by DTRA when it disposed of the Equipment. The total value of the Equipment representing all Incurred Costs is $5,955,969.49, plus a reasonable profit of $893,395.42. Finally, the government by its illegal and wrongful acts of disposing of the Equipment extinguished DCI's rights to utilize the Equipment to establish a Ukrainian die cast industry and an international marketing and distribution enterprise, as contemplated by the Contract. The government's breach of the Contract which extinguished these valuable rights caused DCI to lose prospective profits of $103,147,275.80.

By virtue of the foregoing the government is liable to DCI (a) under Claim 1 in the amount of $3,359,901.51, (b) under Claim 2 in the amount of $109,996,640.71, (c) for Settlement Expenses in the amount of $137,191.74 and (d) for interest as calculated under FAR 33.208.