Goldberg & Connolly

• ATTORNEYS AT LAW •

G&C Building
66 North Village Avenue • Rockville Centre • New York 11570
516-764-2800 • Fax 516-764-2827

April 20, 2004

**By Federal Express**

Robert J. Bemben, Contracting Officer
Defense Threat Reduction Agency
8725 John Jay Kingman Road MSC 6201
Fort Belvoir, VA 22060-6201

Re: Die Casters International, Inc.
Claims With Respect To Contract
No. DNA001-95-C-0169 ("Contract")

Dear Mr. Bemben:

This will acknowledge receipt of your letter of April 14, 2004 advising my office and Die Casters International, Inc. ("DCI") that the government requires additional time to evaluate and respond to the DCI's claims on the above-referenced Contract submitted to the Defense Threat Reduction Agency ("DTRA") by my letter dated February 25, 2004. In your April 12, 2004 letter you advised that pursuant to FAR 33.211(C)(2) and FAR 52.233-1 DCI will be notified of a final decision on its claims on or before June 30, 2004.

Your advice of the government requiring additional time is somewhat of a surprise to both myself and my client insomuch as on October 10, 2003, Mr. Frederickson submitted to Michael L. Benavides, DTRA's Contracting Officer, a letter setting forth the underlying factual elements and requesting that DTRA, pursuant to FAR 33.204, try to resolve contractual issues and controversies by mutual agreement at the Contracting Officer's level prior to the submission of a claim. Mr. Frederickson's offer to negotiate a settlement was rejected by Mr. Benavides on November 7, 2003 advising DCI to follow the claims process. Since DTRA considered and dismissed the factual basis for DCI's claims in October and November of 2003, it seems that this request for additional time would not be required.

Notwithstanding the foregoing, we await your final decision and, again, renew DCI's request contained in my letter of February 25, 2004 that pending a final decision the government complete its audit of the balance of DCI's incurred costs under the above-referenced Contract.

If you need any further information with respect to these claims or wish to schedule a meeting to discuss them, please contact me.

Very truly yours,

GOLDBERG & CONNOLLY

By ____________________
Gary Marcus

GM/bas

cc: Mr. Alan C. Frederickson, President
Die Casters International, Inc.

From: Origin ID: (516)764-2800
Gary Marcus, Esq.
Goldberg & Connolly
66 NORTH VILLAGE AVENUE

ROCKVILLE CENTRE, NY 11570

FedEx
Express

E

CLS032404

Ship Date: 20APR04
Actual Wgt: 1 LB
System#: 2196826/INET1800
Account#: S *********

REF: DCI - Contract

Delivery Address Bar Code

SHIP TO: (516)764-2800 BILL SENDER

**Robert J. Bemben, Contracting Offic**
**Defense Threat Reduction Agency**
**8725 John Jay Kingman Road MSC 6201**

**Fort Belvoir, VA 220606201**

**PRIORITY OVERNIGHT** **WED**

Deliver By:
21APR04

TRK# 7906 1572 7220 FORM 0201

IAD A2

22060 -VA-US

**ZM ZFOA**

Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.