# AWARD/CONTRACT

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) ▶ RATING: DX-C9 | PAGE 1 OF PAGES 29

2. CONTRACT (Proc. Inst. Ident.) NO.: DNA001-95-C-0169

3. EFFECTIVE DATE: SEE BLOCK 20C

4. REQUISITION/PURCHASE REQUEST/PROJECT NO.: PR# BRQS 940261B

5. ISSUED BY: HD2001
HEADQUARTERS
DEFENSE NUCLEAR AGENCY (AM)
6801 TELEGRAPH ROAD
ALEXANDRIA, VA 22310-3398
THOMAS L. COX (703) 325-1196

6. ADMINISTERED BY (If other than Item 5) CODE S3101A
DCMAO SPRINGFIELD
955 SOUTH SPRINFIELD AVENUE
SPRINGFIELD, NJ 07801-3544
(FOR: PROPERTY ADMINISTRATION AND PLANT CLEARANCE ONLY)

7. NAME AND ADDRESS OF CONTRACTOR (No., street, city, county, State and ZIP Code)
DIE CASTERS INTERNATIONAL, INCORPORATED
ONE SPRUCE TERRACE
WAYNE, NEW JERSEY 07470
APPROVED: Date 27 OCT 95
Lawrence M. Bates
LAWRENCE M. BATES
Acting Director, Acquisition Mgmt

CODE 03VE3 | FACILITY CODE

8. DELIVERY
☐ FOB ORIGIN ☐ OTHER (See below)

9. DISCOUNT FOR PROMPT PAYMENT
N/A
NET 30 DAYS

10. SUBMIT INVOICES (4 copies unless otherwise specified) TO THE ADDRESS SHOWN IN: ▶ ITEM G-1

11. SHIP TO/MARK FOR CODE
SEE BLOCK 5 AND ATTACHMENT NO. 2

12. PAYMENT WILL BE MADE BY CODE HD 2001
Headquarters, DNA
ATTN: F&A
6801 Telegraph Rd., Alexandria, VA 22310-3398

13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
☐ 10 USC 2304(c) ( ) ☐ 41 USC 253(c) ( )

14. ACCOUNTING AND APPROPRIATION DATA
97X0134.4201 9547 P9501-259000
BT00554000 S49146 $3,034,316.00

| 15A. ITEM NO. | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| 1 | SUBJECT: DEFENSE CONVERSION FOR THE UKRAINE | LOT | N/A | N/A | |
| | | Contractor's Share | | | $ 1,066,111.00 |
| | | Government's Share | | | $ 3,034,316.00 |

15G. TOTAL AMOUNT OF CONTRACT $ 4,100,427.00

16. TABLE OF CONTENTS


| (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|
| | | PART I - THE SCHEDULE | |
| X | A | SOLICITATION/CONTRACT FORM | 1 |
| X | B | SUPPLIES OR SERVICES AND | 2 |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | 2 |
| X | D | PACKAGING AND MARKING | 2 |
| X | E | INSPECTION AND ACCEPTANCE | 3 |
| X | F | DELIVERIES OR PERFORMANCE | 3-4 |
| X | G | CONTRACT ADMINISTRATION DATA | 5 |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 5-7 |
| | | PART II - CONTRACT CLAUSES | |
| X | I | CONTRACT CLAUSES | 9-18 |
| | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER | |
| X | J | LIST OF ATTACHMENTS | 19 |
| | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| | L | INSTRS., CONDS., AND NOTICES TO | |
| | M | EVALUATION FACTORS FOR AWARD | |


CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE

17. ☒ CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return 1 copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.)

18. ☐ AWARD (Contractor is not required to sign this document.) Your offer on Solicitation Number including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

19A. NAME AND TITLE OF SIGNER (Type or print)
DIE CASTERS INTERNATIONAL, INCORPORATED

19B. NAME OF CONTRACTOR
[signature]
(Signature of person authorized to sign)

19C. DATE SIGNED: 26 Oct 1995

20A. NAME OF CONTRACTING OFFICER
SCOTT G. MORTON
Contracting Officer

20B. UNITED STATES OF AMERICA
BY [signature]
(Signature of Contracting Officer)

20C. DATE SIGNED: OCT 27 1995