PART I - THE SCHEDULE

SECTION B - SUPPLIES OR SERVICES AND PRICES/COST

1. CONSIDERATION AND PAYMENT (COST SHARE)

a. The total estimated cost for the performance of all work called for under this contract is $4,100,427.00. The estimated cost to the Government for the performance of this contract is $3,034,316.00, which is the amount referred to in the clause in Section I entitled LIMITATION OF FUNDS, and the Contractor's share is $1,066,111.00.

b. The absorbtion by the Contractor of the aforementioned amount ($1,066,111.00) shall be accomplished through the discounting of invoices or public vouchers.

c. Invoices or public vouchers submitted in accordance with the clause of this contract entitled ALLOWABLE COST AND PAYMENT shall include all costs experienced by the Contractor for the period represented by the voucher ; and all such costs shall be subject to audit. As a result of the cost sharing agreement between the Government and the Contractor, the Government's share shall be limited to 74 % of the vouchered costs and vouchers prepared by the Contractor shall show a reduction of 26 %, including facilities capital cost of money, in accordance with the cost sharing agreement. The portion of the costs borne by the Contractor shall be unallowable as a charge, either direct or indirect, to this or any other Government contract or grant.

2. Final Payment

Final payment under this Contract shall be predicated upon _X_ receipt and acceptance by the Government of all services and/or supplies called for hereunder; ___ receipt by the Contracting Officer of the Contractor's certificate that he has exerted the level(s) of effort called for by the Paragraph of this Contract entitled Level-of-Effort; _X_ final accounting for and disposition of Government property; _X_ the assignment to the Government of any refunds and the release discharging the Government from liabilities, as called for by the Clauses entitled ALLOWABLE COST AND PAYMENT; and _X_ final audit by the cognizant audit agency.

SECTION C - DESCRIPTION/SPECIFICATIONS/WORK STATEMENT

1. Statement of Work dated 95JUN21, referred to herein as Attachment No. 1.

2. Contract Data Requirements List (DD Form 1423) dated 95JUL03, referred to herein as Attachment Number 2.

SECTION D - PACKAGING AND MARKING

All deliverable contract items shall be packaged in accordance with established commercial practices.

PART I - THE SCHEDULE

SECTION E - INSPECTION AND ACCEPTANCE

NOTICE: The following solicitation provisions and/or contract clauses pertinent to this section are hereby incorporated by Reference:

| | FAR Text Reference | FAR Clause Number | Clause Title | Date |
|---|---|---|---|---|
| X | 46.303 | 52.246-3 | INSPECTION OF SUPPLIES - COST REIMBURSEMENT | (APR 1984) |

Final inspection and acceptance of all contractual items listed herein and in the Contract Data Requirements List (DD Form 1423) shall be made by the Contracting Officer's Technical Representative (COTR) at destination.

SECTION F - DELIVERIES OR PERFORMANCE

NOTICE: The following solicitation provisions and/or contract clauses pertinent to this section are hereby incorporated by Reference:

| | FAR Text Reference | FAR Clause Number | Clause Title | Date |
|---|---|---|---|---|
| X | 12.505(b)(2) | 52.212-13 | STOP WORK ORDER - ALTERNATE I | (AUG 1989) |

1. The term of this Contract shall extend from the effective date of contract award through twenty-four (24) months thereafter.

2. The Technical Data to be provided are set forth in the Contract Data Requirements List (DD Form 1423), Attachment No. 2 to this Contract.

3. Reports and Briefings:

a. Reports Coding. Reports submitted by the Contractor shall include (on the front cover of technical or scientific reports and in the body of letter-type progress reports) the following:

(i) THIS WORK SPONSORED BY THE DEFENSE NUCLEAR AGENCY

RDT&E RMSS CODE: B 9010 D JT 00554 2630 A UK

(ii) PREPARED FOR:

DIRECTOR
DEFENSE NUCLEAR AGENCY
6801 TELEGRAPH ROAD
ALEXANDRIA, VA 22310-3398



(AGENCY SEAL)

(iii) For reports co-sponsored by DNA and other organizations, the cover page shall include Agency seal and titles of DNA and other sponsoring organizations. For those organizations not sponsoring the project but who are participating in the project, their names and agency seals will appear in smaller print at the bottom of the cover as "participants." If not specified elsewhere herein, names of both "sponsors" and "participants" shall be obtained from the Contracting Officer's Technical Representative sufficiently in advance of report preparation dates.

b. SF 298 Coding. Block 5 of the Report Documentation Page, SF 298, dated February 1989, as it may be amended, shall include the following:

| DNA FSUTR | UK | JT | 00554 |
|---|---|---|---|
| Program Element | Project | Task Area | Work Unit |

c. Publication and Distribution. Publication and distribution of reports shall be in accordance with instructions on the DD Form 1423, Attachment No. 2 to this Contract.

d. Oral Briefing. If so requested by COTR, the Contractor shall, at a time and place of mutual convenience, present an oral briefing on the results of the research he has performed.

4. Approval for Public Release

The Contractor shall obtain written authorization from the Contracting Officer or the designated representative prior to dissemination of any briefings, news releases, articles, speeches, films, photographs, fact sheets, brochures, advertisements, or other information material prepared for public release as a result of work performed or to be performed under this Contract. The Contractor shall submit for clearance and release six copies of the material at least sixty working days in advance of the presentation or publication deadline dates to Director, DNA, 6801 Telegraph Road, Alexandria, Virginia 22310-3398, ATTN: CSTI. The restrictions contained herein are not applicable to approved channels or relationships between the Contractor and consultants, subcontractors, or other Government contractors.

5. Acknowledgment of Sponsorship

a. With regard to the release of information, the Contractor agrees that such release shall include a statement to the effect that the project depicted was or is sponsored by:

HQ, Defense Nuclear Agency
6801 Telegraph Road
Alexandria, Virginia 22310-3398

b. Further, all information, including briefings, should prominently display the Agency name and seal where compatible with the materials being used.

c. For the purpose of this Clause, "information" includes, but is not limited to, news releases, articles, speeches, films, photographs, fact sheets, brochures, advertisements, or other information material prepared for public release.

PART I - THE SCHEDULE

d. Nothing in the foregoing shall affect compliance with the requirements of the Clause (if applicable) of this Contract entitled "Security Requirements."

e. The Contractor further agrees to include this Clause in any subcontracts awarded as a result of this contract, except subcontracts awarded to Russian Enterprises pursuant to the objectives of the program.

SECTION G - CONTRACT ADMINISTRATION

1. Submit vouchers (Standard Form 1034) in eight (8) copies to the address listed below, through your cognizant Defense Contract Audit Agency. At the time of submission of vouchers through DCAA, also forward a separate information copy of all vouchers directly to the designated Contracting Officer's Technical Representative (COTR).

Headquarters, Defense Nuclear Agency
Finance and Accounting Division (COMP-3)
ATTN: Commercial Accounts, (703) 325-9575
6801 Telegraph Road
Alexandria, Virginia 22310-3398

2. Contractor Payments. Payments will be made to the following address:

Die Casters International, Incorporated
One Spruce Terrace
Wayne, New Jersey 07470

SECTION H - SPECIAL CONTRACT REQUIREMENTS

1. Consultants

Services of consultants shall be at rates and for periods approved in advance by the Contracting Officer. Requests for approval shall be submitted to the Contracting Officer prior to using a consultant under this Contract and shall include (a) a copy of the proposed consultant agreement, (b) a brief biography of the consultant, and (c) an indication of the area(s) in which consultant's expertise will be utilized. In addition, significant deviations from the dollar amount approved for consultant services, or changes in the consultants to be utilized, must likewise be approved in advance upon submission of adequate justification.

2. Travel

a. Reimbursement for travel-related expenses shall be in accordance with FAR 31.205-46.

b. In connection with direct charge to the contract of travel-related expenses, the Contractor shall hold travel to the minimum required to meet the objectives of the contract, and substantial deviations from the amount of travel agreed to during contract negotiation shall not be made