without the authorization of the Contracting Officer. When practicable, the Contractor shall notify the COTR of proposed travel of an employee.

c. Approval of the Contracting Officer shall be obtained in advance for attendance by personnel at training courses, seminars, and other meetings not directly related to contract performance.

d. All foreign travel for personnel traveling under DoD sponsorship and direction shall be authorized and approved in advance and in writing by the Contracting Officer. Requests for such travel must be submitted to the Contracting Officer at least 45 days in advance of the traveler's anticipated departure date and shall include the traveler's itinerary on United States Flag Air Carriers. For ease of administration, at contract inception the contractor shall submit an itinerary to cover anticipated overseas travel needs which shall be modified as the need arises.

e. The General Services Administration maintains agreements with some airlines allowing contractors traveling under cost-reimbursement Government contracts to obtain Government air fare rates. To obtain these rates, contractor personnel must show proper identification furnished by the Contracting Officer. Payment can be by cash or credit card. (NOTE: The GSA schedule contracts also allow for payment by Government Travel Requests (GTR's). However, because of the administrative costs associated with their issuance, DNA will not furnish GTR's for domestic travel.)

f. Further information, including identification of hotels and motels which offer discounts, names of airlines with GSA Schedule contracts, and identification of city-to-city connections, is contained in the booklets, "Federal Hotel/Motel Discount Directory" and "Federal Travel Directory," which can be obtained for a small fee from:

Superintendent of Documents
U.S. Government Printing Office
Washington, DC 20402
(Telephone 202-783-3238)

g. Under cost-reimbursement contracts, upon receipt of a request from the Contractor, the Contracting Officer will provide documentation certifying that specified employees are under contract to DNA and are eligible to receive discount rates associated with official travel under such contracts. The request must contain information sufficient to support the contractor's assertion that the named individuals are expected to travel in direct support of the contract. This documentation will be issued with the understanding that the Contractor will maintain full accountability and institute controls to prevent any abuse. Unless there are extenuating circumstances which would result in a greater overall cost, Contractor personnel shall obtain travel discounts whenever they are available.

3. Acquisition and Disposition of Government Property

a. Part 45 of the Federal Acquisition Regulation (FAR) requires contractors performing Government contracts to provide all property necessary to perform the contracts, unless otherwise exempted.

b. Property (see FAR 45.101) of any kind, unless incorporated in a physical end item to be delivered, shall not be acquired for the Government's account under the contract unless the

PART I - THE SCHEDULE

Contracting Officer has provided prior written approval, or unless the property is specifically identified in the contract. The contractor will not be reimbursed for such unauthorized purchases, either directly or indirectly, and the parties agree that costs associated with such unauthorized purchases are specifically unallowable.

(1) Prior to acquiring Industrial Plant Equipment (IPE) (245.301 of DoD FAR Supplement), existing Government equipment shall be screened pursuant to Part 245.302-1(b)(1)(A) of the DoD FAR Supplement.

(2) Prior to acquiring Automatic Data Processing Equipment, existing Government equipment will be screened pursuant to Part 245.302-1(b)(1)(B) of the DoD FAR Supplement and DoD 7950.1-M, Defense Automation Resources Management Manual.

c. If the contractor is an educational or non-profit contractor and Alternate 1 to the Government Property clause applies, title to property with an acquisition cost of $5,000.00 or more shall vest in the Government.

d. Government property that is no longer needed for this contract shall be listed by the contractor on appropriate inventory schedules (FAR 45.606). The contractor shall forward the inventory schedules to the cognizant Plant Clearance Officer at the contract administration office (DCAS/AFPRO/NAVPRO) for processing. The type and sequence of screening depends on the nature of the property involved as specified in FAR Table 45-1. Property determined by the Plant Clearance Officer to be subject to agency screening or special item screening requirements of FAR 45.608-3 and 45.608-5 shall be screened by the Plant Clearance Officer who shall route their request to Headquarters, Defense Nuclear Agency, ATTN: SSLB. (Note: Address to ATTN: IRMO if ADPE.) The time periods imposed by FAR Part 45 for this agency screening or for special item screening shall be adhered to in all cases. Upon completion of all required screening, the Plant Clearance Officer will provide instructions for all remaining property.

4. <u>Safety and Accident Prevention</u>

a. In performing any work under this Contract on premises which are under the direct control of the Government, the Contractor shall conform to all safety rules and requirements established for the premises in effect on the date of this Contract, and take such additional precautions as the Contracting Officer may reasonably require for safety and accident prevention purposes.

b. The Contractor agrees to take all reasonable steps and precautions to prevent accidents and preserve the life and health of Contractor personnel performing or in any way coming in contact with the performance of this Contract on any such premises. Any violation of such rules and requirements, unless promptly corrected as directed by the Contracting Officer, shall be grounds for termination of this Contract in accordance with the default provisions hereof.

5. <u>USE AND OWNERSHIP/DISPOSITION OF GOVERNMENT-PROVIDED PROPERTY</u>

a. All property, equipment and materials acquired with United States (U.S.) Government funding under this Contract shall be acquired solely for the use of the joint venture, or business arrangement formed by the U.S. Contractor and the Former Soviet Union (FSU) enterprise partner in performance of the terms of this Contract. All property, equipment and materials provided by the

U.S. Contractor or the FSU enterprise partner shall be used in accordance with the terms of the agreement between said parties.

b. All property, equipment and materials acquired with U.S. Government funding under this contract is considered a third-party contribution which is separate and distinct from property, equipment, or materials contributed by the U.S. Contractor or the FSU enterprise partner. Title and ownership of all property, equipment and materials acquired with U.S. Government funding under this Contract shall vest with the joint venture upon conclusion of the Contract, as determined by the Contracting Officer. Prior to conclusion of the Contract, the U.S. Contractor is accountable for said items in accordance with standard government property clauses cited under SECTION I of this contract. Title and ownership of all property, equipment and materials provided by the U.S. Contractor or the FSU enterprise partner shall be determined in accordance with the terms of the agreement between said parties."

PART II - CONTRACT CLAUSES
SECTION I

NOTICE: The following solicitation provisions and/or contract clauses pertinent to this section are hereby incorporated by Reference:

| | FAR Text Reference | FAR Clause Number | Clause Title | Date |
|---|---|---|---|---|
| X | 2.201 | 52.202-1 | DEFINITIONS | (SEP 1991) |
| X | 3.102-2 | 52.203-1 | OFFICIALS NOT TO BENEFIT | (APR 1984) |
| X | 3.202 | 52.203-3 | GRATUITIES | (APR 1984) |
| X | 3.404(c) | 52.203-5 | COVENANT AGAINST CONTINGENT FEES | (APR 1984) |
| X | 3.503-2 | 52.203-6 | RESTRICTIONS ON SUBCONTRACTOR SALES TO THE GOVERNMENT | (JUL 1985) |
| X | 3.502-3 | 52.203-7 | ANTI-KICKBACK PROCEDURES | (OCT 1988) |
| X | 3.104-10(c) | 52.203-10 | PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY | (SEP 1990) |
| X | 3.808(b) | 52.203-12 | LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS | (JAN 1990) |
| X | 9.409(b) | 52.209-6 | PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT | (NOV 1992) |
| X | 10.011(e)(2) | 52.210-5 | NEW MATERIAL | (APR 1984) |
| X | 12.304(b) | 52.212-8 | DEFENSE PRIORITY & ALLOCATION REQUIREMENTS | (SEP 1990) |
| X | 15.106-1(b) | 52.215-1 | EXAMINATION OF RECORDS BY COMPTROLLER GENERAL | (FEB 1993) |
| X | 15.106-2(b) | 52.215-2 | AUDIT - NEGOTIATION | (FEB 1993) |
| X | 15.804-8(a) | 52.215-22 | PRICE REDUCTION FOR DEFECTIVE COST OR PRICING DATA | (JAN 1991) |
| X | 15.804-8(c) | 52.215-24 | SUBCONTRACTOR COST OR PRICING DATA | (DEC 1991) |
| X | 15.804-8(e) | 52.215-27 | TERMINATION OF DEFINED BENEFIT/PENSION PLANS | (SEP 1989) |
| X | 15.904(b) | 52.215-31 | WAIVER OF FACILITIES CAPITAL COST OF MONEY | (SEP 1987) |
| X | 15.406-3(b) | 52.215-33 | ORDER OF PRECEDENCE | (JAN 1986) |
| X | 16.307(a) | 52.216-7 | ALLOWABLE COST AND PAYMENT | (JUL 1991) |
| X | 16.307(f)(1) | 52.216-12 | COST-SHARING CONTRACT - NO FEE | (APR 1984) |
| X | 19.708(a) | 52.219-8 | UTILIZATION OF SMALL BUSINESS CONCERNS AND SMALL DISADVANTAGED BUSINESS CONCERNS | (FEB 1990) |
| X | 19.902 | 52.219-13 | UTILIZATION OF WOMEN-OWNED SMALL BUSINESSES | (AUG 1986) |
| X | 20.302(a) | 52.220-3 | UTILIZATION OF LABOR SURPLUS AREA CONCERNS | (APR 1984) |
| X | 22.103-5(b) | 52.222-2 | PAYMENT FOR OVERTIME PREMIUMS | (JUL 1990) |
| X | 22.202 | 52.222-3 | CONVICT LABOR | (APR 1984) |
| X | 22.810(e) | 52.222-26 | EQUAL OPPORTUNITY | (APR 1984) |
| X | 22.1308(a) | 52.222-35 | AFFIRMATIVE ACTION FOR SPECIAL DISABLED & VIETNAM ERA VETERANS | (APR 1984) |