PART II - CONTRACT CLAUSES
SECTION I

| | | | | |
|---|---|---|---|---|
| X | 22.1408(a) | 52.222-36 | AFFIRMATIVE ACTION FOR HANDICAPPED WORKERS | (APR 1984) |
| X | 22.1308(b) | 52.222-37 | EMPLOYMENT REPORTS ON SPECIAL DISABLED VETERANS & VETERANS OF THE VIETNAM ERA | (JAN 1988) |
| X | 23.105(b) | 52.223-2 | CLEAN AIR AND WATER | (APR 1984) |
| X | 25.704 | 52.225-11 | RESTRICTIONS ON CERTAIN FOREIGN PURCHASES | (MAY 1992) |
| X | 26.104(a) | 52.226-1 | UTILIZATION OF INDIAN ORGANIZATIONS AND INDIAN-OWNED ECONOMIC ENTERPRISES | (AUG 1991) |
| X | 27.201-2(a) | 52.227-1 | AUTHORIZATION AND CONSENT | (APR 1984) |
| X | 27.201-2(b) | 52.227-1 | AUTHORIZATION AND CONSENT - ALTERNATE I | (APR 1984) |
| X | 27.202-2 | 52.227-2 | NOTICE & ASSISTANCE REGARDING PATENT AND COPYRIGHT INFRINGEMENT | (APR 1984) |
| X | 27.303(a) | 52.227-11 | PATENT RIGHTS - RETENTION BY THE CONTRACTOR (SHORT FORM) | (JUN 1989) |
| X | 28.311-2 | 52.228-7 | INSURANCE - LIABILITY TO THIRD PERSONS | (APR 1984) |
| X | 29.402-2(a) | 52.229-8 | TAXES - FOREIGN COST REIMBURSEMENT CONTRACTS | (MAR 1990) |
| X | 32.111(c)(2) | 52.232-9 | LIMITATION ON WITHHOLDING OF PAYMENTS | (APR 1984) |
| X | 32.617(a) | 52.232-17 | INTEREST | (JAN 1991) |
| X | 32.705-2(a) | 52.232-20 | LIMITATION OF COST | (APR 1984) |
| X | 32.806(a)(1) | 52.232-23 | ASSIGNMENT OF CLAIMS - ALTERNATE I | (JAN 1986) |
| X | 32.908(c) | 52.232-25 | PROMPT PAYMENT | (SEP 1992) |
| X | 33.214 | 52.233-1 | DISPUTES | (DEC 1991) |
| X | 33.106(b) | 52.233-3 | PROTEST AFTER AWARD - ALTERNATE I | (AUG 1989) |
| X | 42.802 | 52.242-1 | NOTICE OF INTENT TO DISALLOW COSTS | (APR 1984) |
| X | 42.903 | 52.242-13 | BANKRUPTCY | (APR 1991) |
| X | 43.205(b)(1) | 52.243-2 | CHANGES - COST-REIMBURSEMENT | (AUG 1987) |
| X | 43.205(b)(6) | 52.243-2 | CHANGES - COST-REIMBURSEMENT - | (AUG 1987) |
| X | 44.204(b) | 52.244-2 | SUBCONTRACTS (COST- REIMBURSEMENT & LETTER CONTRACTS) - ALTERNATE I | (JUL 1985) |
| X | 45.106(a) | 52.245-1 | PROPERTY RECORDS | (APR 1984) |
| X | 47.104-4 | 52.247-1 | COMMERCIAL BILL OF LADING NOTATIONS | (APR 1984) |
| X | 49.503(a)(1) | 52.249-6 | TERMINATION (COST- REIMBURSEMENT) | (MAY 1986) |
| X | 51.205 | 52.251-2 | INTERAGENCY MOTOR POOL VEHICLES AND SERVICES | (JAN 1991) |

PART II - CONTRACT CLAUSES
SECTION I

DoD FAR SUPPLEMENT CLAUSES

| | DOD FAR Supp Text Reference | DOD FAR Supp Clause | Clause Title | Date |
|---|---|---|---|---|
| X | 201.602-70 | 252.201-7000 | CONTRACTING OFFICER'S REPRESENTATIVE | (DEC 1991) |
| X | 203.170-4 | 252.203-7000 | STATUTORY PROHIBITIONS ON COMPENSATION TO FORMER DEPARTMENT OF DEFENSE EMPLOYEES | (DEC 1991) |
| X | 203.570-5 | 252.203-7001 | SPECIAL PROHIBITION ON EMPLOYMENT | (APR 1993) |
| X | 204.404-70(a) | 252.204-7000 | DISCLOSURE OF INFORMATION | (DEC 1991) |
| X | 205-470-2 | 252.205-7000 | PROVISION OF INFORMATION TO COOPERATIVE AGREEMENT HOLDERS | (DEC 1991) |
| X | 209.103-70 | 252.209-7000 | ACQUISITION FROM SUBCONTRACTORS SUBJECT TO ON-SITE INSPECTION UNDER THE INTERMEDIATE-RANGE NUCLEAR FORCES (INF) TREATY | (DEC 1991) |
| X | 215.804-8(1) | 252.215-7000 | PRICING ADJUSTMENTS | (DEC 1991) |
| X | 215.811-70(h) | 252.215-7002 | COST ESTIMATING SYSTEM REQUIREMENTS | (DEC 1991) |
| X | 219.7107 | 252.219-7008 | PILOT MENTOR-PROTEGE PROGRAM | (OCT 1992) |
| X | 223.570-3 | 252.223-7004 | DRUG-FREE WORK FORCE | (SEP 1988) |
| X | 225.109-70(a) | 252.225-7002 | QUALIFYING COUNTRY SOURCES AS SUBCONTRACTORS | (DEC 1991) |
| X | 225.7002-4(a) | 252.225-7012 | PREFERENCE FOR CERTAIN DOMESTIC COMMODITIES | (DEC 1991) |
| X | 225.7105 | 252.225-7025 | FOREIGN SOURCE RESTRICTIONS | (APR 1993) |
| X | 225.770-4 | 252.225-7031 | SECONDARY ARAB BOYCOTT OF ISRAEL | (JUN 1992) |
| X | 225.408(a)(4) | 252.225-7036 | NORTH AMERICAN FREE TRADE AGREEMENT IMPLEMENTATION ACT | (JAN 1994) |
| X | 225.408(a)(4) | 252.225-7037 | DUTY FREE ENTRY – NAFTA COUNTRY END-PRODUCTS AND SUPPLIES | (JAN 1994) |
| X | 227.403-70(e) | 252.227-7013 | RIGHTS IN TECHNICAL DATA & COMPUTER SOFTWARE | (OCT 1988) |
| X | 227.403-72(a) | 252.227-7018 | RESTRICTIVE MARKINGS ON TECHNICAL DATA | (OCT 1988) |
| X | 227.403-72(a) | 252.227-7029 | IDENTIFICATION OF TECHNICAL DATA | (APR 1988) |
| X | 227.405-70( | 252.227-7031 | DATA REQUIREMENTS | (OCT 1988) |
| X | 227.304-4 | 252.227-7034 | PATENTS - SUBCONTRACTS | (APR 1984) |
| X | 227.403-74( | 252.227-7036 | CERTIFICATION OF TECHNICAL DATA CONFORMITY | (MAY 1989) |
| X | 227.473-4(a) | 252.227-7037 | VALIDATION OF RESTRICTIVE MARKINGS ON TECHNICAL DATA | (APR 1988) |
| X | 228.370(d) | 252.228-7003 | CAPTURE AND DETENTION | (DEC 1991) |
| X | 228.370(e) | 252.228-7005 | ACCIDENT REPORTING AND INVESTIGATION INVOLVING AIRCRAFT, MISSILES, AND SPACE LAUNCH VEHICLES | (DEC 1991) |

PART II - CONTRACT CLAUSES
SECTION I

| | | | | |
|---|---|---|---|---|
| X | 231.100-70 | 252.231-7000 | SUPPLEMENTAL COST PRINCIPLES | (DEC 1991) |
| X | 231.7002-6 | 252.231-7001 | PENALTIES FOR UNALLOWABLE COSTS | (APR 1993) |
| X | 232.111-70 | 252.232-7006 | REDUCTION OR SUSPENSION OF CONTRACT PAYMENTS UPON FINDING | (JAN 1992) |
| X | 233.7001 | 252.233-7000 | CERTIFICATION OF CLAIMS AND REQUESTS FOR ADJUSTMENT OR RELIEF | (APR 1993) |
| X | 242.570. | 252.242-7000 | POSTAWARD CONFERENCE | (DEC 1991) |
| X | 242.7206 | 252.242-7004 | MATERIAL MANAGEMENT AND ACCOUNTING SYSTEM | (DEC 1991) |
| X | 251.107 | 252.251-7001 | USE OF INTERAGENCY FLEET MANAGEMENT SYSTEM (IFMS) VEHICLES & RELATED SERVICES | (DEC 1991) |
| X | 270.007 | 252.270-7000 | RECOVERY OF NONRECURRING COSTS AND ROYALTY FEES ON COMMERCIAL SALES | (DEC 1991) |

PART II - CONTRACT CLAUSES

1. FAR 52.203-9 REQUIREMENT FOR CERTIFICATE OF PROCUREMENT INTEGRITY MODIFICATION (NOV 1990)

(a) Definition. The definitions at FAR 3.104-4 are hereby incorporated in this clause.

(b) The Contractor agrees that it will execute the certificate set forth in paragraph c. of this clause when requested by the Contracting Officer in connection with the execution of any modification of this contract.

(c) Certifications. As required in paragraph b. of this clause, the offeror or employee responsible for the modification proposal shall execute the following certification.

CERTIFICATE OF PROCUREMENT INTEGRITY - MODIFICATION (NOV 1990)

1. I, ______________________ (NAME OF CERTIFIER), am the officer or employee responsible for the preparation of this modification proposal and hereby certify that, to the best of my knowledge and belief, with the exception of any information described in this certification, I have no information concerning a violation or possible violation of subsection 27(a), (b), (d), or (f) of the Office of Federal Procurement Policy Act, as amended* (41 U.S.C. 423), (hereafter referred to as "the Act"), as implemented in the FAR, occurring during the conduct of this procurement ______________________ (CONTRACT AND MODIFICATION NUMBER).

2. As required by subsection 27(e)(1)(B) of the Act, I further certify that to the best of my knowledge and belief, each officer, employee, agent, representative, and consultant of ______________________ (NAME OF OFFEROR) who has participated personally and substantially in the preparation or submission of this proposal has certified that he or she is familiar with, and will comply with, the requirements of subsection 27(a) of the Act, as implemented in the FAR, and will report immediately to me any information concerning a violation or possible violation of subsections 27(a), (b), (d), or (f) of the Act, as implemented in the FAR, pertaining to this procurement.

3. Violation or possible violation: (Continue on plain bond paper, if necessary and label 'Certificate of Procurement Integrity - Modification (Continuation Sheet)' ENTER "NONE" IF NONE EXISTS)

______________________________________________

______________________________________________

______________________________________________

______________________________

(Signature of the officer or employee responsible for the modification proposal)

______________________________

(Name and Title)

______________

(Date)

*Subsections 27(a), (b), and (d) are effective on December 1, 1990. Subsection 27(f) is effective on June 1, 1991.

THIS CERTIFICATION CONCERNS A MATTER WITHIN THE JURISDICTION OF AN AGENCY OF THE UNITED STATES AND THE MAKING OF A FALSE, FICTITIOUS, OR FRAUDULENT CERTIFICATION MAY RENDER THE MAKER SUBJECT TO PROSECUTION UNDER TITLE 18, UNITED STATED CODE, SECTION 1001.

(END OF CERTIFICATION)