PART II - CONTRACT CLAUSES

(d) In making the certification in paragraph (2) of the certificate, the officer or employee of the competing Contractor responsible for the offer or bid, may rely upon a one-time certification from each individual required to submit a certification to the competing Contractor, supplemented by periodic training. These certifications shall be obtained at the earliest possible date after an individual required to certify begins employment or association with the contractor. If a contractor decides to rely on a certification executed prior to the suspension of section 27 (i.e., prior to December 1, 1989), the Contractor shall ensure that an individual who has so certified is notified that section 27 has been reinstated. These certifications shall be maintained by the Contractor for a period of 6 years from the date a certifying employee's employment with the company ends or, for an agency representative, or consultant, 6 years from the date such individual ceases to act on behalf of the contractor.

(e) The certification required by paragraph (c) of this clause is a material representation of fact upon which reliance will be placed in executing this modification.

(END OF CLAUSE)

2. <u>FAR 52.204-1 APPROVAL OF CONTRACT (DEC 1989)</u>

This contract is subject to the written approval of <u>the Head of the Contracting Activity</u> and shall not be binding until so approved.

3. <u>FAR 52.252-2 CLAUSES INCORPORATED BY REFERENCE (JUN 1988)</u>

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available.

(END OF CLAUSE)

4. <u>FAR 52.252-4 ALTERATIONS IN CONTRACT (APR 1984)</u>

Portions of the Contract are altered as follows:

a. In FAR 52.222-2 PAYMENT FOR OVERTIME PREMIUMS, the amount to be inserted in paragraph (a) is understood and agreed to be ZERO.

b. In FAR 52.232-25, PROMPT PAYMENT, delete the definition of "foreign vendor" from the last sentence of the lead-in paragraph; and in paragraph (a)(5); delete the last sentence: "An interest penalty shall not be paid on contracts awarded to foreign vendors outside the United States for work performed outside the United State."

(END OF CLAUSE)

5. <u>DOD FAR SUP. 252.247-7023 TRANSPORTATION OF SUPPLIES BY SEA (DEC 1991)</u>

(a) <u>Definitions</u>: as used in this clause:

(1) "Components" means articles, materials, and supplies incorporated directly into end products at any level of manufacture, fabrication or assemble by the Contractor or any subcontractor.

PART II - CONTRACT CLAUSES

(2) "Department of Defense" (DoD) means the Army, Navy, Air Force, Marine Corps, and defense agencies.

(3) "Foreign flag vessel" means any vessel that is not a U.S.-flag vessel.

(4) "Ocean transportation" means any transportation aboard a ship, vessel, boat, barge, or ferry through international waters.

(5) "Subcontractor" means a supplier, materialman, distributor or vendor at any level below the prime contractor whose contractual obligation to perform results from, or is conditioned upon, award of the prime contract and who is performing any part of the work or other requirement of the prime contract.

(6) "Supplies" means all property, except land and interests in land, that is clearly identifiable for eventual use by or owned by the DoD at the time of transportation by sea.

(i) An item is clearly identifiable for eventual use by the DoD if, for example, the contract documentation contains a reference to a DoD contract number or a military destination.

(ii) "Supplies" includes (but is not limited to) public works; buildings and facilities; ships; floating equipment and vessels of every character type, and description, with parts, subassemblies, accessories, and equipment; machine tools; material; equipment, stores of all kinds; end items; construction materials; and components of the foregoing.

(7) "U.S.-flag vessel" means a vessel of the United States or belonging to the United States, including any vessel registered or having national status under the laws of the United States.

(b) The Contractor shall employ U.S.-flag vessels in the transportation by sea of any supplies to be furnished in the performance of this contract. The Contractor and its subcontractors may request that the Contracting Officer authorize shipment in foreign flag vessels, or designate available U.S.-flag vessels, if the Contractor or a subcontractor believes that -

(1) U.S.-flag vessels are not available for timely shipment;
(2) The freight charges are inordinately excessive or unreasonable; or
(3) Foreign charges are higher than charges to private persons for transportation of like goods.

(c) The Contractor must submit any request for use of other than U.S.-flag vessels in writing to the Contracting Officer at least 45 days prior to the sailing date for the shipper necessary to meet its delivery schedules. The Contracting Officer will process requests submitted after such date(s) as expeditiously as possible, but the Contracting Officer's failure to grant approvals to meet the shipper's sailing date will not of itself constitute a compensable delay under this or any other clause of this contract. Request shall contain at a minimum:

(1) Type, weight, and cube of cargo.
(2) Required shipping date.
(3) Special handling and discharge requirements.
(4) Loading and discharge points.
(5) Name of shipper and consignee.
(6) Prime contract number.