PART II - CONTRACT CLAUSES

(1) The representatives, employees, offices, officials, and subcontractors specified in paragraph (a) of this clause, and

(2) Each grantee under section 325(a) or 325A(a) of the Job Training Partnership Act, as the case may be, providing training, adjustment assistance, and employment services to each employee described in this paragraph.

(d) An employee who receives notice of withdrawal shall not be eligible for training, adjustment assistance, and employment services under section 325 of the Job Training Partnership Act, or section 325A of such Act, as the case may be, beginning on the date the employee receives such notice.

(e) The Contractor shall insert the substance of this clause in all subcontracts of $500,000.00 or more.

(END OF CLAUSE)

PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS

SECTION J - LIST OF ATTACHMENTS

| NUMBER | ATTACHMENT | PAGE(S) |
|---|---|---|
| 1 | STATEMENT OF WORK ENTITLED "Defense Conversion in Ukraine" DATED 95JUN21. | 4 |
| 2 | CONTRACT DATA REQUIREMENTS LIST (DD FORM 1423), DATED 95JUL03. | 6 |

95 JUN 21

# I. STATEMENT OF WORK REQUIREMENTS

## 1. SCOPE.

The scope of work for this proposal comprises assistance and DCI investment to include capital equipment, material, training and business assistance/advisory services to the Meridian Joint Stock Company, Kyiv, Ukraine, (Meridian) and to the wholly-owned DCI subsidiary operation to be located in Ukraine in the areas of marketing of existing and transformed product lines, retrofitting and retooling their existing die cast manufacturing equipment base, and support in industrial restructuring of those facilities to establish productive, commercially successful commercial enterprises in Ukraine. Please note that Meridian (new name) was formerly known as the Korolev Production Amalgamation.

### 1.1. Proposal Background.

This proposal is submitted in response to the Defense Nuclear Agency's (DNA) responsibilities (Solicitation Offer DNA001-94-R-0084) for establishing programs for the defense conversion in Ukraine.

In August and September, 1994, key executives of Die Casters International, Inc. ("DCI) traveled to Kyiv and other locations in Ukraine to visit several companies listed in DNA's solicitation offer/amendments. The purpose of this trip was to identify specific program needs that match DCI's Project Team capabilities with those requested by the DNA in consultation with the companies selected in Ukraine. Prior to that trip, DCI contacted most of the targeted conversion companies identified in the solicitation and presented DCI's conversion program. These activities had generated strong interest from more than ten of the companies.

After review of those companies' capabilities and during DCI's visit to Ukraine, it was determined that DCI's capabilities fit best with the program needs of Meridian, Fiolent Joint Stock Company (located in the Crimea, Ukraine) and Mayak (a third conversion company located in Kyiv) in matching the specific needs and criteria as outlined by DNA. In-depth discussions were held at those meetings and through subsequent discussions with Meridian's, Fiolent's and Mayak's management teams as to programs and resources that the DCI Project Team could provide in meeting their immediate and future requirements for their conversion from a defense manufacturing base to one that can respond to the commercial, consumer market.

DCI's visit and discussions have confirmed that DCI can provide the three companies with realistic, technically feasible and cost effective programs to meet the goals and objectives indicated in the scope of the project. To this end, DCI and each of the three companies entered into individual Letters of Protocol to form joint ventures to convert their defense manufacturing assets to die casting and related, commercially-oriented manufacturing assets. After numerous discussions with DNA, DCI agreed to focus its activities and proposal on Meridian and Fiolent and to exclude Mayak. Including the two Ukraine companies to work with DCI, leverages many of DCI's services, reduces the risk of failure, and gives DNA much greater leverage on the conversion funds it awards.

However, following further considerations by DNA related to funds available, it was determined that DCI, under this contract, shall provide its services, technology, and equipment to Meridian alone,

shall reduce or eliminate services for training and quality control, and shall extend efforts towards the furtherance of continued defense conversion in Ukraine and in other NIS republics.

### 1.2. Objectives.

The primary objective of this defense conversion proposal is to provide assistance to Meridian to support the conversion and privatization of its defense related manufacturing base to the commercial production of consumer products (primarily die cast products) to meet consumer market demand, both internally within Ukraine and externally, for product export shipments to other NIS countries and to the free world markets.

This proposal is based upon capital equipment requirements, critically needed spare parts and supplies, technical assistance and training requirements, and ongoing entrepreneurial oriented business consulting and market assistance services that were identified by Meridian's management during DCI's visit and during DCI's continued discussions.

The specific format of the proposed business relationship is based upon DCI's plan to form up to two joint venture stock ownership companies ("JV's") between Meridian and DCI as soon as possible. The JV's will be the legal entities upon which DCI will effectively produce close and enduring business relationships with Meridian. DCI will also build direct relationships with Meridian to enhance Meridian's individual capabilities to convert other assets to commercial production.

## 2. WORK REQUIREMENTS.

### 2.1. Proposal Overview.

**2.1.1.** This statement of work requirements defines DCI's tasks in conjunction with a program of U.S. Government assistance to Meridian, a Ukraine state owned enterprise which will undergo privatization. It is believed that this proposal executes a balanced and integrated program that will maximize the benefits of DNA's allocation of appropriated funds for defense conversion and business assistance in establishing long term commercial business for Meridian and for DCI's JV's in Ukraine.

**2.1.2.** This proposal is based upon DCI's in-house and project team services which will be provided by professionals with backgrounds in production, quality control, sales and marketing, strategic business development, corporate finance and executive management. Along with DCI's coordinating role, DCI's project team will work closely with Meridian's management teams to assure their understanding and involvement in the market evaluation, product/business development, budgeting, and business planning process. DCI has assembled a strong project management team that can call upon, within the limits of funding provided by DNA, civilian industry specialists in manufacturing technology, corporate finance, accounting, economic analysis, technical product design, investment banking and training, to include quality management training. It is the intent of DCI to use local Ukraine professionals where appropriate, as will be the case when staffing its Ukraine subsidiary. DCI