believes that this proposal reflects a business and investment strategy to optimize the employment at the JV's and within Meridian, with their eventual success as self-sustaining, profitable enterprises.

2.1.3. DCI intends to provide the necessary personnel, equipment, materials and training to accomplish the requirements as proposed in this statement of work requirements.

2.1.4. DCI will attempt to establish a JV with an NIS-based new die cast machine manufacturer as a source for machines and other equipment for DCI's die casting JV's. If this is not practical or possible, DCI will source its equipment from other sources.

## 2.2. Tasks.

### 2.2.1. Task 1: Business Assistance.

DCI will assist in the conversion of selected and identified parts of Meridian, located in Kyiv, Ukraine, that are being privatized from a military (defense) industry to a commercial industry. Those business areas that become part of DCI's JV's, i.e., die casting and die cast machine remanufacturing operations, will be privatized from government ownership much faster. The formation of the JV's and continued assistance to Meridian should yield a long lasting, effective and visibly successful defense transformation to the maximum extent possible considering the objectives identified in the Evaluation Criteria as outlined in RFP DNA001-94-R-0084.

### 2.2.2. Task 2: Project Management.

DCI will prepare a final business plan within sixty (60) days to include an expanded working list of the tasks and objectives identified during the pre-proposal phase of DNA's procurement. This final business plan will also include an updated letter of intent between DCI and Meridian indicating agreement to cooperate jointly on this proposal. Such plans may also include the final JV agreements for government approval, as well as documents relating to DCI's Ukraine subsidiary.

DCI will participate in a contract kick-off meeting with DNA and representatives of Meridian as soon as such a meeting can reasonably be scheduled. Ideally, prior to this meeting, DCI would plan to visit Meridian as soon as possible after the contract award for in-country fact finding, meeting with Meridian management, and to begin negotiations to form the joint ventures.

### 2.2.3. Task 3: Task Development.

The Department of Defense (DoD) is looking for innovation and bold ideas that can provide maximum benefit to Meridian. DCI's proposal meets and/or exceeds the tasks as identified by DNA that include:

(a) DCI will provide training, investment and technical assistance to the JV's and Meridian to produce marketable products or services.

(b) DCI will provide the JV's and Meridian with business services, patented USA technology, and capital equipment. DCI's proposal provides the maximum social and conversion

returns for DNA's infusion of capital equipment to convert Meridian's military production capabilities into commercial applications and in improvements in their production capacity.

(c) DCI will provide marketing assessment and advice related to the products produced by the JV's and by Meridian.

(d) DCI will provide business development assistance and strategic planning services to the JV's.

(e) DCI will modernize the JV's die cast production facilities through equipment and software purchases.

(f) DCI will transfer manufacturing technology appropriate for the intended commercial products and install die casting equipment and technology at the Ukrainian JV facilities. DCI also will provide training for this new technology and for the new equipment as required.

(g) DCI will provide technical support in developing in-house logistics systems, quality assurance and quality control, and storage and distribution systems as appropriate to the die cast products to be produced by the Ukrainian JV's.

(h) DCI will institute cost accounting and financial controls necessary for the long term business development at the JV's and will assist Meridian to do the same.

**2.2.4. Continued Efforts.**

The initial relationship shall serve as the groundwork for future business and/or joint ventures that would further assist Meridian in its defense conversion, commercial efforts. During the project and at the end of this effort, defined as the time when U.S. Government funding has been utilized, DCI plans to assist its subcontractors to form joint ventures in Ukraine, to further develop products and services with the JV's for sale into old and emerging international markets, and to assist Meridian to sell commercial products in Ukraine, in the NIS, and in Europe.

# CONTRACT DATA REQUIREMENTS LIST
(2 Data Items)

Form Approved
OMB No. 0704-0188

See Section J - List of Attachments for information regarding public reporting burden for this form

A. CONTRACT LINE ITEM NO. N/A

B. EXHIBIT

C. CATEGORY TDP ____ TM ____ OTHER Reports

D. SYSTEM/ITEM: Defense Conversion for the Ukraine

E. CONTRACT/PR NO. DNA001-95-C-0169

F. CONTRACTOR: Die Casters International, Inc.

1. DATA ITEM NO. 1
2. TITLE OF DATA ITEMS: Letter of Intent
3. SUBTITLE: N/A
4. AUTHORITY (Data Acquisition Document No.): N/A
5. CONTRACT REFERENCE: SECTION F
6. REQUIRING OFFICE: DNA /ACTR
7. DD 250 REQ: N/A
8. APP CODE: N/A
9. DIST STATEMENT REQUIRED: N/A
10. FREQUENCY: One time unless changes are made
11. AS OF DATE: 30 Days After Contract Award
12. DATE OF FIRST SUBMISSION: 30 Days After Contract Award
13. DATE OF SUBSEQUENT SUBMISSION: Updates when changes are made

14. DISTRIBUTION

| a. Addressee | b. COPIES Draft | Reg | Repro |
|---|---|---|---|
| TRDC/PM | | 1 | 0 |
| | | | |
| | | | |
| 15. TOTAL | | 1 | 0 |

16. REMARKS

Letter of Intent shall signify an agreement between the contractor and the Ukrainian enterprise to proceed with a long-lasting business arrangement. If the enterprise is not privatized, the letter must demonstrate the commitment to privatization. The letter shall document the legal nature of the business arrangement.

1. DATA ITEM NO. 2
2. TITLE OF DATA ITEM: Program Management Plan
3. SUBTITLE: N/A
4. AUTHORITY (Data Acquisition Document No.): N/A
5. CONTRACT REFERENCE: SECTION F
6. REQUIRING OFFICE: DNA/ACTR
7. DD 250 REQ: N/A
8. APP CODE: N/A
9. DIST STATEMENT REQUIRED: N/A
10. FREQUENCY: When required
11. AS OF DATE: 3 Months After Contract Award
12. DATE OF FIRST SUBMISSION: 3 Months After Contract Award
13. DATE OF SUBSEQUENT SUBMISSION: Updates when changes are made

14. DISTRIBUTION

| a. Addressee | b. COPIES Draft | Reg | Repro |
|---|---|---|---|
| TRDC/PM | | 1 | 1 |
| | | | |
| | | | |
| | | | |
| 15. TOTAL | | 1 | 1 |

16. REMARKS

The planning document should include: (1) Work organization and planning, (2) Schedule planning, (3) Financial planning, and (4) Technical performance planning and measurement.

G. PREPARED BY: Thomas L. Cox, Contract Specialist

H. DATE: 95JUL03

I. APPROVED BY: Scott G. Morton, Contracting Officer

J. DATE: 95JUL03

DD FORM 1423-2, JUN 90 Previous editions are obsolete



A001-95-C-0169

Attachment 2

# CONTRACT DATA REQUIREMENTS LIST
(2 Data Items)

Form Approved
OMB No. 0704-0188

See Section J - List of Attachments for information regarding public reporting burden for this form

| | | |
|---|---|---|
| A. CONTRACT LINE ITEM NO. N/A | B. EXHIBIT | C. CATEGORY TDP ____ TM ____ OTHER Reports |
| D. SYSTEM/ITEM: Defense Conversion for the Ukraine | E. CONTRACT/PR NO. DNA001-95-C-0169 | F. CONTRACTOR: Die Casters International, Inc. |

| | | |
|---|---|---|
| 1. DATA ITEM NO. 3 | 2. TITLE OF DATA ITEMS Cost and Performance Report | 3. SUBTITLE N/A |
| 4. AUTHORITY (Data Acquisition Document No.) N/A | 5. CONTRACT REFERENCE SECTION F | 6. REQUIRING OFFICE: DNA /ACTR |

| | | | |
|---|---|---|---|
| 7. DD 250 REQ N/A | 9. DIST STATEMENT REQUIRED N/A | 10. FREQUENCY Monthly | 12. DATE OF FIRST SUBMISSION 3 Months After Contract Award |
| 8. APP CODE N/A | | 11. AS OF DATE End of Month | 13. DATE OF SUBSEQUENT SUBMISSION: Monthly |

14. DISTRIBUTION

| a. Addressee | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| ACTR/PM | | 1 | 0 |
| DNA/AM | | 1 | 0 |
| | | | |
| 15. TOTAL | | 2 | 0 |

16. REMARKS Report will address both program status and business status. The program portions must address progress toward achieving program performance goals. The business portions shall provide summarized details on the status of resources (federal funds & non-federal cost sharing), including an accounting of expenditures for the period covered by the report. The report should compare the resource status with any payment & expenditure schedules or plans provided in the original grant; explain any major deviations from those schedules; and discuss actions that will be taken to address the deviations.

| | | |
|---|---|---|
| 1. DATA ITEM NO. 4 | 2. TITLE OF DATA ITEM: Equipment Delivery Schedule | 3. SUBTITLE N/A |
| 4. AUTHORITY (Data Acquisition Document No.) N/A | 5. CONTRACT REFERENCE SECTION F | 6. REQUIRING OFFICE DNA/ACTR |

| | | | |
|---|---|---|---|
| 7. DD 250 REQ N/A | 9. DIST STATEMENT REQUIRED N/A | 10. FREQUENCY One time unless changes are made | 12. DATE OF FIRST SUBMISSION 3 Months After Contract Award |
| 8. APP CODE N/A | | 11. AS OF DATE 3 Months After Contract Award | 13. DATE OF SUBSEQUENT SUBMISSION Updaes when chages are made |

14. DISTRIBUTION

| a. Addressee | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| ACTR/PM | | 1 | 0 |
| | | | |
| | | | |
| | | | |
| 15. TOTAL | | 1 | 0 |

16. REMARKS

| | | | |
|---|---|---|---|
| G. PREPARED BY: Thomas L. Cox Contract Specialist | H. DATE: 95JUL03 | I. APPROVED BY: Scott G. Morton Contracting Officer | J. DATE: 95JUL03 |

DD FORM 1423-2, JUN 90 Previous editions are obsolete



DNA001-95-C-0169

Attachment 2