# CONTRACT DATA REQUIREMENTS LIST
(2 Data Items)

Form Approved
OMB No. 0704-0188

See Section J - List of Attachments for information regarding public reporting burden for this form

A. CONTRACT LINE ITEM NO.: N/A
B. EXHIBIT:
C. CATEGORY: TDP ____ TM ____ OTHER Reports

D. SYSTEM/ITEM: Defense Conversion for the Ukraine
E. CONTRACT/PR NO.: DNA001-95-C-0169
F. CONTRACTOR: Die Casters International, Inc.

1. DATA ITEM NO.: 5
2. TITLE OF DATA ITEMS: Industrial Partnership Questionaire
3. SUBTITLE: N/A
4. AUTHORITY (Data Acquisition Document No.): N/A
5. CONTRACT REFERENCE: SECTION F
6. REQUIRING OFFICE: DNA /ACTR
7. DD 250 REQ: N/A
8. APP CODE: N/A
9. DIST STATEMENT REQUIRED: N/A
10. FREQUENCY: Every Other Month
11. AS OF DATE: N/A
12. DATE OF FIRST SUBMISSION: Will be provided by PM
13. DATE OF SUBSEQUENT SUBMISSION: Provided by PM

14. DISTRIBUTION

| a. Addressee | b. COPIES Draft | Reg | Repro |
|---|---|---|---|
| TRDC/PM | | 1 | 0 |
| | | | |
| | | | |
| 15. TOTAL | | 1 | 0 |

16. REMARKS

1. DATA ITEM NO.: 6
2. TITLE OF DATA ITEM: Privatization Timetable
3. SUBTITLE: N/A
4. AUTHORITY (Data Acquisition Document No.): N/A
5. CONTRACT REFERENCE: SECTION F
REQUIRING OFFICE: DNA/ACTR
7. DD 250 REQ: N/A
8. APP CODE: N/A
9. DIST STATEMENT REQUIRED: N/A
10. FREQUENCY: One Time
11. AS OF DATE: 6 Months After Contract Award
12. DATE OF FIRST SUBMISSION: 6 Months After Contract Award
13. DATE OF SUBSEQUENT SUBMISSION: None

14. DISTRIBUTION

| a. Addressee | b. COPIES Draft | Reg | Repro |
|---|---|---|---|
| TRDC/PM | | 1 | 1 |
| | | | |
| | | | |
| | | | |
| 15. TOTAL | | 1 | 1 |

16. REMARKS

G. PREPARED BY: Thomas L. Cox, Contract Specialist
H. DATE: 95JUL03
I. APPROVED BY: Scott G. Morton, Contracting Officer
J. DATE: 95JUL03

DD FORM 1423-2, JUN 90 Previous editions are obsolete



DNA001-95-C-0169

Attachment 2

# CONTRACT DATA REQUIREMENTS LIST
(2 Data Items)

Form Approved
OMB No. 0704-0188

See Section J - List of Attachments for information regarding public reporting burden for this form

A. CONTRACT LINE ITEM NO.: N/A
B. EXHIBIT:
C. CATEGORY: TDP ____ TM ____ OTHER Reports

D. SYSTEM/ITEM: Defense Conversion for the Ukraine
E. CONTRACT/PR NO.: DNA001-95-C-0169
F. CONTRACTOR: Die Casters International, Inc.

| Field | Value |
|---|---|
| 1. DATA ITEM NO. | 7 |
| 2. TITLE OF DATA ITEMS | Final Report |
| 3. SUBTITLE | N/A |
| 4. AUTHORITY (Data Acquisition Document No.) | N/A |
| 5. CONTRACT REFERENCE | SECTION F |
| 6. REQUIRING OFFICE: | DNA /ACTR |
| 7. DD 250 REQ | N/A |
| 8. APP CODE | N/A |
| 9. DIST STATEMENT REQUIRED | N/A |
| 10. FREQUENCY | One Time |
| 11. AS OF DATE | End of performance period |
| 12. DATE OF FIRST SUBMISSION | 3 Months after contract performance period |
| 13. DATE OF SUBSEQUENT SUBMISSION: | None |
| 16. REMARKS | |

14. DISTRIBUTION

| a. Addressee | b. COPIES Draft | Reg | Repro |
|---|---|---|---|
| ACTR/PM | | 1 | 0 |
| | | | |
| | | | |
| 15. TOTAL | | 1 | 0 |

| Field | Value |
|---|---|
| 1. DATA ITEM NO. | 8 |
| 2. TITLE OF DATA ITEM: | Progress Report - Letter Type |
| 3. SUBTITLE | N/A |
| 4. AUTHORITY (Data Acquisition Document No.) | DI-MGMT-80227 |
| 5. CONTRACT REFERENCE | N/A |
| 6. REQUIRING OFFICE | DNA/ACTR |
| 7. DD 250 REQ | N/A |
| 8. APP CODE | N/A |
| 9. DIST STATEMENT REQUIRED | N/A |
| 10. FREQUENCY: | Monthly |
| 11. AS OF DATE | |
| 12. DATE OF FIRST SUBMISSION | 30 Days After Award |
| 13. DATE OF SUBSEQUENT SUBMISSION | Monthly |
| 16. REMARKS | Summary of work performed during the month. Format to be approved by the Project Manager. |

14. DISTRIBUTION

| a. Addressee | b. COPIES Draft | Reg | Repro |
|---|---|---|---|
| DNA/PM | | 1 | 0 |
| | | | |
| | | | |
| | | | |
| 15. TOTAL | | 1 | 0 |

G. PREPARED BY: Thomas L. Cox, Contract Specialist
H. DATE: 95JUL03
I. APPROVED BY: Scott G. Morton, Contracting Officer
J. DATE: 95JUL03

DD FORM 1423-2, JUN 90 Previous editions are obsolete



DNA001-95-C-0169

Attachment 2