COST/PERFORMANCE REPORT

1. Reporting shall be on a quarterly basis, to be submitted as soon as practicable after the Contractor's quarterly fiscal close-out. More frequent or less frequent reporting may be appropriate under circumstances where reporting will cause hardship or disproportionate expenditure in reporting compliance. Contracts which are in excess of $500,000.00 in cumulative amount, and where duration is in excess of six months, shall be reported.

2. Reports shall be submitted in two copies: one copy to Headquarters, DNA, Acquisition Management Directorate (AM), 6801 Telegraph Road, Alexandria, Virginia 22310-3398 and the other copy to the appointed Contracting Officer's Technical Representative (COTR).

3. The purpose of the report is to determine current status of funds expended as this relates to technical progress. These aspects are to be reported as to current reporting period, cumulative-to-date, and projection-to-completion. Additionally, the Contractor will break out costs in one of two ways; either by task and related subtasks (work breakdown structure) or by labor distribution (converted to dollars, and work area distribution of such labor). In either of these forms, the resource expended will be compared to technical progress as of the date of funds expenditure (or labor distribution) reported.

4. OMB Form 22R02, suitably modified may be used for reporting purposes. A suitable modification would be the Contractor's own computer printout which contains the requisite information as indicated below. As a minimum, the report shall contain the following:

See attachment hereto.

# COST/PERFORMANCE REPORT

CONTRACTOR'S NAME ______________________________

CONTRACTOR'S PERFORMANCE ADDRESS ______________________________

______________________________

CONTRACT NO. DNA001-______________________________

TYPE OF CONTRACT: ______________________________

PROGRAM NAME, OR SHORT FORM DESIGNATION: ______________________________

DNA'S PROJECT MANAGER ______________________________

PROJECT MANAGER'S OFFICE ______________________________

REPORTING PERIOD: (Beginning and ending dates) ______________________________

DATE OF SUBMISSION: ______________________________

______________________________
Name, Title and Signature of Submitting Official

6. In columnar format, the minimum data required: ______________________________

| Item description (WBS Element, Task, Subtask, etc.) | Current Period | | | | | Cumulative to Date | | | | | At Completion | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Budgeted Cost Work Scheduled | Work Performed | Actual Cost of Work Performed | Variance | | Budgeted Cost | | Actual Cost of Work Performed | Variance | | Budgeted | Latest Revised Estimate | Varia |
| | | | | Schedule | Cost | Schedule | Performed | | Schedule | Cost | | | |
| | | | | | | | | | | | | | |
| TOTALS: | | | | | | TOTALS: | | | | | | | |

Variation from the above is permitted provided that all information is provided and such information is in a useable and understandable form.

7. Variances shall be footnoted and explained. Particularly important are those variances which indicate gross cost growth potential (10% or more) or gross overfunding (5% or more). Progress that is not in line with prior projections will be explained, as will be variances in budgeted cost or gross overfunding... Each will require some recovery planning, and description of such, along with revised projection data (both as to cost and technical progres areas. Reports which simply 'parrot' the original schedules and cost budgets will be questioned by recipients.