**Defense Threat Reduction Agency**
45045 Aviation Drive
Dulles, VA 20166-7517

JUN 13 2000

Mr. Alan C. Frederickson
President
Die Casters International, Incorporated
One Spruce Terrace
Wayne, New Jersey 07470

Dear Mr. Frederickson:

Reference: Defense Threat Reduction Agency (DTRA) Contract DNA001-95-C-0169, your letter dated June 5, 2000, and Mr. Zdebski's letter dated June 8, 2000.

The Defense Threat Reduction Agency has determined that it will take no further action to secure and protect the equipment referenced in the above documents.

As you are aware, no funds remain on the contract to continue performance. And, it has been determined that the Government will not modify the subject contract to increase funding. In that regard, your attention is invited to Federal Acquisition Regulation (FAR) 52.232-20, Limitation of Cost, specifically, paragraphs (d) and (e), in Contract DNA001-95-C-0169. The contract will be closed out in due course.

As required by FAR 52.245-5(i), Final Accounting and Disposition of Government Property, DCI shall submit an Inventory Schedule of all items of equipment procured with Government funding under the contract not consumed during performance. Upon receipt of the Inventory Schedule, DTRA will negotiate an equitable distribution of all property produced or purchased under the contract, based upon the share of costs incurred by each party.

Your assigned DTRA Contracting Officer, Mr. Herbert Thompson, is on travel until June 26, 2000. If there are any questions prior to Mr. Thompson's return, please do not hesitate to contact me at (703) 326-8506.

Sincerely,

Edward L. Archer

Edward L. Archer, CPCM
Contracting Officer

cc:
Charles A. Zdebski, Troutman S-