**Defense Threat Reduction Agency**
8725 John J. Kingman Road MSC 6201
Ft Belvoir, VA 22060-6201

April 14, 2004

Goldberg & Connolly
Attn: Mr. Gary Marcus
66 North Village Avenue
Rockville Centre, NY 11570

Dear Mr. Marcus:

We have received the two claims with respect to Die Casters International contract No. DNA001-95-C-0169. They were forwarded to DTRA by your letter dated February 25, 2004.

Due to the size and complexity of the claims, the Government requires additional time to evaluate them and respond. Therefore, pursuant to FAR 33.211(C)(2) and contract clause 52.233-1, "Disputes," you are hereby notified that a final decision regarding your claims will be issued on or before June 30, 2004.

Sincerely,

Robert J. Bember
Contracting Officer

cc: Mr. Alan C. Frederickson, President
Die Casters International, Inc.
One Spruce Terrace
Wayne, New Jersey 07470