**Defense Threat Reduction Agency**
8725 John J. Kingman Road MSC 6201
Ft Belvoir, VA 22060-6201

Goldberg & Connolly
Attn: Mr. Gary Marcus
66 North Village Avenue
Rockville Centre, NY 11570

June 25, 2004

Dear Mr. Marcus:

By letter dated 25 February 2004, Die Casters International, Inc. (DCI) asserts several claims related to contract DNA001-95-C-0169. Claim number 1, in the amount of $3,359,901.51, is based on DCI's assertion of rights to an equitable adjustment pursuant to FAR 52.232-20(h), Limitation of Cost. Claim number 2, in the amount of $109,996,640.71, represents alleged damages and lost profits. Finally, DCI claims entitlement to settlement expenses in the amount of $137,191.74. For the reasons set forth below, all claimed amounts are denied in their entirety.

**Background**

Contract DNA001-95-C-0169 was awarded to DCI on 27 October 1995. The term of the contract was established in Section F.1 of the contract as effective on the date of contract award through twenty-four months thereafter. The contract was a cost-sharing arrangement with an estimated cost of $4,100,427.00. The maximum Government liability was established as 74% of the estimated costs or $3,034.316.00. The contractor share was $1,066,111.00.

The contract was modified three times. Modification P00001 added Federal Acquisition Regulation (FAR) clause 52.245-5, Government Property (Cost-Reimbursement, Time & Material, or Labor Hour Contract). Modification A00001 changed the Paying Office. Modification P00002 provided for a no-cost extension of the contract term to 30 January 1998 as requested in DCI letter dated 8 October 1997.

The contract Statement of Work (SOW) cites the objective of the contract:

> The primary objective of this defense conversion proposal is to provide assistance to Meridian to support the conversion and privatization of its defense related manufacturing base to the commercial production of consumer products . . . .