The Sow further states:

> The specific format of the proposed business relationship is based upon DCI's plan to form up to two joint venture stock ownership companies ("JV's") between Meridian and DCI as soon as possible. The JV's will be the legal entities upon which DCI will effectively produce close and enduring business relationships with Meridian. DCI will also build direct relationships with Meridian to enhance Meridian's individual capabilities to convert other assets to commercial production.

In recognition of DCI's plan to form the joint ventures, the contract included Special Contract requirement number 5, Use and Ownership/Disposition of Government-Provided Property. In part, this clause specifies that:

> All property, equipment and materials acquired with United States (U.S.) Government funding under this contract shall be acquired solely for the use of the joint venture, or business arrangement formed by the U.S. Contractor and the Former Soviet Union (FSU) enterprise partner in performance of the terms of this contract.

The clause also states:

> Title and ownership of all property, equipment and materials acquired with U.S. Government funding under the Contract shall vest with the joint venture upon conclusion of the Contract, as determined by the Contracting Officer. Prior to conclusion of the Contract, the U.S. Contractor is accountable for said items in accordance with standard government property clauses cited under Section I of this contract.

**Discussion**

DCI proceeded to purchase equipment and attempted to form the Joint Ventures which were the cornerstone of DCI's plan to meet the objectives of the contract. DCI invoiced for, and the Government paid for the purchased equipment up to the maximum Government liability of $3,034,316.00. While DCI was able to purchase equipment, DCI was unsuccessful in its attempts to establish the joint ventures. In fact, no joint ventures were ever established. When the term of the contract ended, DCI realized they needed to submit additional billings and, accordingly, requested a no-cost extension of the contract by letter dated 21 November 1997. In part, the letter states:

> This letter submits our request for your consideration and favorable approval in granting a "No-Cost" contract extension (DNA001-95-C-0169) through January, 1998. Please note that this request does not request additional funding, as we can