Unfortunately, DCI lacked the resources to protect the property and the Government was forced to take action to prevent seizure and loss of the property.

The Government believes it has paid all the costs for the property in question and, therefore, has full right to protect its property and dispose of it as deemed appropriate. I disagree that DCI has any right to possess or utilize the equipment since the contract had unsuccessfully ended due to DCI's poor performance and the Government had paid up to its maximum liability. Furthermore, there was no evidence presented that DCI ever used its own funds to make payments on any of the costs that comprise its 26% share. Therefore, DCI's claim to recover $2,921,653.49 together with a reasonable profit of $438,248.02 is denied.

With respect to its Claim number 2, DCI asserts entitlement to recovery of " . . . $5,955,969.49 representing the total value of the Equipment that DCI had a right to possess and utilize in the formation of the Joint Venture which was wrongfully disposed of by DTRA together with a reasonable profit of $893,395.42 with respect to the Equipment and lost profits of $103,147,275.80." As stated above, the Government does not believe DCI has a right to possess and utilize the equipment and, therefore, denies the claim. In addition, the claim for lost profits is extremely speculative, at best, and inappropriate for payment by the Government.

Finally, DCI claims entitlement to settlement expenses in the amount of $137,191.74 plus interest. Since the Government believes there is no need for any additional settlement activities, this claim is denied as well.

This is the final decision of the Contracting officer. You may appeal this decision to the agency board of contract appeals. If you decide to appeal, you must, within 90 days from the date you receive this decision, mail or otherwise furnish written notice to the agency board of contract appeals and provide a copy to the Contracting Officer from whose decision this appeal is taken. The notice shall indicate that an appeal is intended, reference this decision, and identify the contract by number. With regard to appeals to the agency board of contract appeals, you may, solely at your election, proceed under the board's small claim procedure for claims of $50,000 or less or its accelerated procedures for claims of $100,000 or less. Instead of appealing to the agency board of contract appeals, you may bring an action directly in the United States Court of Federal Claims (except as provided in the Contract Disputes Act of 1978, 41 U.S.C. 603, regarding Maritime Contracts) within 12 months of the date you receive this decision.

Robert J. Bemben
Contracting Officer

cc: Mr. Alan C. Frederickson, President
Die Casters International, Inc.
One Spruce Terrace
Wayne, New Jersey 07470