**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**DIE CASTERS INTERNATIONAL, INC.,**

Plaintiff,

- against -

**UNITED STATES OF AMERICA,**

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

No.04-1113C
(Judge Braden)

PLAINTIFF'S STATEMENT OF PROPOSED FINDINGS OF UNCONTROVERTED FACT PURSUANT TO RCFC 56(h)(1)

Pursuant to RCFC 56(h)(1), Plaintiff submits the following Statement of Proposed Findings of Uncontroverted Fact as to which there are no genuine issues to be tried:

1. Plaintiff, is a corporation existing under the laws of the State of New Jersey. (Frederickson Moving Aff., ¶ 4).

2. Plaintiff is a small business, as that term is utilized in the relevant Federal Acquisition Regulations ("FAR"). (Frederickson Moving Aff., ¶ 5).