UNITED STATES COURT OF FEDERAL CLAIMS
-----------------------------------------------------------------X

DIE CASTERS INTERNATIONAL, INC.,

Plaintiff,

No. 04-1113C
(Judge Braden)

-against-

UNITED STATES OF AMERICA,

Defendant.

-----------------------------------------------------------------X

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

GOLDBERG & CONNOLLY
Attorneys for Defendant
66 North Village Avenue
Rockville Centre, New York 11570
(516)764-2800

# TABLE OF CONTENTS


| | PAGE |
|---|---|
| TABLE OF AUTHORITIES | ii |
| PRELIMINARY STATEMENT | 1 |
| BACKGROUND | 2 |
| A. Contract Award | 2 |
| B. Disposition of the Equipment | 3 |
| ARGUMENT | 6 |
| I. PLAINTIFF IS ENTITLED TO SUMMARY JUDGMENT BECAUSE IT HAS MET ITS BURDEN IN DEMONSTRATING THAT NO GENUINE ISSUE OF FACT EXISTS | 6 |
| A. Standard for Summary Judgment | 6 |
| B. Application of Law to Undisputed Facts | 7 |
| 1. Applicability of FAR 52.232-20(h) | 7 |
| 2. Defendant's Failure to Negotiate | 8 |
| 3. Valuation of Plaintiff's Interest in the Equipment | 8 |
| CONCLUSION | 10 |