UNITED STATES COURT OF FEDERAL CLAIMS
-----------------------------------------------------------------X

DIE CASTERS INTERNATIONAL, INC.,

Plaintiff,

No. 04-1113C
(Judge Braden)

-against-

UNITED STATES OF AMERICA,

Defendant.

-----------------------------------------------------------------X

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

GOLDBERG & CONNOLLY
Attorneys for Defendant
66 North Village Avenue
Rockville Centre, New York 11570
(516)764-2800

# TABLE OF CONTENTS

| | PAGE |
|---|---|
| TABLE OF AUTHORITIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ii |
| PRELIMINARY STATEMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 |
| BACKGROUND . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 |
| A. Contract Award . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 |
| B. Disposition of the Equipment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 |
| ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 |
| I. PLAINTIFF IS ENTITLED TO SUMMARY JUDGMENT BECAUSE IT HAS MET ITS BURDEN IN DEMONSTRATING THAT NO GENUINE ISSUE OF FACT EXISTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 |
| A. Standard for Summary Judgment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 |
| B. Application of Law to Undisputed Facts . . . . . . . . . . . . . . . . . . . . . . . . . | 7 |
| 1. Applicability of FAR 52.232-20(h) . . . . . . . . . . . . . . . . . . . . . . . . . | 7 |
| 2. Defendant's Failure to Negotiate . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 |
| 3. Valuation of Plaintiff's Interest in the Equipment . . . . . . . . . . . . . . . | 8 |
| CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 10 |



F:\users\bschneider\Gary Marcus\Legal Documents\DCISumamryJudgmentBrief rev1.wpd - September 20, 2004