# TABLE OF AUTHORITIES

**CASES** **PAGE**

Anderson v. Liberty Lobby, Inc., 477 U.S. 242,
477 U.S. 242, 106 S.Ct. 2505, 91 L.Ed.2d 202 (1986) . . . . . . . . . . . . . . . . . . . . . . 6, 7

Celotex Corp. v. Catrett, 477 U.S. 317,
477 U.S. 317, 106 S.Ct. 2548, 91 L.Ed.2d 265 (1986) . . . . . . . . . . . . . . . . . . . . . . 6

L.W. Matteson, Inc. v. United States,
2004 U.S. Claims *Lexis* 175 (2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

Salvador Cornejo-Ortega v. United States
2004 U.S. Claims *Lexis* 173 (2004)256 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

**STATUTES**

41 USC 601 *et. seq.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

**COURT RULES**

RCFC 56 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1, 6

**REGULATIONS**

FAR 33.201 *et. seq.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

FAR 52.232 - 20 (Apr 1984) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1, 3, 5, 7, 8, 10

# PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT

## PRELIMINARY STATEMENT

Plaintiff submits this Memorandum of Law in support of its Motion for Partial Summary Judgment pursuant to RCFC 56.

Pursuant to the Disputes Act of 1978 (41 USC 601 *et. seq.*) and FAR Subparagraph 33.2 (FAR 33.201 *et. seq.*), on February 25, 2004, Plaintiff filed with Defendant its certified claims which included the claim which is the basis for this Motion for Partial Summary Judgment. On June 25, 2004, the Defendant's Contracting Officer issued his "final decision" denying all of Plaintiff's claims.

Plaintiff filed its complaint in this action on July 6, 2004. Defendant filed its answer on September 17, 2004.

Count One of Plaintiff's complaint, which is the basis of this Motion for Partial Summary Judgement, seeks damages in the amount of $3,359,901.51, for breach of contract arising from Defendant's failure to negotiate and to provide Plaintiff with Plaintiff's share of the "equitable distribution" of the Equipment which Plaintiff designed and acquired under Contract DNA001-95-C-0169 (the "Contract") as required by FAR 52.232-20(h) (Frederickson Moving Aff., Ex. 1, Complaint at 6-7).