# In the United States Court of Federal Claims

No. 04-1113C
Filed: October 6, 2004

*************************************
DIE CASTERS INTERNATIONAL, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
*************************************

## ORDER

Plaintiff electronically filed three "first motions for partial summary judgment" on September 21, 2004. These motions appear as docket entries nine, ten and eleven on the Clerk's docket sheet. Although each docket entry is entitled a "first motion for partial summary judgment," no such motion is included. Pursuant to RCFC 7(b), an application to the court for an order shall be made by motion. Plaintiff is ordered to file a motion to accompany its summary judgment materials. For technical reasons, when Plaintiff electronically dockets such motion, it should entitle such motion its "amended motion for partial summary judgment."

At the request of the plaintiff, the court will strike docket entry number eleven, plaintiff's memorandum of law in support of its partial motion for summary judgment, since such document is incomplete. The clerk is directed to strike docket entry number eleven from the record, and plaintiff will be permitted to refile the complete memorandum of law in support of its partial motion for summary judgment

Due to the size of the documents, docket entries nine and ten may remain on the docket. When the plaintiff files its actual motion, docket entries nine and ten will be considered as the affidavit, exhibits, and proposed findings of uncontroverted facts for such motion.

Defendant's response time to plaintiff's motion for partial summary judgment will begin to run when plaintiff files its motion and refiles its memorandum of law in support.

**IT IS SO ORDERED.**

______________________________
SUSAN G. BRADEN
Judge