**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DIE CASTERS INTERNATIONAL, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-1113C |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant respectfully requests an enlargement of time of 14 days, to and including November 18, 2004, to file our response to plaintiff's motion for partial summary judgment, which now is due on November 4, 2004. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has stated that plaintiff will not object to this request.

Defendant's counsel did not receive a complete copy of plaintiff's motion for partial summary judgment until October 7, 2004. However, defendant's counsel then was preparing a response to a complaint in S.K.J. & Associates v. United States, No. 04-1135C (Fed. Cl.), that was due on October 7, 2004, and a response to a cross-motion for partial summary judgment in Inversa, S.A. v. United States, No. 01-220C (Fed. Cl.), that was due on October 8, 2004.

Subsequently, defendant's counsel was out of the office during the week of October 11 through 15, 2004, and the agency

counsel assigned to this case was out of the office during the week of October 18 through 22, 2004. Therefore, defendant's counsel was unable to confer with the agency concerning the motion for partial summary judgment until October 25, 2004.

However, defendant's counsel was assigned to a bid protest case on October 18, 2004, in Avtel Services, Inc. v. United States, No. 04-1574C (Fed. Cl.), that has consumed a considerable amount of time. In addition, defendant's counsel was required to prepare a reply brief upon a motion for partial summary judgment in Inversa, S.A. v. United States, No. 01-220C (Fed. Cl.), that is due on October 29, 2004.

Defendant's counsel also must negotiate and prepare joint consolidated statements of uncontroverted facts in Inversa, S.A. v. United States, No. 01-220C (Fed. Cl.), pursuant to a special procedure order of Judge Lawrence M. Baskir, that are due on November 5, 2004. Further, defendant's counsel must prepare a response brief in Bannum, Inc. v. United States, No. 04-5125 (Fed. Cir.), that now is due on November 12, 2004. Therefore, we anticipate that we will need an additional 14 days to file our response to plaintiff's motion for partial summary judgment in this matter.

For the foregoing reasons, we respectfully request that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ *Mark A. Melnick*
MARK A. MELNICK
Assistant Director

/s/ *William K. Olivier*
WILLIAM K. OLIVIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-6288
Fax: (202) 514-7965
Email: william.olivier@usdoj.gov

Attorneys for Defendant

Dated: October 29, 2004