**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DIE CASTERS INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1113C |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims (RCFC), defendant respectfully requests an enlargement of time of 14 days, to and including December 6, 2004, to provide our RCFC 26 initial disclosures to plaintiff, which now are due on November 22, 2004. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has stated that plaintiff will not object to this request.

Defendant's counsel was engrossed until November 18, 2004, in preparing a response to plaintiff's motion for partial summary judgment in this case. In addition, defendant's counsel has been occupied with numerous disputes arising in a bid protest case, Avtel Services, Inc. v. United States, No. 04-1574C (Fed. Cl.), that have consumed a considerable amount of time. As a result, defendant's counsel has been unable to coordinate with the agency involved in this matter to identify all of the witnesses and documents that defendant intends to rely upon to support its positions. Therefore, we anticipate that we will need an

additional 14 days to provide our RCFC 26 initial disclosures to plaintiff in this matter.

For the foregoing reasons, we respectfully request that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ *Mark A. Melnick*
MARK A. MELNICK
Assistant Director

/s/ *William K. Olivier*
WILLIAM K. OLIVIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-6288
Fax: (202) 514-7965
Email: william.olivier@usdoj.gov

Attorneys for Defendant

OF COUNSEL:

DAVID C. RICKARD
Deputy General Counsel
Defense Threat Reduction Agency

Dated: November 19, 2004