# In the United States Court of Federal Claims

No. 04-1113C
Filed: November 23, 2004

| | |
|---|---|
| ************************************* | |
| | * |
| DIE CASTERS INTERNATIONAL, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************* | |

**ORDER**

Defendant's unopposed motion for enlargement of time, filed on November 19, 2004, is **GRANTED**. Accordingly, defendant's RCFC 26 initial disclosures to plaintiff are now due on December 6, 2004.

**IT IS SO ORDERED.**

s/SUSAN G. BRADEN
Judge