# In the United States Court of Federal Claims

No. 04-1113C
Filed: December 6, 2004

*************************************
*
DIE CASTERS INTERNATIONAL, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************

**ORDER**

A telephone status conference will be held on December 13, 2004, at 3:00 p.m. EST.

**IT IS SO ORDERED.**

s/SUSAN G. BRADEN
Judge