DEFENSE CONTRACT AUDIT AGENCY
NOTICE OF CONTRACT COSTS SUSPENDED AND/OR DISAPPROVED

PAGE 1 OF 1 PAGE(S)

| TO: (Name and Address of Contractor) | Contract Number | Notice Number |
|---|---|---|
| Die Casters International, Inc. (DCI)<br>One Spruce Terrace<br>Wayne, NJ | DNA001-95-C-0169 | 1 |
| | Disbursing Office DFAS- Indianapolis<br>DFAS-IN-AKA<br>8899 E. 56 th Street<br>Indianapolis, IN 46249-1325 | Contract Administration Office<br>Defense Threat Reduction Agency<br>6801 Telegraph Road<br>Alexandria, Virginia 22310-3398 |

1. This notice is issued pursuant to the authority of DoD Directive 5105.36, as implemented by the Federal Acquisition Regulation and DoD FAR Supplement. It constitutes notice of costs suspended and/or disapproved incident to the audit of contractor costs incurred under referenced contract(s). Description of items and reasons for the action are stated below.

2. SUSPENDED COSTS, as referred to herein, are costs which, for the reasons stated below, have been determined by the undersigned to be inadequately supported or otherwise questionable, and not appropriate for reimbursement under the contract terms at this time. Such costs may be determined reimbursable after the contractor provides the auditor additional documentation or explanation as specified below.

3. DISAPPROVED COSTS, as referred to herein, are costs which, for the reasons stated below, have been determined by the undersigned to be unallowable, that is not reimbursable under the contract terms.

4. If the contractor disagrees with this these determinations, the contractor may (1) request in writing the cognizant contracting officer to consider whether the unreimbursed costs should be paid and to discuss his of her findings with the contractor and/or (2) file a claim under the "Disputes" clause of the contract(s).

5. The auditor will submit copies of the acknowledged notice to the cognizant disbursing officer for appropriate action and to the cognizant

| DCAA AUDITOR | Date of Notice | Address | Signature |
|---|---|---|---|
| | 2/5/99 | Northern NJ Branch Office, Building 350 South Picatinny Arsenal, Picatinny, NJ 07806-5000 | [signature] |

CONTRACTOR'S ACKNOWLEDGMENT OF RECEIPT

The contractor or its authorized representative shall acknowledge receipt of this notice to the DCAA auditor.

| Date of Receipt | Name and Title of Authorized Official | Signature |
|---|---|---|
| 8 Feb 99 | Mr. Alan C. Frederickson, President | [signature] |

| ITEM NO. | Description of Items and Reasons for Action | Amount of Costs: Suspended | Amount of Costs: Disapproved |
|---|---|---|---|
| 1 | DCI was awarded a Cost Share type contract by the Defense Threat Reduction Agency (formerly the Defense Special Weapons Agency) on October 27, 1995 which contained a cost share provision of 26%. DCI did reduce the costs submitted on their public vouchers in CY 1995 by 26%; however the cost submitted included CY'95 costs incurred which have not been paid to date. This effectively resulted in DCI's reimbursement of 100% of payments made. Therefore, the costs are considered unallowable per FAR 31.201-2 since, according to contract terms (FAR 52.216-7(b)), they must be paid in the ordinary course of business. Also, FAR 52.216-7(c) concerning small businesses states that, "a small business concern may be paid more often than every 2 weeks and may invoice and be paid for | $15,599 | |

DCAA Form 1 (EF)
February 1988

Supersedes August 1987 Edition of DCAA Form 1

DEFENSE CONTRACT AUDIT AGENCY
NOTICE OF CONTRACT COSTS SUSPENDED AND/OR DISAPPROVED
*(Continuation Sheet)*

PAGE 2 OF 2 PAGES(S)

CONTRACTOR Die Casters International, Inc.

NOTICE NUMBER 1

| ITEM NO. | DESCRIPTION OF ITEMS AND REASONS FOR ACTION *(Continued)* |
|---|---|
| 1 | recorded costs for items or services purchased directly for the contract, even though the concern has not yet paid for those items or services." (emphasis added) Although this subparagraph doesn't require the costs of items or services actually be paid in order to be reimbursed, the word "yet" implies the costs will ultimately be paid by the contractor. Therefore, until DCI supplies evidence of payment or the intent to pay, we suspend the net questioned CY 1995 costs, as shown below: |

| Cost Element | Proposed | Audit Adjusted | Questioned | Suspended |
|---|---|---|---|---|
| Direct Labor | $ 71,077 | $ 52,597 | $ 18,480 | |
| Travel | 15,126 | 15,126 | | |
| Material | 10,146 | 10,146 | | |
| Communications | 1,774 | 1,774 | | |
| Subcontract | 10,000 | 7,400 | 2,600 | |
| Subtotal | $108,123 | $ 87,043 | $ 21,080 | |
| Less: DCI 26% Cost Share | 28,112 | 22,631 | 5,481 | |
| Total Direct Cost | $ 80,011 | $ 64,412 | $ 15,599 | $ 15,599 |

FOR OFFICIAL USE ONLY