**DEFENSE CONTRACT AUDIT AGENCY**
**NOTICE OF CONTRACT COSTS SUSPENDED AND/OR DISAPPROVED**



| TO: (Name and Address of Contractor) | Contract Number | Notice Number |
|---|---|---|
| Die Casters International, Inc. (DCI)<br>One Spruce Terrace<br>Wayne, NJ 07470 | DNA001-95-C-0169 | 1 |
| | Disbursing Office: DFAS-Indianapolis<br>DFAS-IN-AKA<br>8899 E. 56th Street<br>Indianapolis, IN 46249-1325 | Contract Administration Office:<br>Defense Threat Reduction Agency<br>45045 Aviation Drive<br>Dulles, VA 20166-7517 |

1. This notice is issued pursuant to the authority of DoD Directive 5105.36, as implemented by the Federal Acquisition Regulation and DoD FAR Supplement. It constitutes notice of costs suspended and/or disapproved incident to the audit of contractor costs incurred under referenced contract(s). Description of items and reasons for the action are stated below.

2. SUSPENDED COSTS, as referred to herein, are costs which, for the reasons stated below, have been determined by the undersigned to be inadequately supported or otherwise questionable, and not appropriate for reimbursement under the contract terms at this time. Such costs may be determined reimbursable after the contractor provides the auditor additional documentation or explanation as specified below.

3. DISAPPROVED COSTS, as referred to herein, are costs which, for the reasons stated below, have been determined by the undersigned to be unallowable, that is, not reimbursable under the contract terms.

4. If the contractor disagrees with this/these determinations, the contractor may (1) request in writing the cognizant contracting officer to consider whether the unreimbursed costs should be paid and to discuss his or her findings with the contractor and/or (2) file a claim under the "Disputes" clause of the contract(s).

5. The auditor will submit copies of the acknowledged notice to the cognizant disbursing officer for appropriate action and to the cognizant contracting officer.

| DCAA AUDITOR | Date of Notice | Address | Signature: |
|---|---|---|---|
| | 9/7/00 | Defense Contract Audit Agency<br>Northern NJ Branch Office, Bldg. 350 South<br>Picatinny Arsenal, Picatinny, NJ 07806-5000 | [signature] |

CONTRACTOR'S ACKNOWLEDGEMENT OF RECEIPT-The contractor or its authorized representative Shall acknowledge receipt of this notice to the DCAA auditor.

| Date of Receipt | Name and Title of Authorized Official | Signature: |
|---|---|---|
| 20 September 2000 | Alan C. Frederickson, President | [signature] |

| ITEM NO. | Description of Items and Resources for Action | Amount of Costs: Suspended | Amount of Costs: Disapproved |
|---|---|---|---|
| 1 | DCI was awarded a Cost Share type contract by the Defense Threat Reduction Agency (formerly the Defense Special Weapons Agency) on October 27, 1995, which contained a cost share provision of 26%. In CY 1996, DCI submitted public vouchers reflecting 100% of its incurred/booked costs. The total billed was then reduced by 26% to account for the contractor's share of the billed costs. In its books and records, DCI reflected 100% of its incurred costs, however, to date, the contractor has only paid its employees and vendors 74% of that booked. This effectively results in DCI only paying to its employees/vendors the Government's share of the incurred costs and withholding payment on its share. These costs are unallowable per FAR 31.201-2(a)(4), Determining Allowability. Since the contractor has not concurred with these questioned costs, we consider these costs to be disapproved. | | $114,616 |

DEFENSE CONTRACT AUDIT AGENCY
NOTICE OF CONTRACT COSTS SUSPENDED AND/OR DISAPPROVED
*(Continuation Sheet)*



NOTICE NUMBER
1

CONTRACTOR Die Casters International, Inc. (DCI)

| ITEM NO. | Description of Items and Resources for Action *(Continued)* |
|---|---|

1 – Cont'd.

In accordance with FAR 31.201-2(a)(4), contract terms need to be considered in the determination of allowability. Per the contract's terms, DCI agreed to absorb 26% of the cost of the contract's performance. The contractor booked and billed 100% of its costs of which the Government has reimbursed the contractor for 74% of the booked/billed amounts. To date, the contractor has not paid its share or 26% of the booked costs to its employees and vendors and, therefore, has not complied with the agreed-upon terms of the contract.

A summary of proposed, adjusted and questioned costs is summarized below, as well as the identification of the disapproved costs.

| Cost Element | Billed | Audit Adjusted | Questioned Costs: Total | Questioned Costs: Non-Concurred | Disapproved | |
|---|---|---|---|---|---|---|
| Direct Labor | $ 237,591 | $ 145,276 | $ 92,315 | $ 92,315 | $ 92,315 | |
| Subcontracts (Equip./Mat'l) | 134,200 | 107,160 | 27,040 | 27,040 | 27,040 | |
| Eng. Services | 57,525 | 48,418 | 9,107 | 9,107 | 9,107 | |
| Misc. Office | 27,687 | 27,916 | ( 229) | ( 229) | ( 229) | |
| Legal/Professional | 111,804 | 46,197 | 65,607 | 65,607 | 7,821 | |
| Office Equipment | 7,998 | 11,167 | (3,169) | | | |
| Travel | 60,682 | 52,180 | 8,502 | 8,502 | | |
| Direct Costs Incurred | $ 637,487 | $438,314 | $199,173 | $ 202,342 | $136,054 | |
| Overhead | 18,429 | 13,989 | 4,440 | 4,440 | 4,440 | Note 1 |
| Cost Input Base | $ 655,916 | $452,303 | $203,613 | $206,782 | $140,494 | |
| G&A | 65,574 | 44,868 | 20,706 | 21,021 | 14,393 | Note 1 |
| Total CY 1996 Costs | $ 721,490 | $497,171 | $224,319 | $ 227,803 | $ 154,887 | |
| Less: DCI 26% Cost Share | (187,587) | (129,264) | ( 58,323) | ( 59,229) | (40,271) | |
| Total Direct Cost | $ 533,903 | $ 367,907 | $ 165,996 | $ 168,574 | $ 114,616 | |

Note 1. Represents the adjustment from the billed to audit-adjusted Overhead rate and the difference due to billed versus questioned Overhead base costs, computed as follows:

| | | Overhead | G&A |
|---|---|---|---|
| Overhead Rate: | | | |
| Billed | | 7.757% | 9.997% |
| Audit-Adjusted | a | 9.630 | 9.920 |
| Questioned | b | (1.873%) | 0.077% |
| O/H Base Costs: | | | |
| Billed | c | $237,591 | $592,797 * |
| Questioned | d | $ 92,315 | $140,494 |
| Questioned Overhead Costs: | | | |
| Due to Rate Differential (b x c) | | $( 4,450) | $ 456 |
| Due to Questioned Base Costs (a x d) | | 8,890 | 13,937 |
| Total Questioned O/H Exp. | | $ 4,440 | $ 14,393 |

* Represents billed base costs of $655,916 less the base costs concurred to of ($3,169) and the nonconcurred unallowable base costs covered under a separate DCAA Form 1 of $66,288 for a net of $592,797.

DCAA FORM 1-C
February 1988

| DEFENSE CONTRACT AUDIT AGENCY<br>NOTICE OF CONTRACT COSTS SUSPENDED AND/OR DISAPPROVED<br>*(Continuation Sheet)* | **PAGE 3 OF 3 PAGE(S)** |
|---|---|
| CONTRACTOR Die Casters International, Inc. (DCI) | NOTICE NUMBER<br>1 |

| ITEM NO. | Description of Items and Resources for Action *(Continued)* |
|---|---|
| 1 – Cont'd. | The purpose of this Form 1 is to initiate Contracting Officer action in rendering a final decision on the questioned costs associated with the issue described herein with which the contractor does not agree. It is our opinion that the contractor has been fully paid for the suspended costs and should be required to reimburse the government for same. Mr. Herbert Thompson, Contracting Officer, was notified of our position and our intent of issuing a Form 1 on July 1, 1999. Mr. Thompson did not comment regarding our position and the issuance of this Form 1.<br><br>It is noted that for CY 1995 the contractor did the same thing—booked and billed 100% of incurred costs but paid its employees/ vendors only 74% of that incurred. For the contractor's CY 1995 operations, we issued a DCAA Form 1 suspending $15,599 for this reason. Although our CY 1995 DCAA Form 1 reflected these costs as suspended we now consider these costs disapproved. This is because the costs remain unpaid and because subject contract, although not physically complete, is not being worked on due to lack of funding. |