# Die Casters International, Inc.

*Quality and Service Worldwide*

One Spruce Terrace, Wayne, New Jersey, USA 07470
(973) 696 - 9100 Fax: 696 - 9194 DCIWayne@aol.com

8 February 1999

Mr. Scott Morton
Defense Nuclear Agency
6801 Telegraph Road
Alexandria, VA 22310-3398

Via Fax: (703) 325-9295 (1 page)

Re: Potential Loss of $3 Million of Equipment

Dear Scott:

We are quickly reaching a critical time where we could loose the equipment we have had in storage in Kyiv and Moldova for over a year. This project may be a low priority for DTRA, but $3 million worth of equipment is important to DCI and to DCI's potential partners and should be for the US government that paid for 74 percent of it.

As I notified you earlier, the warehouse in Kyiv is closing and has told us that we need to move the equipment out by the end of this month. To do that, we have to prepare paperwork and make payments. DCI has been carrying the burden of paying for the storage and has informed you that it will not do so any longer. We have not received any response to our communications so that we can inform our people what to do. Not only do we have to pay for the last several months of fees and penalties, but we need to find another place to store the material and to arrange for shipment. If we do not resolve the issue with the warehouse, I can only assume what the warehouse will do with the equipment. I have been told today that it will take at least two weeks to prepare the paperwork and to secure the appropriate arrangements for shipment and storage. I am also told that the costs we will incur to release and move the equipment will be about $8,000. Every day that we are left in the dark makes our task to favorably resolve the matter more difficult and expensive -- if not impossible.

We are also running into problems with the storage of the equipment in Moldova. That equipment was imported duty-free based on a "temporary in-transit for export" classification with the Moldovan customs authorities. That classification was for one year. The equipment has been in Moldova since September/October 1997, well over the year. We have been telling the factory that our new funding was imminent since last October. Customs is not willing to listen to more empty promises and wants a firm schedule or we could incur significant duties. We also need to respond to Moldova this week. Every day we do not respond makes the situation more critical.

Because we have no idea what is happening about our additional funding despite all the promises and expectations and because of the continual delays in a decision about our funding, our partners in Ukraine are certainly not going to encumber themselves with the burden to resolve the issues and to store the equipment. Since last March, we have known our situation and never expected that we would be left in the dark for such a long time. No honest Ukraine (or American) business executive in their right mind would commit their assets and plant when nothing but empty promises flow from our side. You cannot just put the equipment in a factory and turn it on to make money -- especially in Ukraine. And the equipment requires much more than a corner of a building for storage.

By Wednesday, I need a firm timetable about the funding or a decision that the funding will not be provided. I have stated what DCI needs to complete the project, and our needs only increase because of the continual delays and communication vacuum. What could be a very positive project is quickly degrading.

Alan C. Frederickson

cc: Mr. Harry Cook (via e-mail)
Mr. Donald Shasteen