# *Die Casters International, Inc.*

## Schedule C: Fiscal Year Costs

## Total Contract Incurred Costs October 25, 1995 to April 14, 2003

| Costs | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|
| **Cost of Equipment and Services (Sub-Contracts)** | | | | | | | | | |
| Equipment/Material | | | | | | | | | |
| Litmash | | $24,200 | $287,120 | $5,000 | | $4,691 | ($2,201) | | |
| Binom | | 6,000 | 385,150 | ($4,000) | | | | | |
| HPM | | | 1,122,915 | 19,598 | | | | | |
| Advance Products | | | 388,909 | | | | | | |
| Lindberg/MPH | | | 117,613 | | | | | | |
| Tymac | 10,000 | 104,000 | | | | | | | |
| Visi-Trak | | | 34,850 | | | | (34,850) | | |
| Freight | | | 53,251 | 2,064 | | | | | |
| Engineering Services | | | | | | | | | |
| Matra | | 37,525 | | | | | 12,894 | | |
| Giproselmash | | 20,000 | 15,000 | | | | | | |
| **Expenses** | | | | | | | | | |
| Accounting | 150 | 5,957 | 940 | 2,866 | | 6,000 | | 900 | |
| Auto | 711 | 3,519 | 1,242 | 605 | 321 | 73 | 458 | | 94 |
| Bank Charges | 36 | 500 | 408 | 132 | 151 | 122 | 251 | 221 | 138 |
| Contributions | | 460 | 275 | 30 | | 55 | | | |
| Dues and Subscriptions | 7 | 1,670 | 1,379 | | 35 | | | 20 | |
| Employee Benefits | | 3,033 | 10,653 | 9,278 | 1,072 | | 349 | 120 | |
| Employee Moral | 240 | 573 | | 531 | | | 235 | 93 | |
| Freight | | 285 | 197 | | | | | | |
| Gifts | | 352 | 1,005 | 193 | 140 | 98 | | | |
| Income Tax | | | | | | | | | |
| Insurance | 70 | 967 | 427 | 1,443 | | | | | |
| Interest | 995 | 1,284 | 766 | 1,750 | 11,525 | 16,108 | 24,850 | 267,117 | 24,664 |
| Legal and Professional | 290 | 115,804 | 123,837 | 58,179 | 60,700 | 69,787 | 67,779 | 70,602 | 8,000 |
| Meals and Entertainment | 1,396 | 2,962 | 829 | 1,529 | 2,164 | 477 | 1,150 | 558 | 38 |
| Office | 242 | 6,161 | 3,153 | 1,865 | 583 | 413 | 535 | 438 | |
| Office Equipment | 8,077 | 11,167 | 10,701 | 4,817 | | 177 | 30 | | |
| Payroll Tax | 5,605 | 26,993 | 22,597 | 8,897 | 2,211 | 2,695 | 2,474 | 2,490 | 775 |
| Postage and Mailings | 55 | 2,302 | 2,073 | 967 | 123 | 126 | 193 | 346 | 38 |
| Rent & Utilities | | 3,632 | 6,064 | 7,975 | 8,606 | 4,237 | 8,290 | | |
| Gross Salaries | 72,942 | 297,346 | 411,553 | 271,792 | 196,911 | 196,911 | 196,911 | 196,911 | 57,432 |
| Storage & Warehouse | | | 1,452 | 9,243 | | | | 1,844 | 471 |
| Supplies | 1,434 | 568 | 4,521 | 3,967 | 791 | 1,259 | 996 | 766 | 58 |
| Telephone and Fax | 1,256 | 10,616 | 20,960 | 13,989 | 6,085 | 5,476 | 4,606 | 3,907 | 1,101 |
| Travel - Transportation | | 32,866 | 60,556 | 13,467 | 425 | 185 | | 1,480 | |
| Travel - Lodging | 14,133 | 14,874 | 22,935 | 3,518 | | 197 | 81 | 180 | |
| Travel - Other | | 13,738 | 20,440 | 5,306 | 176 | 332 | | 287 | 29 |
| Other | 50 | 827 | 5,464 | (3,131) | | 386 | 27,246 | 240 | 500 |
| **Total Contract Expenses:** | $118,689 | $750,178 | $3,139,236 | $391,871 | $292,018 | $309,804 | $312,278 | $548,520 | $93,338 |

22 Aug 2003