# PROTOCOL OF INTENTION

This Protocol of Intention describes the proposed arrangements between Kiev plant "Burevestnik" (Burevestnik) and Die Casters International, Inc. (DCI) to enter into a joint venture arrangement to convert a portion of Burevestnik to production of non-military products under the provisions of the contract awarded to DCI by the United States Defense Special Weapons Agency. Burevestnik and DCI agree to the following as a procedure for fulfilling the terms of that contract:

1. DCI will use contract funds and its own funds to purchase equipment and provide services necessary to create die casting capabilities of a joint venture arrangement between DCI and "Burevestnik" to be established at Plant Burevestnik, Kyiv, Ukraine, to initiate die cast operations by the venture at that location, and to establish DCI's capability to market the products produced by the joint venture.

2. DCI plans to establish a marketing organization in North America and Western Europe for the purpose of selling die cast products produced by the joint venture. Burevestnik agrees that DCI will be the exclusive international distributor of die cast and other products manufactured by the joint venture. Burevestnik agrees that DCI may use its organization for the sale of other products produced by other manufacturers.

3. Initially Burevestnik will contribute plant facilities, buildings, logistics and equipment in its plant in Kyiv that are satisfactory to Burevestnik and DCI and that are adequate for the installation of melting furnaces and no fewer than four (4) die cast machines, holding furnaces and other associated equipment and storage areas necessary in a die casting operation. In the event that sales of die cast products justify the expansion of the die casting operation, Burevestnik will offer contributions of suitable additional space for the installation of additional die cast machines and necessary associated equipment.

4. Burevestnik can contribute to the joint venture other plant and equipment that Burevestnik and DCI determines are suitable for expansion of the joint venture.

5. Burevestnik will try to make possible the removal of old equipment, preparations of the buildings and assembly works and installation of equipment.

6. The joint venture will be in a form that permits Burevestnik, DCI, the workers that will be employed by the venture, the managers of the venture and other persons who may contribute skills, business abilities and other abilities to the joint venture, to acquire ownership interests in the joint venture.

7. It is presently contemplated that the joint venture will take the form of a joint stock company, but Burevestnik and DCI recognize that it may be necessary to create some other form of entity to accomplish the aims set forth in paragraph 6. DCI and Burevestnik will diligently pursue the formation of such form of entity that may permit the accomplishment of those aims.

8. Burevestnik will initiate and diligently pursue efforts to obtain from the State Property Fund of the Republic of Ukraine approval of the contribution by Burevestnik of sufficient plant and equipment to permit the realization of the aims set forth in paragraphs 1-5, as well as in the shortest time possible to obtain permissions concerning environmental questions.

9. DCI and Burevestnik will initiate and diligently pursue efforts to obtain additional financing for the joint venture from banks and financial institutions or other suitable sources on terms acceptable to both DCI and Burevestnik. Burevestnik and DCI will cooperate with each other in such efforts.

10. Burevestnik and DCI agree to use their best efforts to take all actions necessary to carry out the terms of this Protocol of Intention and to cooperate with each other to give effect to the terms hereof.

11. This Protocol of Intention is prepared in English and Russian counterparts, each of which shall be considered an original and which together shall constitute one document. It is the intention of the parties that the two versions shall have equal weight. In the event of any difference between the two versions, the parties shall resolve the difference to their mutual satisfaction.

Executed by Kyiv Plant " Burevestnik" and Die Casters International, Inc., on this 30th day of May 1997 in Kyiv, Ukraine.

Kyiv Plant " Burevestnik"

By: ______________________
Vitaliy I. Maiko
Director

DIE CASTERS INTERNATIONAL, INC.

By: ______________________
Alan C. Frederickson
President

# Die Casters International, Inc.

*Quality and Service Worldwide*

One Spruce Terrace, Wayne, New Jersey, USA 07470
(201) 696 - 9100 Fax: (201) 696 - 9194

## Protocol of Intention -- Supplement 1

This Protocol of Intention describes additional arrangements made to the 30th of May 1997 Protocol of Intentions between Burevestnik and Die Casters International, Inc. (DCI). Specifically, it is the intention of both DCI and Burevestnik to include a new partner in the joint venture, Technomet, Ltd. Technomet is using the operations at Burevestnik and has agreed to contribute various assets to the joint venture.

1. The following proposed contributions have been offered by each party:

| Partner | Asset | Approximate Value |
|---|---|---|
| **Burevestnik** | | |
| | Plant | |
| | Equipment | |
| | Cash | |
| | Sub-Total | -$2.0 -- $2.5 |
| **DCI** | | |
| | Equipment | $3.0 |
| | Services and Expenses | $0.1 |
| | Cash | $0.1 |
| | Sub-Total | $3.2 |
| **Technomet** | | |
| | Equipment, Tooling & Dies | |
| | Present Value of Booked Orders | |
| | Cash | $0.1 |
| | | $0.5 |

Each partner will obtain verifications of the values of the assets contributed as soon as possible.

Any cash expenses incurred by any party for the specific purpose to establish the joint venture and its facilities will be counted as a cash contribution by that partner.

2. Assuming the above approximate values, the share distribution of the joint venture will be established as follows:

| Partner | Contribution ($MM) | Ownership % |
|---|---|---|
| DCI | $3.15 | 51.2% |
| Burevestnik | $2.50 | 40.6% |
| Technomet | $0.50 | 8.2% |
| | $6.15 | 100.0% |

If the actual value of the final contributions are determined to be within plus or minus 10% of the values of each partner's contribution noted above, the share percentages will remain as shown above. Otherwise, a new share distribution will be calculated.

3. The partners agree that the name of the new joint venture will be "DCB." The joint venture documents created by DCI for a previous business arrangement with OJSC "Meridian," will be the basis of the documents to be submitted for DCB.

4. Prior to signing the actual joint venture agreement, if Technomet finds either DCI or Burevestnik to be unacceptable as a partner, it has the right to withdraw from the partnership without incurring any liabilities to the other partners. Likewise, if either DCI or Burevestnik find Technomet to be unacceptable, they may cancel this agreement with Technomet without incurring liabilities to Technomet, except that DCI and Burevestnik agree to have DCB (or themselves equally) repay Technomet for any reasonable cash expenses that Technomet may have incurred for conversion of the facilities. Such repayment would be made during the first year of DCB's operations.

5. Technomet agrees to the 30-May protocol between DCI and Burevestnik and all parties agree that references in that protocol to both DCI and Burevestnik will now include Technomet.

6. The Board of Directors of DCB will include eight directors; four elected by DCI, three elected by Burevestnik and one elected by Technomet.

7. The attached is a diagram of the facilities currently being contributed by Burevestnik.

Executed by Kyiv Plant " Burevestnik," Die Casters International, Inc., and Technomet, Ltd. on this 20th day of June 1997 in Kyiv, Ukraine.

Kyiv Plant " Burevestnik"

By: ____________________
Vitaliy I. Maiko
Director

Technomet Ltd.

By: ____________________
Igor Slavitsky
Director

DIE CASTERS INTERNATIONAL, INC.

By: ____________________
Alan C. Frederickson
President


Гараж
корп. №28
Грузовая проходная
здания, сооружения передаваемые С.П