# In the United States Court of Federal Claims

No. 04-1113C
Filed: December 14, 2004

*************************************
DIE CASTERS INTERNATIONAL, INC., *

Plaintiff, *

v. *

THE UNITED STATES, *

Defendant. *
*************************************

**ORDER**

Pursuant to the telephone status conference held on December 13, 2004, the parties will submit a proposed joint scheduling order on or before January 10, 2005. In the event the parties cannot agree on a joint proposed schedule, each party will submit their own proposed scheduling order.

A telephone status conference will be held on January 11, 2005, at 11:00 a.m. EST.

**IT IS SO ORDERED.**

s/SUSAN G. BRADEN
Judge