IN THE UNITED STATES COURT OF FEDERAL CLAIMS

-----------------------------------------------------------x

DIE CASTERS INTERNATIONAL, INC.,

Plaintiff,

- against –

UNITED STATES OF AMERICA,

Defendants.

-----------------------------------------------------------x

No. 04-1113C
(Judge Braden)

**DISCOVERY PLAN AND STATEMENT**

**SCHEDULING ORDER PURSUANT TO RCFC 16(b)**

Pursuant to the Rules of the Court of Federal Claims ("RCFC"), during a conference on January 7, 2005, between counsel for Plaintiff, Die Casters International, Inc., and counsel for Defendant, United States of America; counsel for the parties discussed and agreed to the following discovery plan with respect to the liability issues:

1. Both Plaintiff and Defendant shall serve their first request for production of documents, pursuant to RCFC 34, no later than January 31, 2005.

2. Depositions of the parties shall commence after February 4, 2005, at mutually convenient dates and times, without prejudice to either party conducting a non-party deposition beforehand at a mutually convenient date, time and place.

3. All discovery shall be completed by July 1, 2005.

4. The parties shall serve their expert's report upon the other party, pursuant to RCFC 26(a)(2), at a time to be determined upon the close of discovery of the liability

portion. The reports shall set forth the facts on which the expert relies and the process of reasoning by which the expert's conclusions are reached.

5. The parties shall serve their expert's rebuttal report upon the other party, pursuant to RCFC 26(a)(2), no later than thirty (30) days after receipt of the other party's expert report.

6. Depositions of the experts shall commence no later than thirty (30) days after receipt of the other party's rebuttal report.

7. The parties reserve the right to seek or to schedule additional discovery as may become necessary, so long as it is completed by July 1, 2005.

Respectfully submitted,

/s/ *Gary Marcus*
GARY MARCUS
Goldberg & Connolly
66 North Village Avenue
Rockville Centre, NY 11570
Tel: (516) 764-2800
Fax: (516) 764-2827

Attorneys for Plaintiff

Date: January 7, 2005

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ *Mark A. Melnick*
MARK A. MELNICK
Assistant Director

/s/ *William K. Olivier*
WILLIAM K. OLIVIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-6288
Fax: (202) 514-7965

Attorneys for Defendant

Date: January 7, 2005