# In the United States Court of Federal Claims

No. 04-1113C
Filed: January 18, 2005

| | |
|---|---|
| DIE CASTERS INTERNATIONAL, INC., | |
| Plaintiff, | |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |

## SCHEDULING ORDER

Pursuant to the parties' January 7, 2005 Scheduling Order Pursuant To RCFC 16(b) and the status conference held on January 11, 2005, the court hereby enters the following schedule:

1. Fact Discovery**.** The parties will serve their first request for production of documents pursuant to RCFC 34 **on or before January 31, 2005.** The period for taking depositions of the parties will commence **on or before February 4, 2005.** All fact discovery, including all depositions, shall conclude **on or before July 1, 2005.** In order to achieve this deadline, the parties will make witnesses available at reasonably convenient locations and times. The parties are reminded that the rules of the court contemplate the use of depositions at trial for testimonial purposes in certain circumstances "as though the witnesses were then present and testifying[.]" *See* RCFC 32(a).

2. Expert Discovery. All expert discovery, including the exchange of expert reports and the completion of expert depositions, will be completed **on or before August 31, 2005.** Expert report(s) will be submitted simultaneously **on or before August 1, 2005**.

3. Meeting of Counsel. The parties will meet to satisfy the requirements of RCFC Appendix A ¶ 13, including the exchange of exhibit and witness lists, **on or before September 2, 2005**.

4. Memorandum of Contentions of Fact and Law. In accordance with RCFC Appendix A ¶ 14, plaintiff will file its Memorandum of Contentions of Law and Fact ("Memorandum") **on or before September 19, 2005.** Defendant will file its responsive Memorandum **on or before October 17, 2005.** Each Memorandum will be accompanied by witness lists, exhibit lists, and any motions contemplated by Appendix A ¶¶ 14-16. Any objection to a witness or exhibit not made in the Memorandum or a separate motion filed on the same date will, if the

objection is of a type that could reasonably have been identified at the time of such filing, be deemed waived absent a showing of a compelling reason for the failure. Defendant will file its responses to any motions filed by plaintiff with its Memorandum **on or before October 17, 2005.** Plaintiff will file its responses to any motions filed by defendant **on or before October 27, 2005.**

5. Pretrial Conference. The pretrial conference will be held **on November 7, 2005 at 10 a.m. EST** at the National Courts Building, 717 Madison Place N.W., Washington, D.C. 20005. The parties will bring to the pretrial conference at least three copies of any exhibit as to which an objection remains outstanding. The parties will prepare and deliver at the pretrial conference a joint preliminary trial schedule or, if they cannot agree, separate trial schedules.

6. Trial. Trial will be held **on November 14, 2005 through November 22, 2005.** Trial will begin at 10:00 a.m. on each day. Trial will be held at the National Courts Building, 717 Madison Place N.W., Washington, D.C. 20005.

**IT IS SO ORDERED.**

s/SUSAN G. BRADEN
Judge