IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIE CASTERS INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1113C |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S RESPONSES TO PLAINTIFF'S**
**FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

Pursuant to Rule 34 of the Rules of the United States Court of Federal Claims, defendant responds to plaintiff's first request for production of documents, as follows:

Defendant objects to all requests for production to the extent that they attempt to require disclosure of protected communications or materials of any sort (e.g., documents subject to the attorney-client privilege and documents subject to the immunity for work-product prepared in anticipation of or in connection with litigation). Where necessary, the Government will provide plaintiff with appropriate identification of documents that have been withheld from production upon grounds of privilege. Defendant will not knowingly waive any applicable protection and no response to any request for production should be construed as such a waiver. Defendant also objects to plaintiff's definitions, including, but not limited to the term "Equipment." Without waiving these objections, we respond further as follows:

Request For Production No. 1:

Any and all documents and communications which comprise the Contract between plaintiff and defendant, including all modifications, amendments and changes thereto, whether executed or not.

Response:

Defendant objects to this request for production as overly broad and unduly burdensome, especially as plaintiff should possess much of this information. However, without waiving this objection, all reasonably available non-privileged documents responsive to this request that are within the Government's possession are available for your review and reproduction at the Defense Threat Reduction Agency, 8725 John J. Kingman Road, Attn: David Rickard (703) 767-4561, Fort Belvoir, VA 22060-6201, or at a mutually convenient time and place.

Request For Production No. 2:

Any and all communications, documents or other correspondence which discusses the formation or administration of the clauses in Section H of the Contract entitled "Special Contract Requirements" and paragraph 5 entitled "Use and Ownership/Disposition of Government-Provided Property."

Response:

All reasonably available non-privileged documents responsive to this request that are within the Government's possession are

available for your review and reproduction at the Defense Threat Reduction Agency, 8725 John J. Kingman Road, Attn: David Rickard (703) 767-4561, Fort Belvoir, VA 22060-6201, or at a mutually convenient time and place.

Request For Production No. 3:

Any and all documents or any communications by and between DTRA or any Agency or Department of the United States Government on the one hand and the Ukranian Government on the other concerning the ownership of the Equipment or by implication relating to Equipment.

Response:

Defendant objects to this request for production as vague and ambiguous. However, without waiving this objection, all reasonably available non-privileged documents responsive to this request that are within the Government's possession are available for your review and reproduction at the Defense Threat Reduction Agency, 8725 John J. Kingman Road, Attn: David Rickard (703) 767-4561, Fort Belvoir, VA 22060-6201, or at a mutually convenient time and place.

Request For Production No. 4:

Any and all documents or other records in any way pertaining to the negotiations between the governments of the United States and the Ukraine concerning the Contract or the Equipment to be delivered thereunder or any benefits to be derived therefrom.

Response:

Defendant objects to this request for production as vague and ambiguous. However, without waiving this objection, all reasonably available non-privileged documents responsive to this request that are within the Government's possession are available for your review and reproduction at the Defense Threat Reduction Agency, 8725 John J. Kingman Road, Attn: David Rickard (703) 767-4561, Fort Belvoir, VA 22060-6201, or at a mutually convenient time and place.

Request For Production No. 5:

Any and all documents in any way pertaining to the analysis by DCI, DTRA or any Department or Agency of the United States Government or the Ukranian Government concerning the present and future economic benefits of the Contract or the future and anticipated benefits arising therefrom. In particular, any analysis of any Future Business that was to be derived from the investments made in this Contract.

Response:

Defendant objects to this request for production as vague and ambiguous. However, without waiving this objection, all reasonably available non-privileged documents responsive to this request that are within the Government's possession are available for your review and reproduction at the Defense Threat Reduction

Agency, 8725 John J. Kingman Road, Attn: David Rickard (703) 767-4561, Fort Belvoir, VA 22060-6201, or at a mutually convenient time and place.

Request For Production No. 6:

Any and all documents in any way pertaining to any initial funding of the Contract, including, but not limited to, any memorandums of negotiation.

Response:

All reasonably available non-privileged documents responsive to this request that are within the Government's possession are available for your review and reproduction at the Defense Threat Reduction Agency, 8725 John J. Kingman Road, Attn: David Rickard (703) 767-4561, Fort Belvoir, VA 22060-6201, or at a mutually convenient time and place.

Request For Production No. 7:

Any and all documents in any way pertaining to any subsequent funding of the Contract including any requests by DCI for subsequent funding of the Contract.

Response:

Defendant objects to this request for production as overly broad and unduly burdensome, especially as plaintiff should possess much of this information. However, without waiving this objection, all reasonably available non-privileged documents responsive to this request that are within the Government's

possession are available for your review and reproduction at the Defense Threat Reduction Agency, 8725 John J. Kingman Road, Attn: David Rickard (703) 767-4561, Fort Belvoir, VA 22060-6201, or at a mutually convenient time and place.

Request For Production No. 8:

Any and all documents or records of communications concerning the re-programing of funds from any other project or program to the Contract by specific reference or by implication.

Response:

Defendant objects to this request for production as vague and ambiguous. However, without waiving this objection, all reasonably available non-privileged documents responsive to this request that are within the Government's possession are available for your review and reproduction at the Defense Threat Reduction Agency, 8725 John J. Kingman Road, Attn: David Rickard (703) 767-4561, Fort Belvoir, VA 22060-6201, or at a mutually convenient time and place.

Request For Production No. 9:

Any and all documents or records concerning restrictions on re-programing of funds.

Response:

Defendant objects to this request for production as vague and ambiguous. However, without waiving this objection, all reasonably available non-privileged documents responsive to this

request that are within the Government's possession are available for your review and reproduction at the Defense Threat Reduction Agency, 8725 John J. Kingman Road, Attn: David Rickard (703) 767-4561, Fort Belvoir, VA 22060-6201, or at a mutually convenient time and place.

Request For Production No. 10:

Any and all documents in any way pertaining to the selection of or the approval of the UJVP.

Response:

Defendant objects to this request for production as vague and ambiguous. However, without waiving this objection, all reasonably available non-privileged documents responsive to this request that are within the Government's possession are available for your review and reproduction at the Defense Threat Reduction Agency, 8725 John J. Kingman Road, Attn: David Rickard (703) 767-4561, Fort Belvoir, VA 22060-6201, or at a mutually convenient time and place.

Request For Production No. 11:

Any and all documents concerning the termination of the UJVP and the selection of a replacement or successor UJVP.

Response:

All reasonably available non-privileged documents responsive to this request that are within the Government's possession are available for your review and reproduction at the Defense Threat

Reduction Agency, 8725 John J. Kingman Road, Attn: David Rickard (703) 767-4561, Fort Belvoir, VA 22060-6201, or at a mutually convenient time and place.

Request For Production No. 12:

Any and all documents in any way pertaining to the selection of the Facility and/or the change of the Facility to a subsequent Facility or replacement Facility.

Response:

All reasonably available non-privileged documents responsive to this request that are within the Government's possession are available for your review and reproduction at the Defense Threat Reduction Agency, 8725 John J. Kingman Road, Attn: David Rickard (703) 767-4561, Fort Belvoir, VA 22060-6201, or at a mutually convenient time and place.

Request For Production No. 13:

Any and all documents pertaining to any changes in scope under the Contract, whether the changes were incorporated into Change Orders or modifications, or not.

Response:

Defendant objects to this request for production as overly broad and unduly burdensome, especially since plaintiff should possess much of this information. However, without waiving this objection, all reasonably available non-privileged documents responsive to this request that are within the Government's

possession are available for your review and reproduction at the Defense Threat Reduction Agency, 8725 John J. Kingman Road, Attn: David Rickard (703) 767-4561, Fort Belvoir, VA 22060-6201, or at a mutually convenient time and place.

Request For Production No. 14:

Any and all documents concerning the analysis of other funding sources for the Contract.

Response:

All reasonably available non-privileged documents responsive to this request that are within the Government's possession are available for your review and reproduction at the Defense Threat Reduction Agency, 8725 John J. Kingman Road, Attn: David Rickard (703) 767-4561, Fort Belvoir, VA 22060-6201, or at a mutually convenient time and place.

Request For Production No. 15:

Any and all documents pertaining to any proposals with respect to alternate funding sources for the Contract, whether they be governmental, quasi-governmental or private.

Response:

Defendant objects to this request for production as vague and ambiguous. However, without waiving this objection, all reasonably available non-privileged documents responsive to this request that are within the Government's possession are available for your review and reproduction at the Defense Threat Reduction

Agency, 8725 John J. Kingman Road, Attn: David Rickard (703) 767-4561, Fort Belvoir, VA 22060-6201, or at a mutually convenient time and place.

Request For Production No. 16:

Any and all documents in any way pertaining to any potential investment by the Defense Enterprise Fund and/or any other communications or documents with respect to the Defense Enterprise Fund taking over any portion of the Contract or any assets or business relationships of DCI or any of the Equipment procured under the Contract.

Response:

Defendant objects to this request for production as vague and ambiguous. However, without waiving this objection, all reasonably available non-privileged documents responsive to this request that are within the Government's possession are available for your review and reproduction at the Defense Threat Reduction Agency, 8725 John J. Kingman Road, Attn: David Rickard (703) 767-4561, Fort Belvoir, VA 22060-6201, or at a mutually convenient time and place.

Request For Production No. 17:

Any and all documents in any way pertaining to any proposals by Brookhaven National Laboratories to either participate under the Contract or to take over any portion of the Contract or to fund any portion of the Contract or related activities to the

Contract or in issuing a Contract to DCI.

Response:

Defendant objects to this request for production as vague and ambiguous. However, without waiving this objection, all reasonably available non-privileged documents responsive to this request that are within the Government's possession are available for your review and reproduction at the Defense Threat Reduction Agency, 8725 John J. Kingman Road, Attn: David Rickard (703) 767-4561, Fort Belvoir, VA 22060-6201, or at a mutually convenient time and place.

Request For Production No. 18:

Any and all documents in any way pertaining to any decisions by DTRA or any other Department or Agency of the United States Government or the government of the Ukraine to fund or not to fund the Contract beyond the original funding of $3,034,316.00.

Response:

All reasonably available non-privileged documents responsive to this request that are within the Government's possession are available for your review and reproduction at the Defense Threat Reduction Agency, 8725 John J. Kingman Road, Attn: David Rickard (703) 767-4561, Fort Belvoir, VA 22060-6201, or at a mutually convenient time and place.

Request For Production No. 19:

Any and all documents or records of any communications concerning the retention by DTRA or any Agency or Department of the United States Government of any third-party or contractor ("Contractor"), to take possession of the Equipment either in the Ukraine or in Moldova that was being stored by DCI for the Contract.

Response:

Defendant objects to this request for production as vague and ambiguous. However, without waiving this objection, all reasonably available non-privileged documents responsive to this request that are within the Government's possession are available for your review and reproduction at the Defense Threat Reduction Agency, 8725 John J. Kingman Road, Attn: David Rickard (703) 767-4561, Fort Belvoir, VA 22060-6201, or at a mutually convenient time and place.

Request For Production No. 20:

Any and all documents in any way connected with the Contractor who was retained by DTRA or any Agency or Department of the United States Government to retrieve the Equipment and any and all payments that were made by that Contractor with respect to the retrieval of, or installation of the Equipment, and any related training or plant refurbishments or upgrades.

Response:

Defendant objects to this request for production as vague and ambiguous. However, without waiving this objection, all reasonably available non-privileged documents responsive to this request that are within the Government's possession are available for your review and reproduction at the Defense Threat Reduction Agency, 8725 John J. Kingman Road, Attn: David Rickard (703) 767-4561, Fort Belvoir, VA 22060-6201, or at a mutually convenient time and place.

Request For Production No. 21:

Any and all documents concerning the ultimate disposition of the Equipment, including any and all correspondence or communications with the government of the Ukraine or any other government concerning the Equipment.

Response:

Defendant objects to this request for production as vague and ambiguous. However, without waiving this objection, all reasonably available non-privileged documents responsive to this request that are within the Government's possession are available for your review and reproduction at the Defense Threat Reduction Agency, 8725 John J. Kingman Road, Attn: David Rickard (703) 767-4561, Fort Belvoir, VA 22060-6201, or at a mutually convenient time and place.

Request For Production No. 22:

Any and all documents in any way concerning any economic analysis or benefit, whether they were prepared by DTRA, any Agency or Department of the United States Government, a contractor retained by DTRA, or any foreign government concerning the Future Benefit to be derived from the disposition of the Equipment.

Response:

Defendant objects to this request for production as vague and ambiguous. However, without waiving this objection, all reasonably available non-privileged documents responsive to this request that are within the Government's possession are available for your review and reproduction at the Defense Threat Reduction Agency, 8725 John J. Kingman Road, Attn: David Rickard (703) 767-4561, Fort Belvoir, VA 22060-6201, or at a mutually convenient time and place.

Request For Production No. 23:

Any and all documents in any way pertaining to or communications pertaining to, by and among DTRA, the Defense Contract Audit Agency and the Defense Criminal Investigative Service in any way concerning the accounting methods of DCI, the invoicing methods of DCI, the payments made to DCI, and the propriety or impropriety of those invoices, payments or accounting methods.

Response:

Defendant objects to this request for production as vague and ambiguous. However, without waiving this objection, all reasonably available non-privileged documents responsive to this request that are within the Government's possession are available for your review and reproduction at the Defense Threat Reduction Agency, 8725 John J. Kingman Road, Attn: David Rickard (703) 767-4561, Fort Belvoir, VA 22060-6201, or at a mutually convenient time and place.

Request For Production No. 24:

Any and all documents in any way pertaining to any analysis by DTRA or any other government agency or department or any consultants or third parties concerning the business plans and projections of DCI.

Response:

Defendant objects to this request for production as vague and ambiguous. However, without waiving this objection, all reasonably available non-privileged documents responsive to this request that are within the Government's possession are available for your review and reproduction at the Defense Threat Reduction Agency, 8725 John J. Kingman Road, Attn: David Rickard (703) 767-4561, Fort Belvoir, VA 22060-6201, or at a mutually convenient time and place.

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

MARK A. MELNICK
Assistant Director

WILLIAM K. OLIVIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-6288
Fax: (202) 514-7965
Email: william.olivier@usdoj.gov

Attorneys for Defendant

OF COUNSEL:

DAVID C. RICKARD
Deputy General Counsel
Defense Threat Reduction
Agency

Dated: December 13, 2004

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 13th day of December, 2004, I caused to be sent by Federal Express for next day delivery copies of "DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS" addressed as follows:

Gary Marcus, Esq.
Goldberg & Connolly
66 North Village Avenue
Rockville Centre, NY 11570

______________________________