U.S. Department of Justice

Civil Division

WKOlivier
D.J. No. 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

Tele: (202) 616-8131
Fax: (202) 514-7965

*Washington, D.C. 20530*

April 15, 2005

By Federal Express

Gary Marcus, Esq.
Goldberg & Connolly
66 North Village Avenue
Rockville Centre, NY 11570
Tel: (516) 764-2800

Re: Die Casters, Inc. v. United States,
Fed. Cl. No. 04-1113C

Dear Mr. Marcus:

Enclosed are some additional documents in respponse to your discovery requests, Bate-stamp numbers 5707 through 6317, that were identified after the depositions of witnesses.

We apologize for the delay in providing these documents to you. The agency sent them to me before I went to your office in New York to review your documents from March 28 through March 30, 2005, but I did not receive them until I returned from that trip. I immediately sent them to be Bate-stamped and copied. However they did not come back from the copier before I left on my next trip. I have been out of the office from April 5 through 14, 2005. Therefore, I could not send them to you until I returned to my office today.

Sincerely,

William K. Olivier

WILLIAM K. OLIVIER
Attorney
Commercial Litigation Branch