Q What was your input?
A I had several discussions with Mr. Palevitz prior to this. I provided him a lot of input in drafting the document and I tried to provide him the background data.
Q Did you provide him with a position paper?
A I believe I did.
MR. MARCUS: I'm going to ask that that position paper be produced.
MR. OLIVIER: My reaction is the same as what I stated earlier, that we produced everything that we had in response to any of your requests.
MR. MARCUS: We don't have that position paper.
MR. OLIVIER: I don't care if you have it or not. We produced everything. That's my response.
MR. MARCUS: I want it produced.
MR. OLIVIER: Tell you what. At some time during this deposition you can ask Mr. West here what he has done to produce the documents

those sorts of things.

Q Have you ever seen a balance sheet or income statement for DCI?

A I don't recall seeing one. I might have, but I don't recall seeing one.

MR. MARCUS: Let's go off the record.

(Discussion off the record.)

BY MR. MARCUS:

Q Again for the record, who came to the conclusion that the government paid for 100 percent of the equipment?

A To my knowledge there was analysis that was completed and it was a consensus decision, but I don't recall the specifics.

Q The analysis was written.

A I don't recall the specifics as to how it was documented.

Q And you don't know who would have done the analysis.

A Well, within that, the folks that were looking at it would have been Herb Thompson certainly. There may have been another Contract

Specialist involved. I certainly was involved at a higher level looking at it. But Herb would have been the primary, Herb and/or a Contract Specialist. I don't recall exactly what time. He did have some help at some point.

MR. MARCUS: I have not seen an analysis in all the documents you have produced. If there is such an analysis, I would like you to produce it.

MR. OLIVIER: Mr. Marcus, let me address that. We made the documents available. You did not see fit to come down and look at the documents. You asked us to send you the documents. We have copied off all the documents that we found that were relevant to any of your requests. We have produced them to you. We Bates stamped them and you have them. If you want us to go back through and find them for you, we may have to start charging you for our time in doing so.

Now let me pull out an e-mail that you requested in a prior deposition and we have subsequently searched. We found a document that

BY MR. MARCUS:

Q Do you recognize that document?

A I do not.

Q In paragraph two of this document, in response to a question concerning the direction to recover the equipment, it says that one of the documents that authorized them is an e-mail from Herbert Thompson, DTRA Contracting Officer, dated 9-28-01, subject: die casting equipment. Do you recall that e-mail?

A I don't.

MR. MARCUS: I don't believe that e-mail was produced with the documents that we asked for. I would like it to be produced.

MR. LEWIS: Which exhibit are you looking at?

MR. MARCUS: Exhibit 26.

BY MR. MARCUS:

Q Mr. Thompson, is it your testimony that you did not directly authorize Raytheon Technical Services to go and retrieve the equipment?

A I don't recall directly authorizing