A I did.

Q In reviewing some of the documents we have produced and Bates stamped and provided to plaintiff we have noticed that some documents are not necessarily contiguous or right next to other documents they relate to. Do you have an explanation for why that would occur?

A I do. Mr. Cook was a fairly good record keeper. However, there have been several Freedom of Information Act requests during the last several years and we provided all the documents to our Freedom of Information Act Office and what we got back was a jumbled mess.

Q Okay. Is there any possibility that some documents were lost over the years?

A Yes, there certainly is.

Q And why would that occur?

A Well, the electronic documents that were attached to e-mails were lost as a result of a virus several years ago that, well, in the recovery the agency erased all of the attachments. I don't know whether that was the actual virus itself or

what. But we were never able to recover the attachments after that.

MR. OLIVIER: I have no further questions.

MR. MARCUS: For the record, one of my complaints about production of documents was the fact that a number of the attachments to various documents were not provided with the documents. That explanation by Mr. West helps me understand a little bit why that was. Thank you.

MR. OLIVIER: Are we done?

MR. MARCUS: We are done. We will close this subject to filling in that one blank and the providing of the one document that I requested if it's around someplace. Thank you very much.

(Whereupon, at 11:48 a.m., the deposition in the above-entitled matter was closed.)