Goldberg & Connolly

• ATTORNEYS AT LAW •

G&C Building
66 North Village Avenue • Rockville Centre • New York 11570
516-764-2800 • Fax 516-764-2827

December 17, 2004

*By Fax: (202) 514-7965*
William K. Olivier, Esq.
Attorney, Commercial Litigation Branch
Civil Division
Justice Department
Attention: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530

*By Fax: (703) 767-4550*
David Rickard, Esq.
Defense Threat Reduction Agency
8725 John J. Kingman Road
Fort Belvoir, VA 22060-6201

Re: Die Casters International, Inc.
v. The United States
Index No. 04-1113C
Defendant's Responses to Plaintiff's First Request
for Production of Documents dated December 13, 2004

Gentlemen:

Please be advised that I am in receipt of your response to my First Request For Production of Documents dated November 8, 2004, in the above-referenced matter. The Defendant's response to each of the 24 requests for production of documents is that (with certain pro forma objections and assertions of non-waiver) all the documents would be available to the plaintiff at Mr. Rickard's office at the Defense Threat Reduction Agency in Fort Belvoir, Virginia or some other mutually convenient time and place.

In order to establish the number of documents that would be available to the plaintiff, so that I could adequately staff the document inspection and provide the logistics for that inspection, I asked Mr. Rickard during our telephone conversation yesterday morning to estimate the quantity of documents that would be available.

William K. Olivier, Esq.
Attorney, Commercial Litigation Branch
Civil Division, Justice Department
-and-
David Rickard, Esq.
Defense Threat Reduction Agency
December 17, 2004
Page 2

Much to my surprise, Mr. Rickard advised me that there would be approximately a "banker's box" of documents in response to all 24 requests. I expressed to Mr. Rickard my surprise that such a small amount of documents would be produced.

I then asked Mr. Rickhard that since this was such a small quantity of documents, perhaps you could arrange to copy all the documents and ship them to New York, or I could have someone come to his office and take the documents to a third-party copying service and that person could, in turn, ship the documents to New York. Given the quantity of documents it certainly didn't warrant the expense of a day of my time and the airfare to come down to Washington.

Mr. Rickard said he would take my requests under advisement and would speak to Mr. Olivier and would get back to me yesterday or tomorrow with an answer.

Thank you for giving this matter your immediate attention.

Very truly yours,

GOLDBERG & CONNOLLY

By ______
Gary Marcus

GM/bas