asked these questions before in some other capacity, that's bearing on his responses today. In fact if he has been asked these questions before, I would object to the questions being asked again.

MR. MARCUS: Well, I asked him in his individual capacity. Now I'm asking him as a corporate designee.

MR. OLIVIER: I don't care how you asked him before. It has already been covered.

MR. MARCUS: Let it show on the record that over the course of the last four days I have interviewed a number, deposed a number of witnesses who seem to have a collective memory lapse, who cannot remember whether they received documents, vital documents, or not. It's become extremely frustrating and I cannot get answers to questions that I'm entitled to. However, I must in all candor admit that the last two witnesses have been much more candid and have attempted I believe to answer the questions in some manner, and my list of questions that I had for Mr. Archer as the DTRA

representative because of the candid answers that I did receive from Mr. Archer and Mr. West has narrowed down to four questions.

BY MR. MARCUS:

Q So I'm going to ask these four questions, and Mr. Archer, if you do not know the answers to these questions, I will ask the court reporter to please leave a blank in the record and you can fill it in. If you can ascertain at a later date what the answers are to these, I would appreciate it.

MR. OLIVIER: I'm going to object to the statement made by counsel because all of the witnesses testifying so far to date for the government have been candid. To the extent they couldn't recall, it was a candid response they couldn't recall, not some contrived response because they didn't want to answer a question.

MR. MARCUS: So noted. Moving on.

BY MR. MARCUS:

Q Mr. Archer, I'm going to show you a document that I believe I showed you yesterday that