# EXHIBIT B

**U.S. Department of Justice**

Civil Division

WKOlivier
D.J. No. 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

Tele: (202) 616-8131
Fax: (202) 514-7965

*Washington, D.C. 20530*

May 16, 2005

By Federal Express

Gary Marcus, Esq.
Goldberg & Connolly
66 North Village Avenue
Rockville Centre, NY 11570
Tel: (516) 764-2800

Re: Die Casters, Inc. v. United States,
Fed. Cl. No. 04-1113C

Dear Mr. Marcus:

Enclosed are copies of additional non-privileged documents that were recently identified.

Sincerely,

William K. Olivier

WILLIAM K. OLIVIER
Attorney
Commercial Litigation Branch