# EXHIBIT C

Goldberg & Connolly
· ATTORNEYS AT LAW ·
G&C Building
66 North Village Avenue • Rockville Centre • New York 11570
516-764-2800 • Fax 516-764-2827

May 4, 2005

***By Fax:* (202) 514-7965**

William K. Olivier, Esq.
U.S. Department of Justice
Civil Division - Commercial Litigation Branch
1100 L Street, NW, 8th Floor
Washington, DC 20530

Re: Die Casters International, Inc.
v. The United States
United States Court of Federal Claims
Index No. 04-1113C

Dear Mr. Olivier:

I am in receipt of Defendant's responses to Plaintiff's First Set of Interrogatories which you finally served upon my office on May 2, 2005.

Your client's response to Interrogatory No. 1 highlights certain aspects of the inadequacy of your client's discovery responses that I addressed in my Motion to Compel. Here again, your client exhibits "collective amnesia" when it asserts in response to Interrogatory No. 1 "Agency records do not reflect who, other than the addressee, Harry Cook, received copies of the September 5, 1997 letter that was marked as Exhibit 1 during depositions in this case" when Mr. Cook's testimony indicated that he "would have forwarded (the letter in question) over to the contracting official" (Cook Dep. page 12) and that person could have been Mr. Cox (Id.).

Furthermore, the documents produced by your client and bate stamped 04664 - 04672 indicate that on September 9, 1997, Mr. Cook faxed the letter in question to Mr. Cox. Perhaps it was difficult to ascertain that because the fax cover sheet was out of order, but the poor and disorganized state of the documents produced by your client is precisely what I pointed out in my Motion to Compel.

Upon review of these portions of Mr. Cook's testimony and the documents, I am confident that Mr. Archer will want to change his response to that interrogatory.

Thank you for giving this matter your immediate attention.

Very truly yours,

GOLDBERG & CONNOLLY

By: [signature]
Gary Marcus

GM/bas

cc: ***By Fax: (202) 514-8071***
Peter D. Keisler,
Assistant Attorney General
Civil Division, U.S. Department of Justice
Classification Unit, 8th Floor
1100 L Street, NW
Washington, DC 20530

***By Fax: (202) 307-0972***
David M. Cohen, Director
Civil Division, U.S. Department of Justice
Classification Unit, 8th Floor
1100 L Street, NW
Washington, DC 20530

***By Fax: (202) 305-7644***
Mark A. Melnick, Assistant Director
Civil Division, U.S. Department of Justice
Classification Unit, 8th Floor
1100 L Street, NW
Washington, DC 20530

***By Fax: (703) 767-4550***
David C. Rickard
Deputy General Counsel
Defense Threat Reduction Agency
8725 John J. Kingman Road
Fort Belvior, VA 22060-6201