Goldberg & Connolly

• ATTORNEYS AT LAW •

G&C Building
66 North Village Avenue • Rockville Centre • New York 11570
516-764-2800 • Fax 516-764-2827

June 14, 2005

***By Fax:* (202) 357-6522**

Hon. Susan G. Braden
Judge, U.S. Court of Federal Claims
717 Madison Place, N.W.
Washington, DC 20005

Re: Die Casters International, Inc.
v. United States of America
Civil Docket Case No. 04-1113

Dear Judge Braden:

Recent correspondence between the Defendant's counsel, Mr. Olivier, and myself, concerning his taking of depositions of various witnesses has indicated that the Defendant will not be able to complete his discovery within the time frame of July 1, 2005, as required in the Scheduling Order entered on January 18, 2005. In an effort to keep the Court's Scheduling Order and to maintain the November, 2005 trial date, I hereby request that you intervene in this matter and schedule a telephone conference with the respective attorneys to finalize a discovery schedule.

For your information, I am attaching herewith the notices of deposition just served by the Defendant for Mr. Frederickson and Mr. Michaely dated June 3, 2005 and June 7, 2005, respectively, my letters to Mr. Olivier dated June 10, 2005 with respect to those notices of deposition, Mr. Olivier's reply dated June 13, 2005, and my reply earlier today.

Thank you for giving this very important matter your immediate attention.

Very truly yours,

GOLDBERG & CONNOLLY

By ______________________
Gary Marcus

GM/bas
Encls.

cc: ***By Fax: (202) 514-7965***
William K. Olivier, Esq.
U.S. Department of Justice
Civil Division - Commercial Litigation Branch
1100 L Street, NW, 8th Floor
Washington, DC 20530

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIE CASTERS INTERNATIONAL, INC., Plaintiff, | ) | |
| v. | ) | No. 04-1113C (Judge Braden) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S NOTICE OF DEPOSITION OF ALAN FREDERICKSON

PLEASE TAKE NOTICE that, pursuant to RCFC 30(b), defendant will take the deposition of Alan Frederickson upon oral examination before a Notary Public, or other person authorized to administer oaths and record depositions in the District of Columbia, on June 24, 2005, at 9:30 a.m., at the offices of the Department of Justice, 1100 L Street, NW, Washington, DC.

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

DONALD E. KINNER
Assistant Director

WILLIAM K. OLIVIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6288

Attorneys for Defendant

June 3, 2005

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 3rd day of June, 2005, I caused to be placed in the United States mail (first-class mail, postage paid) copies of "DEFENDANT'S NOTICE OF DEPOSITION OF ALAN FREDERICKSON" addressed as follows:

Gary Marcus, Esq.
Goldberg & Connolly
66 North Village Avenue
Rockville Centre, NY 11570

Rosa M. Robinson

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DIE CASTERS INTERNATIONAL, INC., Plaintiff, | ) |
| v. | ) No. 04-1113C (Judge Braden) |
| THE UNITED STATES, Defendant. | ) |

DEFENDANT'S NOTICE OF DEPOSITION OF GEORGE MICHAELY

PLEASE TAKE NOTICE that, pursuant to RCFC 30(b), defendant will take the deposition of George Michaely upon oral examination before a Notary Public, or other person authorized to administer oaths and record depositions in the District of Columbia, on June 23, 2005, at 9:30 a.m., at the offices of the Department of Justice, 1100 L Street, NW, Washington, DC.

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

DONALD E. KINNER
Assistant Director

WILLIAM K. OLIVIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6288

Attorneys for Defendant

June 7, 2005

# UNITED STATES COURT OF FEDERAL CLAIMS

DIE CASTERS INTERNATIONAL, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## SUBPOENA

No. 04-1113C
(Judge Braden)

To: George P. Michaely
415 Cynthia Lane
Vienna, VA 27180
(703) 938-6649

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Department of Justice<br>1100 L Street, NW<br>Washington, DC 20005 | June 23, 2005<br>9:30 a.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the dated and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. U.S. Court of Federal Claims Rule (RUSCFC) 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (Indicate if Attorney for Plaintiff or Defendant) | DATE |
|---|---|
| William K. Olivier<br>Attorney for Defendant | June 7, 2005 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

William K. Olivier, Department of Justice, Civil Division, 1100 L Street, N.W., Room 11066, Washington, D.C. 20530 (202) 307-6288

NOTE: If the place of travel is more than 100 miles (by the shortest usual means of travel) from the place where the subpoena is served, or if the place of deposition is more than 100 miles from the place where the deponent resides, is employed or transacts business in person, the person served may regard the command as optional unless there is attached to subpoena an order of the Court requiring his/her appearance, notwithstanding the distance of travel. In any event, response to the subpoena will entitle the person to the fees and mileage allowed by law.

## PROOF OF SERVICE

| | Date | Place |
|---|---|---|
| SERVED | | |

SERVED ON (Print Name) MANNER OF SERVICE

SERVED BY (Print Name) TITLE

☐ Fees tendered for one day's attendance and mileage allowed by law.

(Fees and mileage need not be tendered when the subpoena is issued on behalf of the United States or an officer or agency thereof.)

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ________________
Date

Signature of Server

Address of Server

RUSCFC 45, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph of (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, service upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires disclosure of privileged or other protected matter and no exception or waiver applies; or

(iii) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party,

the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 7th day of June, 2005, I caused to be placed in the United States mail (first-class mail, postage paid) copies of "DEFENDANT'S NOTICE OF DEPOSITION OF GEORGE MICHAELY" addressed as follows:

Gary Marcus, Esq.
Goldberg & Connolly
66 North Village Avenue
Rockville Centre, NY 11570

Rosa M. Robinson

Goldberg & Connolly
• ATTORNEYS AT LAW •
G&C Building
66 North Village Avenue • Rockville Centre • New York 11570
516-764-2800 • Fax 516-764-2827

June 10, 2005

***By Fax*: (202) 514-7965**
***and Regular Mail***

William K. Olivier, Esq.
U.S. Department of Justice
Civil Division - Commercial Litigation Branch
1100 L Street, NW
Washington, DC 20005

Re: Die Casters International, Inc.
v. United States of America
United States Court of Federal Claims
Index No. 04-1113C

Dear Mr. Olivier:

I am in receipt of Defendant's Notice Of Deposition Of Alan Federickson that was received by my office on June 8, 2005. Please be advised that since your request was to depose Mr. Frederickson, who is not a party to this action, we will not produce Mr. Frederickson at the Offices of the Department of Justice, located at 1100 L Street, NW, Washington, DC, as requested. As I am sure you are aware, Mr. Frederickson, not being a party to the action, is a non-party witness that needs to be subpoenaed and deposed as provided for by RCFC 30 and 45.

However, notwithstanding the deficiencies of your notice, we are willing to produce Mr. Frederickson for a deposition at the requested date and time at my office in Rockville Centre, NY.

Furthermore, not withstanding the legal requirements concerning the place of Mr. Frederickson deposition, given the fact that Mr. Frederickson and I accommodated your clients by taking their depositions at their offices, I feel that it is only fair that you reciprocate by deposing Mr. Frederickson at my office.

Please let me know by the close of business on June 13, 2005, if you are accepting the offer to depose Mr. Frederickson at my office on June 24, 2005. Given the short notice period, I need to start preparing immediately.

Thank you for giving this matter your immediate attention.

Very truly yours,

GOLDBERG & CONNOLLY

By [signature]
Gary Marcus

GM/bas

Goldberg & Connolly

• ATTORNEYS AT LAW •

G&C Building
66 North Village Avenue • Rockville Centre • New York 11570
516-764-2800 • Fax 516-764-2827

June 10, 2005

***By Fax: (202) 514-7965***
***and Regular Mail***

William K. Olivier, Esq.
U.S. Department of Justice
Civil Division - Commercial Litigation Branch
1100 L Street, NW
Washington, DC 20005

Re: Die Casters International, Inc.
v. United States of America
United States Court of Federal Claims
Index No. 04-1113C

Dear Mr. Olivier:

I am in receipt of Defendant's Notice Of Deposition Of George Michaely. Before we expend the time and costs to take a deposition that may not be necessary, I thought I should apprise you of some facts that you may not know.

First of all, Mr. Michaely is an attorney and functioned as counsel to the Plaintiff. My client has advised me that it will not waive the attorney/client privilege with respect to any communications between Mr. Michaely and DCI and/or its agents and employees.

Secondly, all of Mr. Michaely's association with the Plaintiff terminated in March of 1996, only six months after the Contract with your client was entered into and years before the events that brought on this litigation occurred. I can't imagine what relevant or useful information Mr. Michaely might have concerning the issues relevant to this dispute. Nevertheless, I am prepared to offer you the opportunity to proffer a list of facts you would like to establish through Mr. Michaely's testimony and I am reasonably confident that I can stipulate to same and save both our clients the costs of this deposition.

Please let me know by the close of business on June 13, 2005, if you are accepting the offer to a stipulation of facts in lieu of a deposition of Mr. Michaely.

Thank you for giving this matter your immediate attention.

Very truly yours,

GOLDBERG & CONNOLLY

By
Gary Marcus

GM/bas

U.S. Department of Justice

Civil Division

WKOlivier
D.J. No. 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

Tele: (202) 616-8131
Fax: (202) 514-7965

*Washington, D.C. 20530*

June 13, 2005

Gary Marcus, Esq.
Goldberg & Connolly
66 North Village Avenue
Rockville Centre, NY 11570
Tel: (516) 764-2800

Re: Die Casters, Inc. v. United States,
<u>Fed. Cl. No. 04-1113C</u>

Dear Mr. Marcus:

We scheduled the deposition of Alan Frederickson for Washington, D.C. because we anticipated that he would be here for the depositions of witnesses, who are located in the Washington, D.C. area, that we planned to depose in the days before his deposition was scheduled. Since you have provided us with insufficient information to subpoena any witnesses other than George Michaely, in violation of your responsibilities under the Court's rules, and since you now object to Mr. Michaely's deposition, we will cancel that deposition and the deposition of Mr. Frederickson for Washington, D.C.

We are unable to travel to your office in New York to depose Mr. Frederickson on June 24, 2005. Therefore, since you object to producing him in Washington, D.C. on June 24, 2005, we will have to re-schedule his deposition for another date and time. However, if Mr. Frederickson appears in Washington, D.C. for any other reason, including further document review, we reserve the right to take his deposition while he is here.

Sincerely,

William K. Olivier

WILLIAM K. OLIVIER
Attorney
Commercial Litigation Branch

Goldberg & Connolly

• ATTORNEYS AT LAW •

G&C Building
66 North Village Avenue • Rockville Centre • New York 11570
516-764-2800 • Fax 516-764-2827

June 14, 2005

***By Fax:* (202) 514-7965**

William K. Olivier, Esq.
U.S. Department of Justice
Civil Division - Commercial Litigation Branch
1100 L Street, NW, 8th Floor
Washington, DC 20530

Re: Die Casters International, Inc.
v. The United States
United States Court of Federal Claims
Index No. 04-1113C

Dear Mr. Olivier:

I am in receipt of your letter of June 13, 2005 advising me that you were cancelling the depositions of both Mr. Frederickson and Mr. Michaely, on the basis that somehow the plaintiff was responsible for your inability to properly notice Mr. Frederickson's deposition.

Please be advised that I did not object to Mr. Michaely's deposition. I merely pointed out that Mr. Michaely was an attorney and that my client was reserving any and all rights with respect to the attorney/client privilege. I further asked you if we could dispense with Mr. Michaely's deposition by agreeing to a set of stipulated facts. Your response to my suggestion was that I objected to Mr. Michaely's deposition, which is not true.

With respect to Mr. Frederickson's deposition, you simply erred in serving Mr. Frederickson personally and not as a representative of DCI. Mr. Frederickson, as a non-party witness, is not subject to the same rules that govern party witnesses. Furthermore, how I and my client choose to defend any of the depositions that you are taking is not your concern and, if you wish to depose Mr. Frederickson, you need to depose him as required by the Court rules and not for your convenience in Washington, D.C.

Finally, the Plaintiff has satisfied its obligations under the Court's rules by disclosing all the information it had available concerning witnesses.

Please be further advised that I will strenuously oppose any extension of the dates for discovery in the Scheduling Order, especially when you are doing so simply to delay this action and frustrate my client's recovery.

Very truly yours,

GOLDBERG & CONNOLLY

By [signature]
Gary Marcus

GM/bas

cc: ***By Fax: (202) 514-8071***
Peter D. Keisler,
Assistant Attorney General
Civil Division, U.S. Department of Justice
Classification Unit, 8th Floor
1100 L Street, NW
Washington, DC 20530

***By Fax: (202) 307-0972***
David M. Cohen, Director
Civil Division, U.S. Department of Justice
Classification Unit, 8th Floor
1100 L Street, NW
Washington, DC 20530

***By Fax: (202) 305-7644***
Mark A. Melnick, Assistant Director
Civil Division, U.S. Department of Justice
Classification Unit, 8th Floor
1100 L Street, NW
Washington, DC 20530

cc: *By Fax: (703) 767-4550*
David C. Rickard
Deputy General Counsel
Defense Threat Reduction Agency
8725 John J. Kingman Road
Fort Belvior, VA 22060-6201