# In the United States Court of Federal Claims

No. 04-1113C
Filed: June 17, 2005

*************************************
*
DIE CASTERS INTERNATIONAL, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************

**ORDER**

A telephone status conference will be held on June 20, 2005, at 3:30 p.m. EST.

**IT IS SO ORDERED.**

s/SUSAN G. BRADEN
Judge