IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIE CASTERS INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1113C |
| v. | ) | (Judge Braden) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF DISCOVERY DEADLINE FOR THE PURPOSE OF OBTAINING DOCUMENTS

Defendant respectfully moves to extend the discovery deadline by 33 days for the sole purpose of serving subpoenas duces tecum on financial institutions and other entities and individuals in order to obtain relevant documents. According to the current discovery schedule, fact witness discovery was to be completed by July 29, 2005. Defendant's counsel has discussed this matter with counsel for Die Casters and he has indicated that he does not oppose the granting of this motion.

Additional time is needed for the following reasons: defendant's counsel has only recently been assigned to this matter; since being assigned to this matter, defendant's counsel has retained a number of experts and consultants; has deposed Alan Fredrickson, the president and sole owner of Die Casters; and has spent a week in Ukraine interviewing witnesses, and visiting the die casting facility where the equipment purchased under the contract is located. Since extending the discovery deadline for the limited purpose of obtaining relevant documents that are not within the possession, custody, or control of either party is in the interest of ensuring that this Court, if this matter proceeds to trial, is provided with all the evidence necessary to the just resolution of this matter, defendant respectfully urges the Court to grant the relief requested and

allow fact witness discovery involving obtaining documents to be conducted through August 31, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick.
MARK A. MELNICK
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Washington, D.C. 20530

August 2, 2005

Attorneys for Defendant