IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIE CASTERS INTERNATIONAL, INC., Plaintiff, | ) | |
| v. | ) | No. 04-1113C (Judge Braden) |
| THE UNITED STATES, Defendant. | ) | |

JOINT STIPULATION REGARDING THE ADMISSIBILITY OF DOCUMENTS AT TRIAL

The parties hereby stipulate and agree as follows:

1.) All documents contemporaneously generated in connection with the contract that is the subject matter of this dispute are presumed authentic other than handwritten notes, which will be deemed authentic if supported by appropriate testimony, either from depositions or at trial. The presumption of authenticity may be rebutted by appropriate evidence.

2.) All documents contemporaneously generated in connection with the contract that is the subject matter of this dispute are presumed to be business records as defined in Rule 803(6) the Federal Rules of Evidence . The presumption of business record may be rebutted by appropriate evidence.

3.) The parties, however, do not waive their right to object to the admission of such documents based upon relevancy.

4.) Defendant agrees to treat the electronic files provided by plaintiff as "confidential" and "proprietary" unless and until the Court determines otherwise. Such files, however, may be reviewed by employees of the Justice Department and the agency involved in this litigation and by those experts and consultants retained by the Department of Justice to assist in this litigation. Defendant does not waive its right to challenge the confidential nature of such

files before the Court either prior to or during the trial of this matter. Upon conclusion of this matter all such electronic files will be deleted from all of the computers and storage devices upon which defendant or its agents transferred same.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/ Gary Marcus, Esq.
GARY MARCUS, ESQ.
66 North Village Avenue
Goldberg & Connolly
Rockville Centre, NY 11570
(516) 764-2800
(516) 764-2827 (Fax)

Attorney for Plaintiff

August 5, 2005

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
ATTN: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-0252
(202) 307-0972 (Fax)

Attorneys for Defendant

August 1, 2005