IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIE CASTERS INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1113C |
| v. | ) | (Judge Braden) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFF'S UNOPPOSED MOTION FOR PERMISSION OF THE COURT TO DEPOSE WITNESS

Plaintiff respectfully moves to be allowed to extend the time allowed for deposition for the sole purpose of deposing crucial witness, Mr. Joseph DiCroce. According to the current discovery schedule, witness depositions were to be completed by July 29, 2005. Plaintiff's counsel has discussed this matter with counsel for the United States and she does not oppose the granting of this motion. The witness, Mr. Joseph DiCroce, has also already consented to the deposition.

Additional time is needed for the following reason: Plaintiff's counsel has only recently received, and been made aware of, documents indicating that Mr. Joseph DiCroce played an important role in making the decision to allow certain incurred costs of Die Caster International, Inc. Since extending the deadline allowed for depositions for the limited purpose of deposing Mr. Joseph DiCroce, a crucial witness, is in the interest of ensuring that this Court, if this matter proceeds to trial, is provided with all the evidence necessary to the just resolution of this matter, Plaintiff respectfully urges the

Court to grant the relief requested and allow the deposition of Mr. Joseph DiCroce to be conducted through September 30, 2005.

GOLDBERG & CONNOLLY

By: [signature]
Gary Marcus, Esq.

Attorneys for Plaintiff
66 North Village Avenue
Rockville Centre, NY 11570
(516) 764-2800

August 12, 2005