# In the United States Court of Federal Claims

No. 04-1113C
Filed: August 16, 2005

*************************************
DIE CASTERS INTERNATIONAL, INC., *

Plaintiff, *

v. *

THE UNITED STATES, *

Defendant. *
*************************************

**ORDER**

Defendant's Unopposed Motion for Extension of Discovery Deadline for the Purpose of Obtaining Documents, filed August 3, 2005, is **GRANTED**.

Plaintiff's Unopposed Motion for Permission of the Court to Depose Witness, filed August 12, 2005, is **GRANTED**.

**IT IS SO ORDERED.**

s/SUSAN G. BRADEN
Judge