IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIE CASTERS INTERNATIONAL, INC., Plaintiff, | ) | |
| v. | ) | No. 04-1113C (Judge Braden) |
| THE UNITED STATES, Defendant. | ) | |

PLAINTIFF'S UNOPPOSED MOTION FOR PERMISSION OF THE COURT TO DEPOSE EXPERT WITNESSES

Plaintiff respectfully moves to be allowed to extend the time allowed for deposition for the sole purpose of each party deposing the other's expert witnesses. According to the current discovery schedule, expert witness depositions were to be completed by September 14, 2005. Plaintiff's counsel has discussed this matter with counsel for the United States and, for the reasons set forth below, she does not oppose the granting of this motion. The witnesses have also already consented to the depositions.

Additional time is needed for the following reason: Counsel are meeting in Washington on September 20, 2005, to discuss settlement. At that meeting, most of the expert witnesses will be available. In the interest of efficiency and cost, if the participants do not reach a settlement,

the deposition of the expert witnesses will take place in Washington on the following days, September 21 - 23, 2005. Since extending the deadline allowed for depositions for the limited purposes of deposing the expert witnesses is in the interest of ensuring that this Court, if this matter proceeds to trial, is provided with all the evidence necessary to the just resolution of this matter, Plaintiff respectfully urges the Court to grant the relief requested and allow the depositions of the expert witnesses to be conducted through September 30, 2005.

GOLDBERG & CONNOLLY

By: ______________________
Gary Marcus, Esq.

Attorneys for Plaintiff
66 North Village Avenue
Rockville Centre, NY 11570
(516) 764-2800

August 30, 2005