# In the United States Court of Federal Claims

No. 04-1113C
Filed: September 1, 2005

*************************************
DIE CASTERS INTERNATIONAL, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
*************************************

**ORDER**

Plaintiff's Unopposed Motion for Permission of the Court to Depose Expert Witnesses, filed August 31, 2005, is **GRANTED**. Accordingly, expert depositions will now be completed **on or before September 30, 2005.**

**IT IS SO ORDERED.**

s/SUSAN G. BRADEN
Judge