IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIE CASTERS INTERNATIONAL, INC., Plaintiff, | ) | |
| v. | ) | No. 04-1113C (Judge Braden) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S UNOPPOSED SECOND MOTION FOR EXTENSION OF DISCOVERY DEADLINE FOR THE PURPOSE OF DEPOSING EXPERTS

Defendant respectfully moves to extend the discovery deadline by 30 days, or until October 30, 2005, for the sole purpose of deposing plaintiff's two expert witnesses in this case. According to the initial discovery schedule, expert witness discovery was to be completed by September 15, 2005. The Court granted plaintiff's unopposed motion and extended that deadline was until September 30, 2005. Defendant's counsel has discussed this matter with counsel for Die Casters and he has indicated that he does not oppose the granting of this motion. The deposition of Alan Frederickson is tentatively scheduled for October 14, 2005; the deposition of John Tomlinson has not yet been scheduled.

Additional time is needed for the following reasons: since the expert reports were provided on August 15, 2005, I was required to travel on business to Vancouver, Washington, in connection with DeAtley Construction v. United States, Fed. Cl. 04-1052C, from August 22, 2005, through August 27, 2005; to Russia, Moldova, and Ukraine from September 2, 2005, through September 11, 2005, in connection with this case; to Vancouver, Washington, from September 14, through September 17, 2005, in connection with DeAtley Construction v. United States, Fed. Cl. 04-1052C; to Philadelphia, Pennsylvania, on September 22, 2005, in connection

with this case; and to Vancouver, Washington, and Spokane, Washington, from September 23, 2005, through October 1, 2005, in connection with DeAtley Construction v. United States, Fed. Cl. 04-1052C. In addition, on September 19 and 20, 2005, I was involved in all day settlement meetings in connection with this matter, and on September 23, 2005, I defended the depositions of the Government's experts in this case.

For the foregoing reasons, it is respectfully requested that the Court grant our motion

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick.
MARK A. MELNICK
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Washington, D.C. 20530

October 4, 2005

Attorneys for Defendant