IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIE CASTERS INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1113C |
| v. | ) | (Judge Braden) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

DEFENDANT'S WITNESS LIST

Pursuant to the Court's scheduling order and ¶ 15 of Appendix A of the Rules of the Court of Federal Claims, defendant, the United States, respectfully sets forth a list of witnesses defendant expects to call at trial and witnesses defendant may call if the need arises. In addition, defendant reserves the right to call any witnesses appearing on plaintiff's witness list.

Government Employees

1. Edward Archer

Mr. Archer is expected to testify regarding events pertaining to contract administration during the time he was assigned as the contracting officer and as a contracting supervisor. Mr. Archer will also testify regarding matters related to the Defense Threat Reduction Agency's (the "Agency") determination not to amend the contract to add additional funds.

Estimated time for direct: 1 hour

2. John Connell

Mr. Connell is expected to testify regarding the defense conversion program as administered by the Agency. Mr. Connell will also testify regarding the progress of the plaintiff's defense conversion project.

Estimated time for direct: 1 hour

3. Harry Cook

Mr. Cook is expected to testify regarding projects monitored by the Agency under the auspices of the defense conversion program. Mr. Cook will also testify regarding the progress of the plaintiff's defense conversion project.

Estimated time for direct: 1 hour

4. Scott Morton

Mr. Morton is expected to testify regarding events pertaining to the negotiation of the contract and contract administration during the time he was assigned as the contracting officer.

Estimated time for direct: 1 hour

5. Marc Palevitz

Mr. Palevitz is expected to testify regarding the defense conversion program and matters related to the allocation of appropriated funds to defense conversion projects.

Estimated time for direct: 1 hour

6. Ann Bridges Steely

Ms. Steely is expected to testify regarding events pertaining to contract administration during the time she was assigned as a contracting supervisor. Ms. Steely will also testify regarding matters related to the Agency's determination not to amend the contract to add additional funds.

Estimated time for direct: 1 hour

7. Herbert Thompson

Mr. Thompson is expected to testify regarding events pertaining to contract administration during the time he was assigned as the contracting officer.

Estimated time for direct: 1 hour

8. Mark West

Mr. West is expected to testify regarding the defense conversion program as administered by the Agency. Mr. West will also testify regarding the progress of the plaintiff's defense conversion project and the movement of equipment to the project's facility.

Estimated time for direct: 1 hour

Non- Government Personnel - Fact Witnesses

Former DCI Employees

1. Robert Engh

Mr. Engh is expected to testify regarding his employment by the plaintiff; his understanding of the role he was expected to play; the plaintiff's performance under the contract; and why he resigned from the plaintiff in March 1996.

Estimated time for direct: 1 hour

2. David Konnick

Mr. Konnick is expected to testify regarding his employment by the plaintiff; his understanding of the role he was expected to play; the plaintiff's performance under the contract; and why he resigned from the plaintiff in March 1996.

Estimated time for direct: 1 - 2 hours

3. Christopher Maillefert

Mr. Maillefert is expected to testify regarding his employment by the plaintiff; his understanding of the role he was expected to play; the plaintiff's performance under the contract; and why he resigned from the plaintiff in March 1996.

Estimated time for direct: 1 hour

4. George Michaely

Mr. Michaely is expected to testify regarding his employment by the plaintiff; his understanding of the role he was expected to play; the plaintiff's performance under the contract; and why he resigned from the plaintiff in March 1996.

Estimated time for direct: 1 hour

5. John Mickowski

Mr. Mickowski is expected to testify regarding his relationship with the plaintiff; the role he played in generating the plaintiff's business plan; his understanding of the role he expected to play in the proposed joint venture; the plaintiff's performance under the contract; and why he

resigned from the plaintiff in December of 1996.

Estimated time for direct: 1 hour

Non-DCI Employees

6. Igor O. Slavitskij

Mr. Slavitskij is expected to testify regarding his discussions and negotiations with DCI and others regarding the proposed DCB joint venture; the operations at Technomet; and his knowledge of the business environment, investment climate and the die casting industry in Ukraine during the relevant time period.

Estimated time for direct: 1 hour

7. Vitaly I. Maiko

Mr. Maiko is expected to testify regarding his discussions and negotiations with DCI and others regarding the proposed DCB joint venture; the shipment and installation of the equipment at Burevestnik; and his knowledge of the business environment and investment climate in Ukraine during the relevant time period.

Estimated time for direct: 1 hour

8. James Bradley

Mr. Bradley is expected to testify regarding his work with Technomet in 1998 through the International Executive Services Corp. ("IESC"), and his observations and opinions regarding the status and condition of TechnoMet's die casting facilities at that time.

Estimated time for direct: 1 hour

9. Valerie A. Glouchkov

Mr. Glouchkov is expected to testify regarding his discussions, negotiations and work with DCI related to DCI's purchase of die cast manufacturing equipment and engineering services from the Litmash factory in Moldova. Mr. Glouchkov is also expected to testify regarding the equipment purchased by DCI, the storage of the equipment by Litmash, and the ultimate shipment of the equipment to the Burevestnik facility.

Estimated time for direct: 1 hour

10. Andrew Bihun

Mr. Bihun is expected to testify regarding his knowledge of DCI and other defense conversion projects in Ukraine during his tenure as the Commercial Attache for the American Embassy in Ukraine. Mr. Bihun is also expected to testify regarding his knowledge of the overall business environment and investment climate in Ukraine during the relevant time period.

Estimated time for direct: 1 hour

11. Natalie Jaresko

Ms. Jaresko is expected to testify regarding her knowledge of DCI's solicitation of funding from the Western NIS Enterprise Fund, as well as the overall investment climate in Ukraine during the relevant time period.

Estimated time for direct: 1 hour

Expert Witnesses

1. Robert A. Peterson

Mr. Peterson is expected to testify regarding DCI's equitable distribution claim, including DCI's claimed incurred costs and settlement expenses, as well as the relevant expenditures and accrued costs, supporting backup and activities of DCI related to the contract that is at issue in this case.

Estimated time for direct: 1-2 hours

2. Todd K. Lester

Mr. Lester is expected to testify regarding DCI's claim for lost profits, as well as the relevant business plans, financial projections and activities of DCI related to the contract that is at issue in this case.

Estimated time for direct: 2-3 hours

3. William A. Walkington

Mr. Walkington is expected to testify regarding the equipment purchased by DCI under the contract, including the appropriateness of the equipment for DCI's intended purposes, as well as the fair market value of the equipment at various points in time.

Estimated time for direct: 1 hour

4. Jaroslawa Z. Johnson

Ms. Johnson is expected to testify regarding the legal requirements related to the formation of a joint venture in Ukraine, the contribution of capital in exchange for equity ownership interest, and control rights of ownership. In addition, Ms. Johnson is expected to testify regarding the investment climate in Ukraine during the relevant time periods.

Estimated time for direct: 1 hour

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick.
MARK A. MELNICK
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Washington, D.C. 20530

October 6, 2005

Attorneys for Defendant