IN THE UNITED STATES COURT OF FEDERAL CLAIMS

------------------------------- X

**DIE CASTERS INTERNATIONAL, INC.,**

Plaintiff,

- against -

**NO. 04-1113C**
(Judge Braden)

**UNITED STATES OF AMERICA,**

Defendant.

------------------------------- X

**PLAINTIFF'S WITNESS LIST**

Pursuant to the Court's scheduling order and ¶ 15 of Appendix A of the Rules of the Court of Federal Claims, Plaintiff, Die Casters International, Inc. ("DCI"), respectfully sets forth a list of witnesses Plaintiff expects to call at trial and witnesses Plaintiff may call if the need arises. In addition, Plaintiff reserves the right to call any witnesses appearing on Defendant's witness list.

**Fact Witnesses**

1. **Alan C. Frederickson**

Mr. Frederickson is expected to testify regarding all events and all matters relating to or pertaining to Contract DNA001-95-C-0169 (the "Contract"), including but not limited to all attempts to obtain funding and capital investments under the Contract from government and non-government sources, the administration of the Contract, the invoicing under the Contract, the

DCIS investigation of Plaintiff's billing practices, the acquisition of the Equipment for the Contract, the development of the Business Plan associated with the Contract and all projections and analysis in relation thereto, the transactions with the potential Joint Venture partners, relationships with the U.S., Ukranian and Maldivian governments, and the preparation of all claims arising out of the Defendant's breach of the Contract.

Estimated time for direct: 10 hours.

2. **Edward Archer**

Mr. Archer is expected to testify regarding events pertaining to the administration of the Contract, and the ultimate disposition of the Equipment Plaintiff procured thereunder.

Estimated time for direct: 1 hour.

3. **John Connell**

Mr. Connell is expected to testify regarding his activities related to the Contract.

Estimated time for direct: 1 hour.

4. **Harry Cook**

Mr. Cook is expected to testify regarding his activities related to the Contract.

Estimated time for direct: 1 hour.

5. **Scott Morton**

Mr. Morton is expected to testify regarding events pertaining to the negotiation of the Contract and his activities in the administration of the Contract.

Estimated time for direct: 1 hour.

6. **Marc Palevitz**

Mr. Palevitz is expected to testify regarding all matters concerning or related to the defense conversion program and all matters related to the allocation of appropriated funds to the Contract, or any other aspect relating to the Contract.

Estimated time for direct: 2 hours.

7. **<u>Ann Bridges Steely</u>**

Ms. Steely is expected to testify regarding events pertaining to the administration of the Contract. Ms. Steely is also expected to testify regarding matters related to the Agency's determination not to amend the Contract to add additional funds and the decision as to the ultimate disposition of the Equipment acquired under the Contract.

Estimated time for direct: ½ hour.

8. **<u>Herbert Thompson</u>**

Mr. Thompson is expected to testify regarding his actions and events pertaining to the Contract and its administration.

Estimated time for direct: 1 hour.

9. **<u>Mark West</u>**

Mr. West is expected to testify regarding the defense conversation program, and his activities in relation to the Contract. Mr. West is also expected to testify as to the ultimate disposition of the Equipment acquired under the Contract.

Estimated time for direct: 1 hour

10. **<u>David Rickard, Esq.</u>**

Mr. Rickard is expected to testify regarding his activities related to the Contract and the ultimate disposition of the Equipment acquired under the Contract.

Estimated time for direct: 1 hour.

11. **<u>General Bongiovi</u>**

Mr. Bongiovi is expected to testify regarding his activities related to the Contract and the ultimate disposition of the Equipment acquired under the Contract.

Estimated time for direct: ½ hour.

12. **Paul Boren**

Mr. Boren is expected to testify regarding his activities relating to the Contract, both prior to and subsequent to award of the Contract.

Estimated time for direct: 1 hour.

13. **Raytheon Technical Services Co.**

A representative of Raytheon Technical Services Co. is expected to testify regarding its activities in the ultimate disposition of the Equipment acquired under the Contract.

Estimated time for direct: 1 hour.

14. **Richard Nordin**

Mr. Nordin is expected to testify regarding the activities of DEF in its consideration of funding to DCI.

Estimated time for direct: 1 hour.

15. **Jim Reid**

Mr. Reid is expected to testify regarding his activities related to the Contract.

Estimated time for direct: ½ hour.

16. **Upendra Rohatgi, Phl**

Dr. Rohatgi is expected to testify with respect to his efforts to try to provide funding for DCI with respect to the Contract.

Estimated time for direct: 1 hour.

17. **Regina A. Hanel**

Ms. Hanel is expected to testify with respect to her audits and audit reports concerning DCI.

Estimated time for direct: 1 hour.

18. **Thomas F. Pezanorski**

Mr. Pezanorski is expected to testify with respect to his review of the DCI audits and audit reports.

Estimated time for direct: 1 hour.

19. **Gordon Spanek**

Mr. Spanek is expected to testify with respect to his review of DCI billing procedures.

Estimated time for direct: 1 hour.

20. **Joseph DiCorce**

Mr. DiCorce is expected to testify with respect to his review of the DCI audits and audit reports.

Estimated time for direct: 1 hour.

## Expert Witnesses

1. **Alan C. Frederickson**

Mr. Frederickson is expected to testify regarding the quantification of DCI's damages for breach of Contract, and other claims.

He is also expected to testify regarding DCI's claim for Lost Profits, as well as the relevant business plans, financial projections and activities of DCI related to the Contract.

Estimated time for direct: 6 hours.

2. **John Tomlinson**

Mr. Tomlinson is expected to testify regarding his review of DCI's claims for Lost Profits, as well as the relevant business plans, financial projections and activities of DCI related to the plans and the Contract.

Estimated time for direct: 1 hour.

Dated: October 7, 2005

Respectfully submitted,

By:____________________________

Gary Marcus, Esq. (3853)
Goldberg & Connolly
Attorneys for Plaintiff
66 North Village Avenue
Rockville Centre, NY 11570
(516) 764-2800
(516) 764-2827 (Facsimile)

Attorneys for Plaintiff