**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

------------------------------------- X

**DIE CASTERS INTERNATIONAL, INC.,**

Plaintiff,

**No. 04-1113C**
**(Judge Braden)**

v.

**THE UNITED STATES,**

Defendant.

------------------------------------- X

**PLAINTIFF'S EXHIBIT LIST**

Pursuant to the Court's Scheduling Order and ¶ 16 of Appendix A of the Rules of the Court of Federal Claims, Plaintiff, Die Casters International, Inc., respectfully files the attached list of exhibits, other than those to be used exclusively for impeachment, it may utilize during the forthcoming trial in the above-captioned matter. Plaintiff reserves the right to amend this list as permitted by the Court as trial preparation continues.

Respectfully submitted,

GARY MARCUS
Goldberg & Connolly
66 North Village Avenue
Rockville Centre, NY 11570
(516) 764-2800
FAX: (516) 764-2827

Attorneys for Plaintiff

October 12, 2005

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIE CASTERS INTERNATIONAL INC., Plaintiff, | ) | No. 04-1113C (Judge Braden) |
| v. | ) | |
| THE UNITED STATES, Defendant. | ) | |

PLAINTIFF'S EXHIBIT LIST

1. Plaintiff's claims consisting of two volumes as filed with the defendant on or about February 25, 2004 ("Claim").

2. Contract No. DNA001-95-C-0169 dated October 27, 1995 with Statement of Work attached (Claim Part III, Document A).

3. Meeting of and Presentations at Kick-Off Meeting held on November 27, 1995 (Claim Part III, Document B).

4. Protocol of Intention dated December 4, 1995 between Meridian and DCI. Agreement dated March, 1997 on Establishing a Joint Venture by and between DCI and Meridian and Charter of Joint Venture (Claim Part III, Document C).

5. DCI's Management and Technical Proposal dated September 15, 1994 in response to RFP DNA001-94-R-0084 (Claim Part III, Document D).

6. DCI's 1996 Business Plan (Claim Part III, Document E).

7. Letter dated September 25, 1997 from Alan C. Frederickson, President, DCI, to Harry Cook, Program Manager, DTRA, forwarding DCI's 1997 Business Plan (Claim Part III, Document F).

8. Letter dated October 25, 1999 from Alan C. Frederickson, President, DCI, to M. Palevitz, DTRA, forwarding DCI's 1999 Business Plan (Claim Part III, Document G).

9. Letters dated June 18, 1997, October 18, 1999, and undated, by and between the Embassies of the United States and the Ukraine (Claim Part III, Document H).

10. Letter dated July 25, 1997 from Harry E. Cook, Jr., Program Manager, DTRA, to Alan C. Frederickson, President, DCI (Claim Part III, Document I).

11. Letter dated November 18, 1998 from Alan C. Frederickson, President, DCI, to Victor M. Shulepov, the Administrator for the Ministry of Industrial Policy for the Ukraine (Claim Part III, Document J).

12. Protocol of Intention dated May 30, 1997 and supplement thereto dated June 20, 1997 with respect to a Joint Venture by and between Burevestnik, Technomet and DCI (Claim Part III, Document K).

13. E-Mail dated June 20, 1998 from Dick Shriver, DCI independent contractor, to Alan C. Frederickson, President, DCI (Claim Part III, Document L).

14. Letter dated November 17, 1998 from Alan C. Frederickson, President, DCI, to Harry Cook, Program Manager, DTRA (Claim Part III, Document M).

15. Letter dated October 19, 1998 from Alan C. Frederickson, President, DCI, to Scott Morton, Acquisition Management Office, Defense Nuclear Agency (Claim Part III, Document N).

16. Letter dated November 30, 1998 from Alan C. Frederickson, President, DCI, to John C. Connell, Jr., Cooperative Threat Reduction Office, Defense Threat Reduction Agency (Claim Part III, Document O).

17. Letter dated February 8, 1999 from Alan C. Frederickson, President, DCI, to Scott Morton, DNA (Claim Part III, Document P).

18. Letter dated February 5, 1999 from the Secretary of Defense Cohen to Senator Strom Thurmond (Claim Part III, Document Q).

19. E-Mail dated May 5, 2000 from M. Palevitz, DTRA, to Alan C. Frederickson, President, DCI (Claim Part III, Document R).

20. E-Mail dated May 25, 2000 from Herbert Thompson, DTRA, to Alan C. Frederickson, President, DCI (Claim Part III, Document S).

21. Letter dated June 13, 2000 from Edward L. Archer, Contracting Officer, DTRA, to Alan C. Frederickson, President, DCI (Claim Part III, Document T).

22. Letter dated September 5, 1997 from Alan C. Frederickson, President, DCI, to Harry Cook, DSWA (Claim Part III, Document U).

23. Letter dated June 5, 2001 from Ann Bridges Steely, DTRA, to Alan C. Frederickson, President, DCI (Claim Part III, Document V).

24. Letter dated May 10, 1996 from Alan C. Frederickson, President, DCI, to Gordon Spanek, DCAA (Claim Part III, Document W).

25. Letter dated May 13, 1996 from Alan C. Frederickson, President, DCI, to Gordon Spanek, DCAA (Claim Part III, Document X).

26. Memorandum dated October 15, 1997 from Russell J. Richards, DCAA, to Special Agent Jeanne Doyle, Assistant Inspector General of Investigations, with supporting Memorandum and Form 2000 (Claim Part III, Document Y).

27. Letter dated July 14, 2000 from James Reid, Director, DTRA to Alan C. Frederickson, President, DCI (Claim Part III, Document Z).

28. Memorandum dated May 5, 2000 from Director of Cooperative Threat Reduction Policy to Deputy Assistant Secretary of Defense for Threat Reduction Policy (Claim Part III, Document AA).

29. DCAA Form 1 dated February 5, 1999 (Claim Part III, Document BB).

30. Report of Inspector General dated March 20, 2000 (Claim Part III, Document CC).

31. DCAA Form 1s dated September 7, 2000 (Claim Part III, Document DD).

32. Letter dated May 31, 2000 from Herbert A. Thompson, Jr., Contracting Officer, DTRA, to Alan C. Frederickson, President, DCI (Claim Part III, Document EE).

33. Letter dated June 2, 2000 from Herbert A. Thompson, Jr., Contracting Officer, DTRA, to Alan C. Frederickson, President, DCI (Claim Part III, Document FF).

34. Letter dated June 8, 2000 from Charles A. Zdebski of Troutman Sanders LLP to Edward Archer, DTRA (Claim Part III, Document GG).

35. Letter dated June 13, 2000 from Edward L. Archer, Contracting Officer, DTRA, to Alan C. Frederickson, President, DCI (Claim Part III, Document HH).

36. Letter dated July 14, 2000 from Herbert A. Thompson, Jr., Contracting Officer, DTRA, to Alan C. Frederickson, President, DCI (Claim Part III, Document II).

37. E-Mail dated July 21, 2000 from Alan C. Frederickson, President, DCI, to Herbert Thompson, DTRA (Claim Part III, Document JJ).

38. Letter dated October 5, 2001 from Herbert A. Thompson, Jr., Contracting Officer, DTRA, to Alan C. Frederickson, President of DCI (Claim Part III, Document KK).

39. DTRA Web Page dated July 9, 2001 (Claim Part III, Document LL).

40. Letter dated April 14, 2003 from Michael L. Benavides, Contracting Officer, DTRA, to Alan C. Frederickson, President, DCI (Claim Part III, Document MM).

41. Letter dated October 10, 2003 from Alan C. Frederickson, President, DCI, to Michael L. Benavides, Contracting Officer, DTRA (Claim Part III, Document NN).

42. Letter dated November 7, 2003 from Michael L. Benavides,Contracting Officer, DTRA, to Alan C. Frederickson, President, DCI (Claim Part III, Document OO).

43. Letter dated November 6, 2002 from Stephen M. Younger, Director, DTRA, to The Honorable William J. Pascrell, Jr.,U.S. House of Representatives (Claim Part III, Document PP).

44. Letter dated August 1, 2001 from Robert P. Bongiovi, Major General, USAF, Acting Director, DTRA, to Alan C. Frederickson, President, DCI (Claim Part III, Document QQ).

45. Letter dated February 25, 2002 from Robert P. Bongiovi, Major General, USAF, Deputy Director, DTRA, to Alan C. Frederickson, President, DCI (Claim Part III, Document RR).

46. Letter dated November 27, 1995 from C.W. Maillefert, Executive Vice-President, DCI, to Gordon Spanek, DCAA (Claim Part III, Document SS).

47. Letter dated January 9, 2000 from Herbert A. Thompson, Jr., Contracting Officer, DTRA to Dr. Upendra Rohargi, Brookhaven National Laboratory (Claim Part III, Document TT).

48. Memorandum dated February 11, 2000 from the Deputy Assistant Secretary of Defense for Threat Reduction Policy to Coordinator of U.S. Assistance to NIS (Claim Part III, Document UU).

49. Die Casters International, Inc.'s Schedule of Incurred Costs (Claim Part III, Document VV).

50. Die Casters International, Inc.'s Schedule of Compensation for Personal Services (Claim Part III, Document WW).

51. Deposition of Scott Morton taken on February 8, 2005.

52. Deposition of Ann Bridges Steely taken on February 9, 2005.

53. Two depositions of Edward Archer taken on February 10, 2005 and February 11, 2005.

54. Deposition of Herbert Thompson taken on February 9, 2005.

55. Deposition of Harry Cook taken on February 8, 2005.

56. Deposition of John C. Connell, Jr. taken on February 10, 2005.

57. Deposition of Mark E. West taken on February 11, 2005.

58. Exhibits to depositions stated in 51-57 above.

a. Letter dated September 5, 1997 from Alan C. Frederickson to Mr. Harry E. Cook, Jr., Project Management Office, Defense Special Weapons Agency. (Exhibit 1)

b. Die Casters Burevestnik Confidential Business Plan dated September, 1997. (Exhibit 2)

c. Letter dated July 25, 1997 from Harry E. Cook, Jr., Project Management Office, Defense Special Weapons Agency to Alan C. Frederickson. (Exhibit 3)

d. Memo from Harry E. Cook, Project Management Office, Defense Special Weapons Agency regarding status of Die Casters International, Inc. dated September 5, 1997. (Exhibit 4)

e. E-Mail dated June 20, 1998 from Dick Shriver to Alan C. Frederickson. (Exhibit 5)

f. Outline of Agenda for August 3, 1998 Meeting between Die Casters, International, Inc. and DSWA. (Exhibit 6)

g. Letter dated November 17, 1998 from Alan C. Frederickson to Scott Morton, Defense Nuclear Agency. (Exhibit 7)

h. Letter dated October 19, 1998 from Alan C. Frederickson to Scott Morton, Defense Nuclear Agency. (Exhibit 8)

i. Die Casters International, Inc. Notes dated September 15, 1999. (Exhibit 9)

j. Fax Cover Sheet dated November 16, 1998 from Harry E. Cook to Leslie Burchett, West Mark, Dave Rickard and Tom Cox. (Exhibit 10)

k. Contract DNA001-95-C-0169 dated October 27, 1995. (Exhibit 11)

l. Die Caster International Inc.'s Composite Overview entitled "Building a Die Cast Industry Producing Die Cast and Related Retail Products In the Newly Independent States" dated March 17, 1995. (Exhibit 12)

m. Modification P0001 to Contract DNA001-95-C-0169. (Exhibit 13)

n. Defense Contract Audit Agency Conversation with Government dated September 17, 1997. (Exhibit 14)

o. Memorandum and Audit Report dated February 10, 1999 from Peter W. Kornutick, Defense Contract Audit Agency, Mid-Atlantic Region Northern New Jersey Branch Office to Scott G. Morton, Contract Administration Office, Defense Threat Reduction Agency. (Exhibit 15)

p. Memorandum and Audit Report dated September 21, 2000 from Peter W. Kornutick, Defense Contract Audit Agency, Mid-Atlantic Region Northern New Jersey Branch Office to Herbert Thompson, Contract Administration Office, Defense Threat Reduction Agency. (Exhibit 16)

q. FAR section 42.801. (Exhibit 17)

r. Undated letter from Scott Morton, Contracting Officer to Alan C. Frederickson. (Exhibit 18)

s. Memorandum and Audit Report dated July 2, 2001 from Peter W. Kornutick, Branch Manager to Herbert Thompson. (Exhibit 19)

t. Memorandum and Audit Report dated September 19, 2001 from Peter W. Kornutick, Branch Manager to Herbert Thompson. (Exhibit 20)

u. Declaration of Mark E. West dated November 16, 2004. (Exhibit 21)

v. Letter dated July 14, 2000 from James Reid, Director of Office of Cooperative Threat Reduction Policy, Office of the Assistant Secretary of Defense, to Alan C. Frederickson. (Exhibit 22)

w. E-mail dated May 30, 2000 from Ann Steely, SES AM Chief to Herbert Thompson, Jr., Edward Archer, John Connell, Harry Cook, Mary Bell, David Rickard. (Exhibit 23)

x. Letter dated May 31, 2000 from Herbert A. Thompson Jr., Contracting Officer, to Alan C. Frederickson. (Exhibit 24)

y. Memorandum dated January 19, 2001 from Herbert A. Thompson Jr., Contracting Officer, to Ann Bridges Steely. (Exhibit 25)

z. RTC Response to Query on Litmash Movement of the equipment dated 7/26/02. (Exhibit 26)

aa. E-mail dated May 5, 2000 from Marc Palevitz to Die Casters International Inc. (Exhibit 27)

bb. Letter dated June 5, 2001 from Ann Bridges Steely to Alan Frederickson. (Exhibit 28)

cc. Memorandum dated August 8, 2000 from Ann Bridges Steely to DTRA. (Exhibit 29)

dd. Memorandum dated September 19, 2000 from Ann Bridges Steely to DTRA. (Exhibit 30)

ee. Memorandum dated February 20, 2001 from Richard Nordin, Jr., President Defense Enterprise Fund, to John Connell. (Exhibit 31)

ff. Letter dated February 5, 1999 from William Cohen to Honorable Strom Thurmond. (Exhibit 32)

gg. E-mail dated October 3, 2001 from Herbert Thompson to John Connell, Robert Dickey, Ann Bridges Steely, Robert Brittigan, David Rickard. (Exhibit 33)

hh. Memorandum and Audit Report dated March 13, 2000 from Inspector General, Department of Defense, Defense Criminal Investigative Service. (Exhibit 34)

ii. Letter dated June 13, 2000 from Edward L. Archer, Contracting Officer, DTRA, to Alan C. Frederickson. (Exhibit 35)

jj. Letter dated December 12, 2000 from Dr. Upendra Rohatgi, Manager, IPP Program at BNL, to Edward L. Archer. (Exhibit 36)

kk. Letter dated January 9, 2000 from Herbert A. Thompson, Jr. to Dr. Upendra Rohatgi. (Exhibit 37)

ll. E-mail dated March 31, 1999 from Edward Archer to Herbert Thompson. (Exhibit 38)

mm. E-mail dated April 9, 2000 from Rich Nordin to Mark West. (Exhibit 39)

nn. Fax and Memorandum dated May 5, 2000 from Director of Cooperative Threat Reduction Policy. (Exhibit 40)

59. Exhibits to Plaintiff's Motion for Partial Summary Judgment.

a. Plaintiff's complaint and exhibits

i. Contract between Die Casters International, Inc. and DCMAO dated October 27, 1995.

ii. Letter dated June 13, 2000 from DTRA to Alan C. Frederickson.

iii. Letter dated April 14, 2003 from DTRA to Alan C. Frederickson.

iv. Letter dated February 25, 2004 from Gary Marcus, Esq. To Michael L. Benavides, Contracting Officer DTRA.

v. Letter dated April 14, 2004 from DTRA to Gary Marcus, Esq.

vi. Letter dated June 25, 2004 from DTRA to Gary Marcus, Esq.

b. Letter dated July 25, 1997 from Harry E. Cook, Jr., Program Manager, to Alan C. Frederickson.

c. Memorandum from the Office of the Assistant Secretary Of Defense regarding the provision of additional funding to Die Caters International, Inc. Defense Conversion Project in Ukraine.

d. Letter dated May 31, 2000 from Defendant's Contracting Officer to Die Casters International, Inc.

e. Letter dated June 2, 2000 from Defendant's Contracting Officer to Die Casters International, Inc. regarding phone conversation with Plaintiff's counsel and Defendant's contracting Officer.

f. Letter dated June 8, 2000 from Charles A. Zdebski to Edward Archer, DTRA.

g. Letter dated July 14, 2000 from Herbert A Thompson, Jr., Contracting Officer, to Alan C. Frederickson.

h. Contract Pricing Proposal (Form 1411) and accompanying Notes.

i. Invoice 03-58 Final dated August 29, 2003.

j. Letter dated April 20, 2004 from Gary Marcus, Esq. to Robert J. Bemben, Contracting Officer, DTRA.

60. Deposition of Joseph DiCroce taken on September 22, 2005.

61. Exhibits to Deposition of Joseph DiCroce taken on September 22, 2005

a. Clause 52.216-7 "Allowable Cost and Payment." (Exhibit 1)

b. Defense Contract Audit Agency, notice of Contract Costs Suspended and/or Disapproved to Die Casters International, Inc. dated February 8, 1999. (Exhibit 2)

c. Defense Contract Audit Agency, notice of Contract Costs Suspended and/or Disapproved to Die Casters International, Inc. dated September 20, 2000. (Exhibit 3)

d. Defense Contract Audit Agency, notice of Contract Costs Suspended and/or Disapproved to Die Casters International, Inc. dated June 29, 2001. (Exhibit 4)

e. Memorandum from Joseph DiCroce, Bates DCAA 01390, DCAA 01391, DCAA 01392.

f. Draft Report and DCAA form 2000, Bates DCAA 01387.

g. Memorandum, Bates DCAA 02372

h. DCAA Form 1, Bates DCAA 02373.

i. DCAA Form 1, Bates 02375, 02376, 02377.

j. Draft Memorandum, Bates DCAA 02368, 02369, 02370 and 02371.

k. Die Casters International Review of Guidelines/Regulations, Bates DCAA 015641.

l. Die Casters International Notes/Correspondence, Bates DCAA 01412 and DCAA 01413.

62. Alan C. Frederickson Expert Report dated August 15, 2005.

63. Exhibits to Alban C. Frederickson Expert Report.

a. DCI Claim, Part V, Pages 8-13.

b. DCM Business Plan.

c. DCB Business Plan.

d. Lotus spreadsheets used to produce the financial projections (see page 5 of 10).

e. Working papers relating to the plans (see page 5 of 10).

f. Customer files relating to April 2000 request for quote, Bates NAV 005097 and NAV 005136.

64. Alan C. Frederickson Rebuttal to Expert Reports of Todd K. Lester and William G. Walkington dated September 16, 2005.

65. John M. Tomlinson Expert Report dated August 15, 2005.

66. Exhibits to John M. Tomlinson Expert Report:

a. Chart of Interest Rates Provided by Morgan Stanely

b. To DCI Claim

c. DCM Business Plan

d. DCB Business Plan

67. Deposition of Defendant's expert witness Todd K. Lester taken September 21, 2005.

68. Deposition of Defendant's expert witness Robert Petersen taken September 21, 2005.

69. Deposition of Defendant's expert witness William Walkington taken September 21, 2005.

70. Exhibits to Depositions of Defendant's expert witnesses stated in 67–69 above:

    a. Document entitled Defense Conversion in Ukraine, Meridian and Die Casters International, 27 November 1995, Presentation at Meridian Joint Stock Company for the Defense Nuclear Agency. (Exhibit 1)

    b. Definition of "insolvency" from Black's Law Dictionary. (Exhibit 2)

    c. Public Voucher 03-58, Final Bates NAV 033649-NAV 033653. (Exhibit 3)

    d. FAR 16.303. (Exhibit 4)

    e. DCB Business Plan.

    f. Document entitled Contributions Included in First Quarter Investments for DCB Joint Venture KYIV, Bates 04119.

    g. Technomet Backlog and Die Casting Contributions, Bates 04120.

    h. Letter from Mr. Slavitsky (Technomet) to Mr. Fredrickson (DCI), Bates 022446.

    i. Protocol of Intention, Bates 10800-10801.

    j. Protocol Intention Supplement 1, Bates 04154-04157.

    k. Statement of Work Requirements- Bates 03938, et seq.

    l. Letter dated December 1, 1997 to M. Blake from A. Frederickson, Bates NAV 027566.

    m. E-mail dated December 20, 1997 from Al Frederickson, Bates NAV 07561.

    n. Letter dated December 12, 2000 from Dr. Rohatgi at Brookhaven National Laboratory to Edward Archer, Bates 02841.

    o. Letter dated January 9, 2000 to Dr. Rohatgi from Herbert A. Thompson, Bates 028422.

    p. HPM Purchase Order: Agreement to Finance Certain Equipment and Service Purchases by DCI, Bates NAV 014685.

    q. Visitrak Purchase Order, Bates NAV 15681-015684.

r. Advanced Products Purchase Order, Bates NAV 003793-003796.

s. Technomet Financial Information, Bates NAV 037175-037176, 037165-037367.

t. ISO 9001 Certificate for Technomet, Bates NAV 037164.

u. Limash Purchase Order, Bates NAV 0116699-011702, NAV 011660-NAV – 11661.

v. DCB Joint Venture – Kyiv, Manufacturing and Office Personnel, Bates NAV 033448. (Exhibit 3)

w. DCB Joint Venture – Kyiv, Manufacturing Labor Costs – Die Casting and Finishing Departments, Bates NAV 033449.

71. Letter dated 9 May 1995 to Mr. Nolan Archibold, Chairman and Chief Executive Officer of The Black & Decker Corporation, from Alan C. Frederickson, CEO, Die Casters International, Inc., Bates NAV 004888.

72. Letter dated 9 May 1995 to Mr. Gary DiCamillo, President – Worldwide Power Tools, The Black & Decker Corporation, from Alan C. Frederickson, Die Casters International, Inc., Bates NAV 004889, NAV 004890, NAV 004891 and NAV 004892.

73. Composite Overview Summary dated March 17, 1995 from Die Casters International, Inc., Bates NAV 004893, NAV 004894, NAV 004895 and NAV 004896. (This was an attachment to Item No. 72).

74. Letter dated 28 July 1995 to A.C. Frederickson, Sr., Die Casters International, Inc., from Peter Walters, Director European Purchasing, Black & Decker, Bates NAV 004910 and NAV 004911.

75. Letter dated 8 June 1995 to Mr. Gary DiCamillo, President – Worldwide Power Tools, The Black & Decker Corporation, from Alan C. Frederickson, President, Die Casters International, Inc., Bates NAV 005039.

76. Notes, dated 24 Aug. 95, Bates NAV 004991.

77. Letter dated 9 January 196 to Mr. Alexander V. Pavlenko, Meridian Joint Stock Company, from Alan C. Frederickson, Die Casters International, Inc., Bates NAV 004899 and NAV 004900.

78. Letter dated 18 December 1995 to Mr. A.C. Frederickson, Die Casters International, Inc., from Peter Walters, Director European Purchasing, Black & Decker, Bates NAV 004901 and NAV 004902. (This was an attachment to Item No. 77).

79. Letter dated 18. December 1995 to Alan Frederickson Die Casters Intern., Inc., from W. Wessolleck, Black & Decker GmbH, European Purchasing Organization, Bates NAV 004939.

80. Aluminum Die-Casting Information to A. Frederickson, DCI, from Black & Decker, Bates NAV 004941 and NAV 004942.

81. Memorandum dated 5 January 1996 to Alan Frederickson – Die Casters International, from Peter Walters – Black & Decker Slough, U.K., Bates NAV 004944.

82. Confidential Memorandum dated 8 February 1996 to Chris, John, Bob, Dave, from Alan, Die Casters International, Inc., Bates NAV 004970.

83. Notes, dated 8 Feb., Bates NAV 004971 and NAV 004972.

84. Notes, dated 9 Feb. 96, Bates NAV 004969.

85. Notes, dated 23 Feb. 96, Bates 004956.

86. Notes, dated 26 Feb. 96, to John M., Bates NAV 004957.

87. Notes, Bates NAV 004958.

88. Notes, Bates NAV 004959.

89. E-Mail dated 96-08-05 from DCI Wayne to Jtomlin896, Bates NAV 004903.

90. Black & Decker Part Production Analysis – Pricing/Costs, dated August 1996, Bates NAV 004907 and NAV 004908.

91. Letter dated 5 January 1998 to Mr. Peter McLoughlin, Business Development Manager – East Europe, Lucas Light Vehicle Braking Systems, from Alan C. Frederickson, Die Casters International, Inc., Bates NAV 004655.

92. Letter dated 5 January 1998 to Mr. Colin M. Williams, Liaison Manager, , C.I.S. & Baltic States, Lucas Automotive, from Alan C. Frederickson, Die Casters International, Inc., Bates NAV 004656.

93. Notes, dated 13 Jan. 98, Bates NAV 004643.

94. Notes, dated 13 Jan. 98, Bates NAV 004644.

95. Fax dated 13 January 1998 to Alan C. Frederickson, Die Casters International, from Peter McLoughlin, Lucas/Varity, Bates NAV 004646.

96. Diagram, Bates 004647.

97. Diagram, Bates 004648.

98. Drawing/Diagram, Bates NAV 004649.

99. Technical Specification, Bates NAV 004650.

100. Memorandum dated 3 February 1998 to Alexander I. Grechuck from Alan, Bates 004639.

101. Memorandum dated February 5 1998 to Alexander V. Pavlenko (DCI) & Igor I. Slavitsky (TechnoMet) from A. Grechuck, Bates NAV 004638.

102. Memorandum dated 17 February 1998 to Alan from Alexander G, Bates NAV 004637.

103. Memorandum dated 23 April 98 to Alexander Ivanovich & Alexander Vasilovich, Bates NAV 004597.

104. E-Mail dated 98-04-28 to FBUECKEN@CSI.COM from DCI Wayne, Bates NAV 004589, NAV 004590, NAV004591 and NAV 004592.

105. Notes, Bates NAV 004593, NAV 004594, NAV 004595 and NAV 004596.

106. Memorandum dated 3 May 1998 to Alan from Alexander G., Bates NAV 004581, NAV 004582, NAV 004583 and NAV 004584.

107. Fax Transmission dated May 11, 1998 to Alan C. Frederickson, Die Casters International, Inc., from Michael-G. Hickman, Purchasing, Lucas Automotive GmbH, Bates NAV 004580.

108. E-Mail dated 20 June 1998 to Alan from Alexander G., Bates NAV 004571, NAV 004572, and NAV 004573.

109. Notes, Bates NAV 004560 and NAV 004561.

110. Notes from the Desk of Alan C. Frederickson, Die Casters International, Inc., Bates NAV 004562.

111. Memorandum dated 26 June 98 to Alan from Alexander G., Bates NAV 004563 and NAV 004564.

112. Production of High-Quality Castings in the NIS for Lucas Varity, Light Vehicle Braking Systems, Koblenz, Germany, prepared by Die Casters International, Inc., 29 June 1998, Bates NAV 004480.

113. Draft Proposal for Production of High-Quality Castings prepared for Lucas Varity Light Vehicle Braking Systems by Die Casters International, Inc. (the word "draft" is crossed-out in pen). Bates NAV 004481, NAV 004482, NAV 004483, NAV 004484 and NAV 004485.

114. Memorandum dated 98-06-29 to FBUECKEN@CSI.COM from DCIWayne (also containing handwritten notes), Bates NAV 004486 and NAV 004487.

115. Letter dated 29 July 1998 to Mr. Michael G. Hickman, Deputy to Vice President Purchasing, Lucas Automotive GmbH, from Alan C. Frederickson, Die Casters International, Inc., Bates NAV 004438.

116. Fax dated 98-07-31 from Carola.Schroeder@lucasvarity.com (Carola Schroeder) to DCIWayne@aol.com, Bates NAV 004448.

117. E-Mail and attachment dated December 14, 2000 from H. Thompson to E. Archer, A. Steely, D. Rickard, J. Connell, regarding DCI Point Paper, Bates 05916 and 059917.

118. E-Mail dated November 13, 2000 from John Connell to E. Archer, M. Bell, D. Rickard regarding DCI Resolution, Bates 05904.

119. E-Mail dated July 24, 2000 and attachment from M. Bell to E. Archer regarding DCI Determination, Bates 05858-05890.

120. E-Mail dated November 20, 2001 from Ruslan (Litmash) to H. Thompson regarding invoices, CMR, Bates 05803.

121. E-Mail dated October 10, 2001 from E. Archer to H. Thompson regarding Die Casting Equipment, Bates 5795-05796.

122. E-Mail dated November 7, 2001 from J. Wood to J. Connell regarding Kiev Storage – Geo TRI 528, Bates 06017-06018.

123. Hand notes (assumed to be B. Engh) not dated, regarding buy-out plans, Bates RE 00238.

124. Hand notes dated Mar. 11, 1996 of meeting with GM, CM, DL, JM & BE, Bates RE 00239 and RE 00240.

125. Memo dated March 12, 1996 to Tina and Chris from Bob from Bob regarding phone conversation with Chris last night, Bates RE 00311.

126. Letter dated March 18, 1996 to R. Engh from A. Frederickson regarding resignation and demand for document and property return, Bates RE 00333.

127. Confidential Nondisclosure and Trust Agreement – Russian DC Arc Furnaces – Linberg/MPH, Bates NAV 036069 and NAV 036070.

128. Letter dated March 18, 1996 to D. Clark from R. Engh regarding trip report, Bates RE 00369.

129. E-Mail dated March 5, 1996 to C. Maillefert from D. Konick re: Personal and Confidential, Bates RE 00406 and RE 00407.

130. E-Mail dated July 24, 2003 to S. Durand, N. Reich, E. Archer, K. Harsha, M. Benavides from C. Rhodes regarding Die Casters' proposed letter, Bates 06311.

131. E-Mail dated July 16, 2003 to S. Durand, D. Richard, R. Benavides from N. Reich regarding Die Casters' proposed letter, Bates 06303.

132. E-Mail dated July 15, 2003 to E. Archer from S. Durand regarding Die Casters' proposed letter, Bates 06299.

133. E-Mail dated July 15, 2003 to S. Durand from E. Archer regarding Die Casters' proposed letter, Bates 06298.

134. Fax to J. Connell from M. Palevitz regarding response to DCI, Bates 6324-6326.

135. E-Mail dated November 2, 1999 to M. Palevitz from DCIWayne (Alan) regarding Talking Point – Ukraine Partner Support & JV Formation, Bates 6441-6442.

136. Faxes dated October 25, 1999 to M. Palwitz from DCI (Alan) regarding Accomplishments, Risk Assessment and Draft Confidential $50 to $100 Million Private Placement Proposal, Bates 6386-6398.

137. E-Mail dated October 29, 1999 to M. Palevitz from DCIWayne (Alan) regarding Errata, Bates 6437.

138. Letter with attachment dated January 24, 2001 to E. Farmer from A. Frederickson regarding DCI's Defense Threat Reduction Agency Nunn-Lugar Project in Ukraine, Bates 6546-6548.

139. Letter with attachments dated January 12, 1998 to J. Bradley from A. Frederickson regarding Bradley report, Bates 6337-6339.

140. E-Mail dated December 28, 1998 to H. Cook from A. Frederickson regarding discussions with Mr. James Bradley, Bates 6335-6336.

141. Letter with attachments dated March 30, 2000 to U. Rohatgi from A. Frederickson regarding IPP Projects, Bates NAV 046113 – NAV 046121.

142. E-Mail dated March 22, 2000 to DCIWayne and Ross regarding IPP Project in Ukraine, Bates NAV 046135.

143. E-Mail dated May 2, 2000 to DCIWayne (Alan) from K. Rohatgi regarding DoD Funding – DCI Ukraine Defense Conversion Project, Bates NAV 046124.

144. Chart, Important Risk and Management Factors Operating in Ukraine and Russia, Bates NAV 034203.

145. Consolidate DCI Holding Company 5-year Financial Projections for multiple plant rollout dated October 18 and October 19, 1997, Bates NAV 034065 – NAV 034073.

146. Revised Proposal Pricing Per 1411 Audit G&A Rates dated 21 June 1995, Bates NAV 042751 and NAV 042760.

147. Summary of Costs – DCI Activity, Bates 02821.

148. TechnoMet Financial Information, 1995 – 1997, in Russian with translations, Bates NAV 037175, NAV 037176 and NAV 037165 – NAV 037167.

149. Letter dated February 8, 2000 to F. Booth from A. Frederickson regarding Joint Venture Partner – "TechnoMet" Financials, Bates NAV 037163.

150. Fax dated 23 October 1995 from DNA-AM2, Final Cost Analysis, Bates NAV 049667.

151. Faxed Memo dated July 28, 1998 to A. Frederickson from I.O. Slavitsky, Bates NAV 022446.

152. Russian Document dated March 14, 2002 regarding Direct Current Arc Furnaces to Tallin, Estonia, Bates 04561.

153. E-Mail dated November 12, 2001 to A. Frederickson from A. Grechuck re Confidentially, Bates 10611.

154. E-Mail dated June 28, 2002 to M. West from M. Palevitz regarding Burevestnik (formerly DCI defense conversation project), Bates 04571 – 14572.

155. $500,000 Cost Proposal for August 3, 1998 presentation to DSWA, Bates NAV 022382 – NAV 022384.

156. Letter dated July 22, 1998 to A. Frederickson from J. Ballentine regarding evaluation of DCB potential, Bates NAV 022444 – NAV 022445.

157. Letter with attachment dated January 15, 1998 to P. Dolan from F. Buecken regarding resume, Bates NAV 006482 – NAV 006490.

158. FAR Clause 52.232-20 Limitation of Cost (Claim Part IV, Document A).

159. FAR Clause 52.216-7 Allowable Cost and Payment (Claim Part IV, Document B).

160. FAR Clause 31.205-6 Compensation For Personal Services (Claim Part IV, Document E).

161. FAR Clause 33.208 Interest On Claims (Claim Part IV, Document G).