# In the United States Court of Federal Claims

No. 04-1113C
Filed: October 13, 2005

| | |
|---|---|
| DIE CASTERS INTERNATIONAL, INC., | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

Defendant's Unopposed Second Motion for Extension of Discovery Deadline for the Purpose of Deposing Experts, filed October 4, 2005, is **GRANTED**. Accordingly, the discovery deadline is extended until October 30, 2005.

**IT IS SO ORDERED.**

s/Susan G. Braden
SUSAN G. BRADEN
Judge