- **Mr. James Ballentine**, the former president of Hydrotherm who founded and is a current director of one of the most successful manufacturing joint ventures in Ukraine today; and
- **Mr. John Mickowski**, founder/president of TYMAC and a leading expert in control systems technology and the die casting process.

The funds required to accomplish the intent of this proposal are detailed in Part II (Cost Proposal) of this proposal. While DCI plans to establish a long-term relationship with its Ukraine partners, the use of the DNA proceeds will involve paying for the equipment purchases and services outlined in this proposal for a duration expected not to exceed the first year of operations. To allow DCI to build its working capital and to grow rapidly, but controllably, DCI plans to seek outside financing equal to 50 to 100 percent of the DNA award. After one year, DCI plans to have developed enough sales in the international markets that the DCI operations will start to be self financed. In addition, to facilitate the growth of business under this contract as well as the future growth of die cast operations throughout the CIS, Mr. Frederickson plans to raise private capital (approximately 50 to 100 percent of this award) and to acquire two companies as explained in Part V (Financial Information).

## 2. *Purpose and Layout of the Plan (Most DNA Funds Can Remain In the United States):*

The purpose of this proposal is to raise funds under the Nunn-Lugar defense conversion program to assist one to three of the Ukraine enterprises convert from a military orientation to a commercial orientation and to build on that relationship and business base to establish a growing foundation of manufacturing facilities within the CIS. While most of the funds received under this proposal will be paid to American firms (assuming "buy-America applies), the benefits of those funds will revert immediately to the joint venture partners, which is a major added benefit built into this proposal -- the funds are paid to American firms, and the benefits accrue directly to the Ukraine enterprises and to the intent of the solicitation. Unlike when funds are paid to consulting and other service firms, this proposal will benefit both American business AND the targeted Ukraine firm. The equipment purchased will be used as DCI's investment in a joint venture with the enterprises, other services supplied by American firms will provide highly skilled training programs for the enterprises, and DCI will build a marketing network for sales into Europe and the CIS that will benefit not only DCI's partners' export and indigenous business, but will also be used to export material from the United States.

This proposal layout has been designed to meet the outline requested by the solicitation and, with slight modifications, describes the design of the venture and longer term business. In addition, the proposal describes DCI's strategy and operating plan in greater detail.

## 3. *Business Description:*

The Ukraine business that will be formed under this proposal willl be comprised of three basic units:

- The die cast joint ventures with Korolev, Fiolent, and Mayak.
- A DCI wholly-owned Ukraine sales and service subsidiary, **03126**
- DCI's sales and marketing organizatition established in Europe and North America.

A basic diagram of the business flow is shown in the appendix. DCI will establish a 100 percent-owned service subsidiary in Kyiv to support and service the TYMAC systems and other equipment that DCI supports under separate agreements with the manufacturers. DCI International Sales and Marketing will promote the productive capabilities of the die cast facilities exclusively **and** of all of the other products produced by the partners general manufacturing capabilities as may be agreed bewteen DCI and the partners. Through DCI's international marketing operations, DCI will present its partners and/or the joint venture die cast operations with inquiries and new orders for product. In general, DCI will do this through its wholly-owned Kyiv subsidiary. Where new sales require die design and/or manufacturing, DCI will utilize partner's capabilities or its own USA-based or CIS-based die engineering shop (one shop can support a large number of die casting joint ventures). Die cast products produced by the joint venture(s) will be delivered to the assembly and finishing operationsin the Ukraine for value-added machining and/or plating or for assembly into end products such as small electric

appliances. DCI Ukraine will administer the transactions and will help manage deliveries and quality control prior to shipment to the international customers. Where the products are machined and/or plated, the partner's facilty will deliver the finished goods to DCI International who will then invoice and collect from the international customers. Initially, all products will be delivered to DCI Ukraine for QC and possible inventory to ensure delivery schedules.before incurring freight expenses to export the goods. Once DCI's partners have the proper production and quality control procedures in place, they will be able to ship direct to DCI International or to the customer.

DCI will assist and/or consult with its partners to help it establish its sales and marketing network, literature, promotions, etc., within the Ukraine market. In general, this will be provided to DCI's partners as part of the cost sharing aspects of this proposal.

The added value provided by the finishing and assembly operations can be substantial. As a rule of thumb, a die cast product is priced around twice the market cost of the metal used. Machining can double the price again and plating can do the same. Therefore, for a one pound aluminum part ($0.50/pound or aluminum), the die cast part would be priced around $1 ($0.50 margin), and the machined or plated part would carry a price of $2. Therefore, the greater the partner's capability to produce quality machining and plating, the greater the sales volume and profits that can be flowed through each partner's operations, especially as those operations' costs should be significantly lower than worldwide competition. The added value that can be generated by selling end-products such as small electric appliances and hand tools improves this picture even more. The more the partner's profits increase, the more everyone can reinvest in productive capacity, and the greater is the flow of die cast products that will flow through the joint venture, and everyone will win.

### *4. Products and Services -- Description and Critical Elements:*

A: Die Cast Products: Die cast products are produced by injecting molten metal (aluminum, zinc, or magnesium) into molds (dies) that are clamped together in a die cast machine. As can be seen by the attached table, "Typical Applications for Die Cast Products" (in the market section of the Appendix), the market potentials pervade almost every industry and almost every type of product. There are several critical elements in die casting that are important to control:

- Die Design/Manufacturing: The more sophisticated and high-tolerance dies can significantly reduce machining requirements and can prolong die life, all of which reduce parts costs and make the products more competitive in the marketplace. Customers can frequently provide their own dies, but most orders require the die caster to make the die and then several sample parts for confirmation that parts will meet the specifications. DCI will either subcontract this work with its Ukraine partners or will develop its own facilities. Dies can cost between $20,000 and $60,000 each with die life rated around 300,000 injections ("shots"). For multiple cavity dies, the higher die cost is spread over a greater number of pieces. Generally, customers will pay for the die design and manufacturing as a separate line item, but some customers require the cost to be allocated into the unit prices for the parts. The more refined the die, the less the machining that is required and the more competitive is the product.
- Metal Content/Alloys: Each order will specify the metal to be used, and it is important that the alloy content of the molten metal be consistent for every shot. Normally, die casters will mix ("sweeten") the metal in the holding tank and will continually check the content. Supply of the proper recycled and/or refined metals is critical for the production process to continue. In addition, production control must monitor what parts are being produced on all the machines, as they must relate to the alloy content of the common remelting furnace.
- Energy: Die casting requires energy -- for the remelting and holding furnaces and for the die cast machines. Operating expenses are enerally lower using gas verses electricity.
- Skilled Workers: Without the control system, a skilled worker is necessary to keep the machine properly adjusted so that the process variables do not change significantly shot-to-shot over the course of a day. With a control system, the worker has to be skilled in the nature and operations of the control system so that he/she maximizes the benefits that can be derived.

**B. Machining and Plating**: With the Ukraine partners' vast mechanical plant and equipment, many products can be produced. What is required will be the implementation of cost control and budgeting systems to ensure that pricing covers all costs and produces profitsand that losing products are "red flagged." The facilities also need improved production control and quality control systems, as discussed in the operating plan. Upon DCI's initial observation of the facilities, the workers and management are well qualified and, with limited training, can make the operations a very competitive plant.

**C: TYMAC Control Systems**: TYMAC has a well established base of installed systems that have proven capability to save money and to improve quality. The system monitors each shot (injection) and controls the pressure and velocity of the injection real time during each shot. Because it is a computer controlled system, TYMAC is able to remember the best injection process for a given part and can start producing quality parts on the first shot -- significantly reducing setup time and costs. TYMAC systems can control the injection process uniquely following a real-time "6-Velocity" profile, such that scrapped parts, flashing (excess material that squeezes between the die halves and thickens the part, causing each part to consume excess metal), fill time and cooling time, and input metal temperatures are all significantly reduced allowing the process to be run faster with much less energy consumption. No other control system is available that can perform as well as TYMAC. Customers have received significant operating cost savings of 30 percent and higher. (See "Key Numerical Control System Factors," in the Appendix)

A TYMAC system can be installed on most old die cast machines, as well as on new machines. However, by using a TYMAC system on a used machine, the die caster can upgrade that machine and produce higher quality parts at lower costs than if a new machine had been purchased. The capital expense for a TYMAC system is much less, and the pay back has been as low as three to six months. Strategically, because of the operating cost efficiencies and higher quality parts, die casters with a TYMAC system can gain a significant competitive advantage in the marketplace by passing the savings to the customer and/or by using the higher profits to upgrade other parts of their facilities. Many customers, like Bendix Brake Systems, actually have requested their die cast suppliers to install TYMAC systems and will readily grant the ones that do a "Preferred Supplier" status. DCI will promote this leadeship position when selling die castings.

TYMAC systems store all the important process variables for every shot, and each die cast machine control system can be networked to a central system that produces important SPC or quality control reports on demand. DCI will install modems with each system, so that DCI, from a remote location including from the United States, can monitor each system randomly to evaluate how well the machine is running, if everything is within specs, and if the system is being operated properly. In addition, the modem facility will allow DCI to service the systems and machines remotely and will improve its ability to provide cost effective maintenance services.

**D. DCI Ukraine Services**: DCI's wholly-owned subsidiary (DCI Ukraine) will be located in Kyiv and will be staffed by local nationals who will be trained to install and service TYMAC systems and to train joint venture operators in the use of the systems. The subsidiary will provide the die cast joint ventures with high quality maintenance services to ensure that the TYMAC and die cast machines are operating at their maximum efficiency. DCI Ukraine will also act as DCI's sales administration office to coordinate sales between DCI International marketing and each joint venture partner, between DCI and the die cast joint ventures, and/or between DCI and the die engineering shop. Initially, DCI Ukraine will also monitor all production for DCI against shipping schedules and quality to ensure that parts are delivered on time and within specifications. This is important to accomplish before the goods are exported and incur freight and other additional costs that can be substantial.

**E. First Year Support and Training Services**: DCI has selected two firms to provide these services and is proposing that funds be used to train each partner's personnel in basic business skills and in production control and quality control issues. For the long term viability of the partner, it is important that it becomes certified against international standards (i.e., ISO-9000) as well as against industry standards (Ford's or Audi's Total Quality Management or TQM standards). For purposes of supplying products for sales through DCI and into the Ukraine markets, the partners must upgrade executive and middle management business skills. As most of the management is well educated, it is not necessary to provide extensive, long-term training at the university level. Rather, for training purposes, DCI proposes: 03128

- That a select cadre of the partners' executives attend a concentrated course in Kyiv,

- That one person per plant receive special, short-term training in the United States after which that person will return to Ukraine to train others within each plant, supported by a cadre of professors in the United States connected to the Ukraine by E-Mail.
- That DCI will conduct in-plant seminars and provide on-the-job-training to increase the general level of business skills at each plant cost effectively and without disrupting operations.

The National Institute for World Trade has an excellent history developing training programs for foreign customers (including many for CIS professionals) and is very involved with the CIS markets. (NIWT was instrumental in founding and developing New York City's CIS/USA Chamber of Commerce.) IMAX has a long history working with American and European companies to establish the proper procedures and culture relating to high standards for production control and/or quality control. Because of the on-site nature of IMAX's work, the joint venture partners will receive significant on-the-job-training in production control and quality control working with IMAX, in addition to being prepared for ISO-9000 certification.

**F. DCI Continued Consulting Services**: Both as a joint venture partner establishing the first die cast facility as a model for future joint ventures (as in a franchise program) and as the jont venture's exclusive export distributor for the die cast products and for many other of the partners products, DCI will provide consulting services to each facility in marketing and sales, strategic planning, and budgeting. These consulting services will be provided by DCI as part of its cost sharing portion of this proposal. In addition, DCI proposes that special seminars be conducted by trained professionals, and DCI has included such as part of this proposal.

### *5. Competitive Picture:*

At this time it is difficult, at best, to define the competition for all the products that MPOVT can produce. For die cast products, DCI's Ukraine partners will have several advantages:

- Production and cost efficiencies generated by the TYMAC systems of at least 20 percent over international competition and limited number of competitors with control systems as good as TYMAC's;
- Lower cost of materials from internal sources (CIS raw materials are generally much cheaper than on the open market -- but this should stabilize over time, maybe after one or two years);
- Higher quality parts and closer tolerances once adequate die manufacturing facilities are available; and
- Lower labor and production costs for the added-value machining and plating processes.
- A focused, aggressive sales force to market its products. Most competition has cut its sales and marketing assets and budgets drastically due to cash flow and profitability constraints.

However, there are also several negatives that could make it difficult to maintain and/or increase sales:

- Freight and transportation costs are not a problem at this time, given current low costs of production. However, some products will not be competitive because of freight costs.
- Political instability in the region and internal problems involving graft and corruption are well publicized and can be a problem. As the economy stabilizes and with the attention that this program has with the defense ministry, this problem is considered a small risk. The enterprises employ many people, and DCI will work with them to promote further employment and cultural policies that should keep the work force supportive and productive.
- Threat of increased duties and cut backs on energy and/or raw materials can also be a problem. Recently, these problems have caused many industries in Ukraine to be shut down. In other cases, governments have imposed substantial duties on exports and evenimports, making the products impossible to sell. These are not unusual problems in the international markets, and DCI anticipates that good relations with the government and with each enterprise will minimize any negative impact.

DCI's strategy includes plans to minimize and/or to eliminate these negative factors.

- Risk Spreading: Once several die cast joint venture facilities are established, these risks will be spread and the negative impacts reduced significantly. For instance, if one facility has to be shut down, the dies can be moved to another facility and production continued. DCI will have a profit sharing plan that will allow the shut down facility to survive while its production is accomplished elsewhere.

- That Something Extra: Above the business relationships that DCI will establish with each enterprise and through its wholly-owned Kyiv subsidiary, DCI plans to contribute to the social and cultural environment within Ukraine and, later, the CIS. Through several programs, such as a cultural exchange project that Mr. Frederickson is promoting with the Tolstoy Foundation and a planned profit sharing program to contribute to collective farms and/or local school systems that is relatively common in the CIS, DCI will generate a positive image and reputation which should minimize any workers revolts and/or any anti-social reactions similar to the "Ugly-American image" that hurt French-American relations after World War II.

- Veterans: While not a direct part of this specific solicitation, DCI has established connections with several associations and companies that would have a very favorable impact on the demobilization of veterans within Ukraine and within the CIS as a whole. It has been DCI's intent to use demobilized officers as the management teams for each new die cast joint venture. Not only are they well trained but they also generally speak English and would bring to the DCI team a strong organization of veterans that would help solidify the overall organization of die cast joint ventures. DCI's management met with the Ukraine Ministry of Defense and discussed some of DCI's plans, such as a program to help demobilizing veterans locate and apply for job openings that match their military backgrounds. This was well received, and DCI will assist the Ukraine Ministry of Defense and the American company (Militran) that has developed this capability to implement the program in Ukraine. Other contacts that DCI will promote include associations that will work to train veterans and to improve relations between Ukraine and American veteran associations.

## SECTION TWO: THE STRUCTURE OF THE VENTURE

### *6. The Ukraine Joint Venture Partners:*

The Ukraine enterprises have good machining capabilities, but their die cast machines are mostly obsolete. Review of operations at Korolev and Mayak idicated that their management, plant assets, and engineering skills were very adequate for any job that DCI may bring to them. At Korolev, they had machining and cranes that would allow the joint venture in kyiv to remanufacture most die cast machines. DCI personnel were not able to visit Fiolent due to holiday traffic. However, the team talked with the company and with others who knew Fiolent well. All seem to be in about the same shape, with Korolev leading in plant capabilities and aggressivenes and with Mayak and Fiolent relatively the same. Becuase Fiolent is specifically trying to produce small electric hand tools, as stated in their defense conversion description, they are considered an excellent partner.

Strengths and Weaknesses, Needs Analysis and Personnel Policies: In general, it is DCI's belief that the management and work force are highly competent and well educated in all the plant facilties. Based on the experience gained through Mr. Ballentine's (a DCI director) involvement with a joint venture he developed in Belarus (a foundry operation) and on DCI's executive team that visited the facilities for nearly two weeks, a joint venture with the enterprises will be very workable and productive. When the DNA contract is executed, DCI will send a management team to the facilities to conduct a more in debth analysis of their needs and to develop a more detailed and focused business plan.

AT&T: Late last year, DCI personnel approached AT&T concerning their purchase requirements for approximately $8 million of die cast products annually. AT&T was very interested in DCI's capability to source products from the CIS and would strongly consider working with DCI once it is better established in the CIS.

Technology Transfers - Offsets: While at Korolev, DCI picked up a unique technology that Korolev ahd developed for its small electric irons and other products. The technology could replace cal rods that are used extensively in electric appliances as the heat source. Korolev's technology spreads the heat through a thin-plate technology which is a significant improvement over cal rods which rely on the die casting to spread the heat. DCI considers this an excellent improvement and is talking with several American small appliance companies to see if it is possible to "swap" technologies, effectively creating an offset program.

### *7. Installation of TYMAC Systems in the CIS and the DCI Organization:* 03131

TYMAC's products have significant value added and high gross margins. Therefore, once the first model operation is completed and once the operating procedures are "optimized," DCI plans to expand the die cast joint ventures to increase its effective productive capacity and capability to sell more products in the international markets. To facilitate such expansion and to minimize the capital outlay required by the CIS partners, DCI plans to arrange capital financing programs which will cover most upfront costs and which will create long-term annuity streams for DCI, possibly based on usage (which each system monitors, something like a copying machine). The terms of any DCI-financed sale of a control system to a CIS die caster (joint venture) will include DCI's rights to act as the exclusive worldwide distributor of their die cast products. DCI will be able to capture payments from the CIS die caster's export customers in hard currencies, netting out DCI's distributor profits and the financing payments for the capital equipment (TYMAC systems) before paying the CIS die caster.

The CIS currently has an established die cast industry and large die cast machines, most of which can be retrofitted quickly with new TYMAC systems. TYMAC and DCI will develop the controls and reporting software to monitor and manage the delivery and the quality of the CIS export products. DCI's research indicates that CIS production costs (including raw material, depreciation, capital financing, energy, labor, and TYMAC's cost efficiencies) will make CIS die cast exports extremely competitive in the worldwide markets. While TYMAC's systems remove the "black-art" involved with die casting, the CIS labor pool is very competent and will have relatively little problem upgrading to TYMAC's computerized control systems. In addition, DCI has found that

significant competitive advantages may be attained by designing and producing dies in the CIS where the expertise and skilled labor is available. The DCI team will provide training and on-going consulting services in such areas as production control and general business management to help ensure that the CIS die casters are capable of producing quality products on time and at/under cost. With the help of EVM, the TYMAC system's operator interface (instructions, screens, input/output, and manuals) will be quickly "Russianized." In addition, the systems will have built-in protection against pirating and, where DCI financing is provided, protection against non-compliance/payment.

DCI will establish a strong international sales capability for die cast products and will assist its CIS die casters to establish indigenous sales and distribution networks. Within the CIS, DCI will utilize CIS personnel to sell, install, and service TYMAC systems, to coordinate the technical sales of die cast products within the CIS and with the worldwide markets, and to inspect and "control" delivery and quality of export products before the products are shipped out of the CIS. DCI has found a very strong willingness within the CIS to work with DCI's team to modernize the CIS' installed base of die cast machines, to train CIS personnel, and to develop the indigenous and worldwide markets for CIS die cast products. DCI's strategy is uniquely suited to today's environment because the TYMAC system provides an "instantaneous" upgrade to make an established CIS industry competitive worldwide. This will allow the CIS industry to quickly develop exports and foreign exchange. Because DCI plans to establish financing mechanisms, this "jump start" would not require significant capital investments by CIS die casters as they become part of the DCI team.

### 8. *Needs of the Venture:*

Once the funds are defined and committed under this proposal, DCI will officially establish its board of directors, and executive management will be hired. The exact organization at startup will be determined by the level of funding awarded under this proposal. The organization described hereafter is based on the assumption that the full funding identified under this proposal will be awarded to DCI. Critical factors/needs include:

- The full funding is received and that the cost reimbursement schedules are acceptable.
- DCI must be able to publicize its award to improve its ability to close on $2.5 million private financing that will allow DCI to purchase two companies (see Part V of this proposal) and to build, more quickly, its international sales network and control of the overall strategy. Such additional funding will be an added benefit, not a necessity, as DCI's plans assume that the financing will not occur. Thus the additional private funds will be "gravy" where everyone can benefit. If DCI is not able to raise the additional funds, any contract resulting from this proposal will not be adversely impacted.
- The executive management personnel identified in this proposal have all expressed a strong interest to join DCI once funding is awarded. DCI will immediately pursue those individuals once the funding is received. In addition, DCI will immediately upgrade its board of directors, formalizing its agreements with the outside director-nominees identified in this proposal. DCI anticipates everyone will join the team.
- DCI has inquired about the export of equipment to Ukraine and has received positive responses from Washington. Every transaction will involve proper documentation and licensing, which is why DCI has asked Fairfield Technologies, Inc. ("FTI") to participate in the procurement and export of the equipment. FTI has decades of experience moving goods across international borders and establishing rational means to ensure collection of monies. Recognizing the cost share requirements of this solicitation, FTI has agreed to help DCI at substandard margins. In addition, DCI has reached an agreement with the owner of FTI to purchase the company. Under the same corporate umbrella (DCI will become a wholly-owned subsidiary of FTI), FTI's general products division will purchase and manage the inspection and delivery of all equipment purchased under a contract with DNA without adding any margin to the transaction (effectively cost sharing what would have been a normal 25 percent markup).

## *9. The Market:*

### A. Overview of The Die Cast Industry and Markets:

<u>The Market for Die Cast Products</u>: The worldwide market for die cast products is estimated to be between $25 and $30 billion, including The Peoples Republic of China and the CIS (which are difficult markets to approximate and which DCI does not plan to penetrate). It is estimated that the current North American and European markets for die castings are between $6 and $9 billion each and that the Latin American markets are much smaller, at $1 to $3 billion in the aggregate. Approximately 75 percent of the worldwide market demand is for aluminum castings, 10 percent is for magnesium castings, and 15 percent is for castings made from other metals and alloys. Demand for aluminum castings will increase significantly as the automotive industry (40 percent of the demand for aluminum castings) expands use of aluminum from today's 140 pounds per car to a projected 600 pounds per car in the year 2000. This increase is directly related to worldwide demand for recyclable automobiles and programs such as the Aluminum Intensive Vehicle or "AIV."

<u>The Die Cast Industry</u>: The worldwide die cast industry is highly fractionated. It is estimated that there are now 900 die casters (there used to be well over 1,000) with 14,000 die cast machines in the United States and Canada, and 1,400 die casters with 38,000 machines in Europe and Asia (not including the Republic of China which may have even more machines than Europe and Asia combined). There is a relatively smaller number of die cast operations with an estimated 12,000 machines in the CIS. Customers for die cast products include the automotive, commercial and household appliances, motorized equipment, computer, and defense industries. The market is price-sensitive, and customers generally will source up to 50 percent of their needs from off-shore suppliers, given savings of 10 percent or more. Applications involve the high volume production of complex, high-strength parts requiring combinations of smooth surface finishes, low weight, and close tolerances.

The average North American die caster does around $8 million in annual revenues and has 10 to 15 die cast machines of varying sizes. The average order is for 50,000 to 100,000 pieces at $1 to $5 each with delivery schedules extending up to two years. Tooling, set-up, and die design charges per order are $20,000 to $60,000. Customers generally pay the die caster and own the dies after samples are approved. Dies can be rebuilt to make from 150,000 to 300,000 shots (castings). Dies can be produced to make single parts or multiple parts, similar to plastic injection molding that you find in most model aircraft or similar kits. Die casters normally sell through a direct sales force or through sales representatives who generally earn three to five percent commissions. Importantly, one die cast machine can produce from $1 million to $8 million of die castings annually (the larger the machine and casting, the greater the dollar volume).

<u>The CIS Die Cast Industry</u>: The CIS market, DCI's primary target market for TYMAC's control systems and die cast joint ventures, is extensive. While the number of die casters is not known at this time, it is estimated that there is an installed base of 12,000 die cast machines in the CIS (10,000 in the "peaceful" sector and 2,000 in the old, "secret" military sector), with a large portion that could use TYMAC's systems on a retrofit basis. Nearly 50 percent of the machines are younger than 15 years old (relatively new), and well over 60 percent were manufactured outside the CIS in countries such as Italy (IDRA & Vigoralt), Czechoslovakia (SNINA), Germany (Weingarten), Switzerland, and Yugoslavia. The CIS has numerous small manufacturing operations with die cast machines. One located just outside Moscow and another located on the outskirts of Kyiv have already expressed a strong interest to install TYMAC systems on their machines. For the retrofit market, DCI's primary market, TYMAC has designed retrofit mods for many of the CIS' installed base of machines. In late October 1992, DCI and TYMAC management visited customers in the commercial sector and received very positive responses, including numerous requests for quotations. One such request was from the Kamaz foundry, the world's largest, which needed the TYMAC system to resolve a severe quality problem that would otherwise cause them to revert to a very expensive and inefficient sand casting process.

With the TYMAC system, the CIS' product quality and production costs will be controllable and will become very competitive worldwide. Current CIS die life is low (80,000 to 100,000 pieces at one major location), which can be improved with the TYMAC system and with improved production control. While CIS raw material, such as quality aluminum, is available in large quantities at relatively low costs, sourcing can be a problem. DCI's team will minimize this potential problem. There is a vast pool of skilled, computer-trainable labor available at highly competitive rates. While motivation and productivity of the labor force has yet to be determined as the CIS switches to a free-enterprise, profit-motivated system, there will be great incentive for CIS die casters to

join the DCI team and to perform because DCI will provide the training, marketing, and distribution for export and indigenous sales of their product.

B. General Market Characteristics and Facts:

1. ~~Automotive and Housing~~: Major drivers in each indigenous market is the automotive and housing markets. Because of the dominance that the automotive industry has as a consumer of die cast products, die cast industries are directly correlated to the swings in the health of the automotive industry. Housing affects die cast revenues as it reflects directly on consumption of appliance sales and of consumable goods in general (in which die casting plays a major role).

2. Automotive Demand Increasing: The demand for lighter cars to meet fuel consumption regulations is expected to increase the use of aluminum castings dramatically. In 1990, General Motors consumed over one billion pounds of aluminum, 85 percent of which was secondary, recycled aluminum. General Motors' use of aluminum in cars varied from the "J" car (75 pounds) to the Corvette (600 pounds). Honda is producing an all-aluminum vehicle (the NSX) and is promoting it as a high-performance and economical vehicle. Alcoa is working with Audi and Alcan is working with Ford Motors' Jaguar subsidiary to design and replace steel with aluminum. Alcoa's "Space Frame" is touted to have broken the economic barrier between steel and aluminum (aluminum had cost four times that of steel and had required significant reinvestment to convert the production line) by being easier and cheaper to produce. Most automakers are reevaluating the use of aluminum for engine blocks and other critical components.

3. Housing Sector Increasing: In North America and Europe, the housing sector is predicted to increase as a leader in the growth of the economy in each country. The lower cost of aluminum is expected to increase its use in the appliances and plumbing markets, with direct impact on the die cast industry.

4. Increased Need for Quality Control and Production Control: Certainly tied to the increasing demands for quality control within the automotive and aircraft industries, die casting will have to meet stricter demand for quality. As more industries try to become more economical, demand for "just-in-time" deliveries by suppliers will continue to increase. This will require suppliers to improve their production control and management to remain competitive.

5. TYMAC Systems Are Well Placed to Meet Increased Demands and Stricter Requirements: TYMAC control systems significantly improve the quality and productivity of the die cast process. The DCI joint ventures will have a strong competitive advantage to compete in the worldwide markets as these demands increase. As an example of the favorable impact TYMAC systems have, one of its largest customers in the United States, Top Die Casting, was awarded Bendix's "Preferred Supplier" award, the first such award ever awarded to a die caster, largely because of Top's use of TYMAC "Supershot" control systems. Such a status has significant impact on a die caster's ability to sell its products at reasonable margins with much less pressure to meet lower-priced competition.

6. Automotive Materials Mix: The average US automobile in 1990 used 1,405 pounds of conventional precoated and cold-rolled steel, 454 pounds of iron, 238 pounds of high- and mid-strength steel, 229 pounds of plastics and plastic composites, 158.5 pounds of aluminum, 136.5 pounds of rubber, 24 pounds of powder metal parts, 18.5 pounds of zinc die castings, and other materials adding to a total average weight of 3,142 pounds. Because of the recycling problems faced by plastics and plastic composites, those materials are expected to diminish in usage -- reversing a past trend that had cannibalized use of aluminum and zinc materials. The material mix in European and Japanese cars has been and is expected to continue to have more aluminum and zinc content than the American car, even as the use of aluminum is forecast to approach an average of 600 pounds by the year 2000.

C. Die Cast Market Details:

1. Profile of the Installed Base of North American Die Cast Machines: Based on information from the North American Die Casters Association (NADCA) and a survey of 488 companies conducted in 1990, the following depicts the installed mix of die cast machines by type and size (measured by the clamping force in tons). In 1990, there were an estimated 1,100 companies in North America.

**Profile: North American Die Cast Machine Installed Base**

(Number of Machines for 488 Companies)

| | Machine Tonnage | | | |
|---|---|---|---|---|
| Type of Machine | 1 - 399 | 400 - 600 | 800 - 1000 | Over 1000 (1) |
| Aluminum (Total) | 243 | 1,831 | 790 | 426 |
| Over 10 Years Old | 166 | 1,402 | 442 | 270 |
| Zinc (Total) | 1,045 | 558 | 73 | 36 |
| Over 10 Years Old | 819 | 461 | 61 | 11 |
| Magnesium(Hot, Total) | 38 | 3 | .0 | 0 |
| Over 10 Years Old | 28 | 0 | 0 | 0 |

Note: (1) Includes machines whose tonnage is unknown

03135

2. Machine Mix in the CIS: DCI has a survey of 48 Commonwealth peaceful-sector die cast manufacturers serving the five major CIS automobile manufacturers and serving factories producing engines; producing agricultural tractors, combines and machinery; and producing electrical tractor equipment. In 1990, those die casters manufactured nearly 160,000 tons of castings from aluminum, zinc, magnesium, and copper alloys. They had 1,300 die cast machines, 80 percent producing "cold" castings (i.e., aluminum castings) and 20 percent producing "hot" castings (i.e., zinc castings) with pressure of 5 to 3,000 kn. Seventy percent of the die cast machines were imported from companies such as Vigoralt, IDRA, Italpress, and MGP-SU (Italy); Weingarten and Woltan (Germany); Burler (Switzerland); SNINA (Czechoslovakia); and Litoystroy (Yugoslavia). DCI's control systems have already been installed on many of these companies' machines. The average age of the imported die cast machines in the CIS is less than those found in North America. Of 78 percent of the machines surveyed, the spread of the ages were:

| | |
|---|---|
| - Under 10 Years | 22% |
| - Between 10 and 15 Years | 25% |
| - Between 15 and 20 Years | 23% |
| - Over 20 Years | 8% |

3. Negative CIS Characteristic: One major, negative characteristic relating to the CIS installed machine base is the fact that proper maintenance and upkeep of the machines is seriously lacking or nonexistent. Items like adequate (or any) spare parts, filters, and a consistent supply of clean pneumatic oils are extremely difficult to obtain in the CIS markets, even for major facilities such as the Kamaz truck foundry, Minsk Computer Production Amalgamation in Belarus, and for each of the Ukraine enterprises. Of nearly 50 die cast machines at the three companies in Ukraine, only one was determined to be suitable for upgrade. Al the rest were old Russian manufactured machines, many without drawings or spare parts. In addition, operating procedures and proper die maintenance are generally inadequate. While these are negatives, DCI will ensure that its joint venture operations are adequately maintained and operated through its in-country service subsidiary. For one, DCI will provide a strong preventive maintenance program to all of its

operations and will stock the necessary spare parts that have generally been missing throughout the CIS..

4. The North American Market: Attached is an article, "NADCA Annual Industry Forecast" by Robert Hegel, President of NADCA, which highlights the North American markets and provides some insight to forecast market trends and growth areas. In summary, the market declined significantly from 1989 through 1991 and is expected to recover fully back to the 1989 levels this year. Several other articles are attached which highlight the nature of the markets and some of the current trends.

5. Average North American Aluminum Shipments Have Significant Value Added: Referring to Robert Hegel's article and extracting some of the numbers from the bar graphs (approximations of the dollar and weight volume of aluminum shipments) indicates that the average die cast product shipped from North American die casters includes significant value added, based on the normal rule of thumb that an unfinished die cast product is approximately twice the market price of the aluminum content. Assuming aluminum prices in the past of $.8o/pound, the unfinished die cast product would be $1.60/pound. In 1991, the value added and charged would then be three times that price estimate. This is significant as DCI's and its Ukraine joint venture's competitive edges are increased as machining and plating processes are included in the part specifications. It is another reason to ensure that all of the partners' machine facilities develop proper production control and quality control procedures (part of DCI's proposal).

| North American Shipments | 1989 | 1990 | 1991 | 1992 | 1993 |
|---|---|---|---|---|---|
| Aluminum $ Shipments ($Billions) | $4.6 | $4.2 | $3.8 | $4.7 | $5.0 |
| Aluminum Pounds Shipped (Millions) | 950 | 920 | 800 | 930 | 990 |
| Estimated Average $/Pound Shipped | $4.8 | $4.6 | $4.8 | $5.1 | $5.1 |

6. North American Markets Reaching Under-Capacity for Automotive Castings: According to a 1993 article by K. Kirgin of Stratecasts, Inc., published in *"Modern Casting"* in 1994, if the consolidation in the North American die cast industry continues, the industry will reach an under-capacity situation for many automotive castings, and capacity will have to be increased or more material will have to be supplied through imports. The expanding export market for American die castings increases this under-capacity problem. This is a very important development for DCI, as it will open markets for product here, without displacing American producers.

7. European Die Casting Markets: Based on a recent paper presented by two members of the European Pressure Die Casting Committee Secretariat in the UK, the volume of castings has mirrored the economic growth in each country. Over the past 20 years, aluminum has grown at an average annual growth rate of 4.4 percent, mostly in the German and Italian markets (66 percent of demand is sourced from these two countries). Zinc production has been relatively level, with Germany and Italy dominating with 50 percent of the production in Europe. Aluminum production is closely tied to the automotive industry, except that aluminum die casting production outpaced the growth in automotive production nearly five times, reflecting the increasing use of aluminum over other materials in European automobiles. Approximately 70 percent of European aluminum die castings are for automotive applications. On the average, zinc die casting is less dependent on the automotive markets (25 to 30 percent of production is for automotive applications), where the housing market demand involves a greater percentage of zinc alloys. The table and two graphs on the next two pages (taken from the above referenced paper) depict the relative strength and growth of the key European markets for die casting.

8. Other Important Market Trends and Facts, taken from the same paper in *"Modern Casting," include:*

   a. Demand for castings for the aircraft industry will remain relatively stable, despite the cuts in defense spending.

   b. Photocopying equipment used 15,000 tons of aluminum castings (die and sand castings) in 1992. This is expected to remain stable.

   c. Casting shipments for the computer industry are expected to rise from 95,000 tons in 1992 to 130,000 tons by the year 2002, with a majority of the increase related to the PC markets.

   d. Low-pressure permanent molded aluminum wheels will grow to 15 million tons a year and by 1998 will be on 35 percent of American cars and light trucks.

   e. Production of cast aluminum heads will reach 10 million heads a year by 1998.

   f. Aluminum engine blocks will be specified on 30 percent of total blocks made in 1998, up from an estimated 10 percent in 1994.

   g. Aluminum is the material used for virtually all American-produced pistons and transmission casings.

9. Indigenous Ukraine and CIS Markets will experience a tremendous increase in demand for die cast products as the economies of each country and the overall region stabilize and expand.

   a. The automotive, truck, and farm machinery/vehicle industries in the CIS can be expected to lead the CIS's development of its export markets. These increases will lead directly to increased demand for die cast products that are cost effective and high quality -- an area that DCI joint ventures will dominate.

   b. Demand in the CIS housing sector will also require greater die cast productivity, both through the need for items such as plumbing and electrical fixtures and through secondary market effects such as increased demand for small appliances and machinery as consumers enter the new housing markets.

   c. Few die cast facilities will be as well prepared to provide cost effective, consistent, high-quality products as DCI's joint ventures will be. Few facilities will be as well prepared to produce machined and plated finished products as the teaming arrangements will provide in Ukraine. This will be especially true in industries requiring high quality and tight tolerances such as in the automotive and high-tech industries that will grow within the CIS as mentioned above.

6. Continued Orders: Once the production process is operating, new orders and/or releases will be "automatic." What can hurt the follow-on business is a decrease in quality, a problem delivering parts on time, or some other failure in the production/delivery system. This is another reason the Ukraine companies and DCI must establish its production and quality controls early, as having repeat customers and repeat orders is "the bottom line." It only takes one mistake to kill a positive reputation, so DCI and its subsidiary operation will be constantly monitoring the production process. Once TYMAC systems are installed, this will become an easier task.

**C. Target Customers**: "High-tech" products such as those specified for critical components in the automotive or aircraft industry, such as brake components, require sophisticated die design and manufacture as well as highly accurate follow-on machining. Initially, this will not be available, but DCI's proposal includes the purchase of equipment that will allow the Ukraine companies and DCI's joint venture to produce such dies and machined parts. Until that equipment is delivered and operating (nine to twelve months), DCI will target the appliance and fixtures markets, developing its relations in the higher-tech markets carefully. Because die cast products impact so many markets and industries, it is unrealistic to include specific customers in this proposal.

**D. Representative Network**: The main thrust of DCI's sales of die cast products will be through a network of representatives that it will establish within the first six months after contract award. This network will be focused on the European markets and will be the primary responsibility area in which to develop customers and to close orders. DCI will establish a European office with a regional manager, most likely in Germany and, possibly, in the United Kingdom. This office(s) will be responsible for managing the European sales network as well as for coordinating die design projects and product deliveries within the region. Mr. Frederickson has extensive experience establishing these types of networks and will be responsible for this activity.

### *10. Competition:*

One of the major reasons Mr. Frederickson selected the die cast industry, TYMAC, and the defense conversion program in the CIS, is the fact that the worldwide die cast industry **DOES NOT HAVE** any major competitors. It is a small "cottage" industry that has been living through a severe depression in the market. Because of the multitude of die casters fighting for business, customers have been able to squeeze prices to the bone. Some die casters are happy to just cover their direct costs. The industry where these adverse supplier policies have been the worst is the automotive market -- the largest market for die casting. This has caused many die casters to close shop or stop all capital equipment purchases. Therefore, few die casters have been able to upgrade their equipment with new machines and/or control systems. Those capital equipment decisions will continue to be postponed until the market shakes itself out. These conditions have impacted all regions, not just the United States.

Because of this, DCI expects limited competitive activity, as DCI will be able to pick and choose those niches that DCI can penetrate relatively competitor free. Because the market is huge ($16 to $20 billion), it will not take much for DCI to capture significant business. The critical element will be that the DCI team can properly establish the costs of production and distribution, a skill which DCI has and which will be upgraded at its partners' facilities as part of this proposal. Holding market share will require all members of the team to produce reliable, high quality parts consistently and on time, something this proposal will help build, and to be sure that products and services are not oversold.

The competitive situation is truly unique, and the window of opportunity for "competitive-free" market penetration will stay open for another two or three years. After that, DCI expects that the consolidating die cast industry will begin to generate several larger die casters that can become a threat. Because DCI will be working with TYMAC controls, those manufacturers will still be at a disadvantage re production costs and quality control.

As has been mentioned, since Mr. Kuhlman wrote that memorandum, we have found a very intteresting technology that should be vialble here. DCI will sond out several companies carefully and will work wit Korolev to seek protection under our patent laws. Based on the experience of DCI's executives, there are many other technologies in the CIS just waiting to be discovered and commercialized.

E. Sales Plan and Critical Factors:

**A. Timing - The Initial Sales Activities**: Initially, DCI will focus on the intemal structure of the operations and on the establishment of the joint venture and DCI's wholly-owned subsidiary in Kyiv. Once these programs are well underway and once the key executives have been hired in DCI, DCI will begin to market products that can be produced by DCI's partners without additional investments. It is unlikely that this will occur until after the second month after the official start date. The idea will be to sell products that the partners can manufacture with their current structure and that will be acceptable in the international markets. DCI will work with them to establish a realistic plan to seek those markets and to begin the sales activity. It is unlikely that these sales activities will involve the standard die cast sale, including die design and sample production/approvals. Rather, the activities will involve selling current items that might be acceptable in Europe or even in other areas in the CIS and will involve establishing better pricing and distribution channels for those items. DCI will consult with its partners to help them establish appropriate indigenous sales and distribution channels in Ukraine and the CIS.

**B. Typical Die Cast Sale**: A typical sale can take many forms, but the following is considered average. In general, a sale with a new customer will take three to six months. Repeat sales take much less time and effort.

1. Door Opener: Customers will evaluate past performance (sample products) and current production capabilities. This is generally done at the customer's plant as the door opener. For the first year or until the market has been adequately penetrated and DCI's reputation established, DCI will promote sales by promising lower prices and dependable delivery. Because of the cost advantages explained previously, DCI will be able to price its products 20 percent below current average market prices. At these levels and with DCI's 20 percent distributor margins, the Ukraine company can still make a profit on its value-added production, and the joint venture can make profits producing the original castings.

2. Drawings, Pricing, and Die Design/Manufacture: DCI will send drawings to its die design and manufacturing engineering shop (hopefully with one of the partners, ie. Korolev) to establish the cost estimates for the dies and for actual production of the parts, once the die is built. The estimates to design/produce the dies are then quoted to the customer along with a pricing quotation for the actual parts, to be produced according to a schedule provided by the customer. In some cases, the customer will have its own dies and will provide them to DCI once a contract/order is agreed.

3. Samples: If DCI produces the die, after the terms of an order are established and agreed, DCI will produce a small sample of parts using the dies it produces. In some cases when the customer supplies the die, it may be necessary to produce samples first, before producing the larger quantities. Generally, it will take up to three months to produce a die and a week to produce the samples.

4. Releases: Once the customer accepts the samples, the customer will release orders for production against the customer's total requirement. Generally, a releases could be for several hundred thousand parts over a period of 12 to 18 months.

5. Buffer Inventory: Some customers want to recognize deliveries and pay for product on a "just-in-time" basis. One such customer at the "extreme," Bendix, requires three months inventory held at its facilities after which they pay on a 30-day basis as product is then pulled from the inventory. Bendix can demand this, as it purchases tens of millions of die cast products annually. This type of policy increases the joint venture's and DCI's need for working capital while minimizing the customer's working capital needs. Once a long-term reputation for quality and on-time deliveries is established, DCI will reduce those demands with those customers.

**D. Internal Market Analysis:**

The following is a copy of an internal memorandum based on the initial investigations about DCI being able to source and work with North American die cast customers. We have been very careful not to generate significant interest with potential customers at this time. To do so before an award is known would seriously damage DCI's image and its personal relationships within the marketplace. In summary, DCI will have an excellent edge to source products for North American customers, especially in competition to current foreign sources. In addition, the opportunity to promote DCI's partners for technology transfers and private labeling of American products is real, and DCI will pursue those opportunities at the same time it is trying to sell its die cast manufacturing capabilities.

September 15, 1994

TO: Alan Frederickson
FROM: Dave Kuhlman, Vice President of Sales

In anticipation of a favorable contract award that will allow us to develop die cast production facilities in the former Soviet Union, I have made numerous inquiries with potential customers. Thus far, the responses have all been very positive. In general, I found the following characteristics:

- Few current foreign sources have the consistent high-quality production and dependable delivery that the market requires.
- Customers are constantly reviewing new sources of diecastings that can maintain world-class quality.
- Most customers recognize the advantages that numerically controlled die casting can produce and would like to develop relationships with us, once we have the productive capacity to produce product to meet some of their demand.
- All seem willing to provide the drawings and orders to test our capabilities. I found few who would not source from us because our facilities would be located in the former Soviet Union.
- Our international service capabilities open doors for us to assist them in other ways, including selling their products in Europe and in countries like Russia.
- While I spent most of my time inquiring about potential interest from customers that produce low-technology, relatively simple products, I talked with several automotive customers. They expressed a very strong interest to source portions of their need with us. They are increasingly becoming disenchanted with their current off-shore sources.
- Current die cast sources have been having great difficulty supplying the required quality as many are laboring to expand their die casting technology and to upgrade their equipment. Die cast competition that had the capital resources to bring in new technologies several years ago are doing much better today.

One specific example involved several die cast customers that produce small appliances for the United States consumer markets.

- All have excellent reputations and are well known.
- They seem to be very receptive to purchasing diecastings from our sources.
- Their die cast requirements are quite simple/low-tech. We will have few problems producing consistent quality castings for them, especially where we employ the TYMAC control system.
- Each indicated that they would like us to help them enter the markets in the former Soviet Union as well as, in several cases, in the European markets. This would be an excellent opportunity for us and for our partners, as we could supply the United States customer with die castings and then export their higher-value products to Europe and to the former Soviet Union through our sales network.
- They seemed quite receptive to our helping develop partners for technology transfer opportunities and for private labeling through (with) our contacts in the former Soviet Union. This would be an excellent opportunity for our partners (Kyiv Computer), as we could help Kyiv Computer upgrade their product lines to penetrate the markets over there.

### *11. Sales Expectations:*

Not to sound frivolous, but because of the nature of the market and the tremendous capital restrictions imposed on competition, DCI expects that it will be able to sell -- within the international markets -- at least 50 to 75 percent of the productive capacity that it can establish in the CIS. Mr. Frederickson, Mr. Kuhlman, and several members of the board of directors have vast experience in these markets, in developing sales/distribution networks, and in generating sales. Given an award as requested in this proposal, DCI will be able to establish the sales and distribution network that can easily sell (book new orders) the full capacity of the joint venture within one year following its establishment and the installation of TYMAC systems.

<u>$9 Million Die Cast Bookings by the Second Year and $13 million End-Product Sales</u>: Each of the facilities will have four TYMAC installed machines at the end of the first year. Based on an average of $2 million of productive capacity per machine, each joint venture will have the capability to produce at least $8 million of die cast products annually beginning in 1996. On an aggregate basis, DCI will have $24 million of productive capacity avaliable that will be competitive worldwide. Starting approximately four months after contract award, DCI will be able to begin booking new orders, subject to the successful implementation of the TYMAC systems. However, DCI will not sell the full capacity of the die casting facilities, as that is not the strategy. Rather, DCI will begin to sell end-products that consume the joint ventures die cast products. The joint ventue will stilll recognize the sale, and DCI and its joint venture partners will benefit by the higher sales volume and profits inherent with end-products. Assuming that the above scenario develops and that the combined joint ventures are able to reach 50 percent capacity in die cast sales and that 25 percent of that goes to end product sales at the sames ratio of die cast slaes to end product sales (approximately 3-to-13 as described inthe attached small appliance market study), the combined operations would reach $13 million in end product sales and $9 million of die cast sales ($3 millionn becoming part of the costs in the end-product sales).

This does not include the sales potential from the remanufacturing business. Until DCi can truly evaluate this, it si extremely difficult to predict any meaningful numbers.

If some portions of this proposal are not accepted, these forecasts would have to be adjusted. Because many of the critical aspects that are necessary to maintain a customer base and that are necessary to expand sales rely on the Ukraine partners' and the die cast joint venture's abilities to produce products on time, at cost, and with maximum, consistent quality, it is critical that the facilities be upgraded and that the personnel be trained properly -- all part of this proposal. It is also critical for DCI to rapidly ramp up its sales operations to be able to bring in the bookings. DCI's purchase of FTI and its plans to obtain additional financings equal to at least half of the DNA award, will allow DCi to accomplish its tasks. It will be difficult, but the DCI team is a strong team of capable individuals who all are not afraid to roll up the sleeves and get dirty.

### *12. Technical Development Requirements:*

In order to implement this plan to form a joint venture with the Ukraine enterprises and team with them to sell products internationally, there are several functions that must be accomplished:

1. TYMAC must accomplish some reengineering and administrative tasks. Each of these has been incorporated in the proposal's operating plan and costing. The work will be accomplished in parallel with the manufacturing of the TYMAC systems.

   a. TYMAC must inspect the seven die cast machines further to design the proper interface between its control system and the hydraulic systems of each machine. TYMAC must then manufacture the components to fit the machines. TYMAC has vast experience in this area, having done this for many European and American machines. Mr. Mickowski's will visit each facility to do an indepth analysis of the machines and potentials for remanufacturing.

   b. TYMAC's manuals and software must be converted to the Russian language. Through EVM, DCI has identified parties to accomplish this for TYMAC.

c. TYMAC must redesign its hardware and computer network to provide a modem capability. Included in this effort will be safety features requested by DCI for security and operating purposes.

2. DCI will act as the purchasing agent to acquire four remanufactured die cast machines to replace four Russian-built machines that are no longer working. DCI discussed the capability to perform the remanufacturing in Kyiv, and both Korolev and DCI determined it was could be possible. Therefore, While DCI plans to purchase remanufactured machines, preferably from American sources, based on a competitive bid process, it may be possible to locate used machines and have them rebuilt at Korolev. Sample quotations depicting the market for used and rebuilt machines are included in the Appendix. DCI will work on a budget basis, procuring the equipment within agreed limits. Based on TYMAC's and FTI's experience, the budget established should be adequate to purchase, inspect, deliver, and install the four machines. This will be repeated for the other two companies, depending on the funding level provided by DNA.

3. All equipment purchased will have to include manuals and documentation in Russian. DCI will work with its partners to ensure that the equipment can be properly maintained and supported. In addition, the purchases will include the proper training for the Ukraine facilities and personnel, as well as for DCI's subsidiary personnel should DCI contract with the suppliers to support/maintain their equipment.

## *13. DCI's People and Organization:*

DCI has brought together a team of experts who will provide the specialized services needed to accomplish the goals and objectives of this proposal. DCI has the exclusive rights to market and sell TYMAC controls systems in the CIS and Finland. To provide free enterprise and business management skills training for indigenous CIS die casting industry personnel, DCI has teamed with IMAX, with the Institute for International Commerce (I-COM) and with the National Institute for World Trade (NIWT). To help locate and evaluate key CIS personnel for training and employment with the CIS operations, DCI plans work with Militran to help Militran install its personnel and job location systems in the CIS. To convert the software and operating systems for use in the CIS, EVM Systems, Inc. (owned by Dr. Michael Bergelson, a Russian-born and educated, U.S. entrepreneur with a Ph.D. in computer science) will work with DCI to "Russianize" TYMAC's systems. In addition, DCI plans to work with Veterans, Entrepreneurs, and Trading Services, Inc. (VETS) once it is formed. The following company highlights describe DCI and each of DCI's team members.

__Die Casters International, Inc__.: A newly formed New Jersey corporation, DCI is a result of a three-year effort by Mr. Frederickson and his previous company The BDC Group, Inc. ("BDC," a 10-year-old company providing business development consulting to new ventures and to small businesses). Mr. Frederickson, sole owner of BDC and DCI, BDC was responsible for establishing the concept and initial funding for this project. DCI was formed to be the operating entity that will manage the development of the CIS die cast industry, and Mr. Frederickson plans to dissolve BDC. To market, sell, and service TYMAC systems and related products within the CIS and to market, sell, and service die cast products produced by the CIS die cast operations, Mr. Frederickson brought together a strong management team and board of directors that will form the nucleus of DCI. DCI will act as the prime contractor for this project, coordinating all activities of the partner organizations listed below. A prestigious group of business executives have been nominated and have agreed to serve on DCI's Board of Directors and on its Advisory Board once the grant funds are awarded.

➢ __Mr. Alan C. Frederickson__, Chairman and CEO. Mr. Frederickson is the sole owner and president of The BDC Group, Inc. and of DCI. He was an international executive with the Bendix Aerospace and Electronics Group and with Aviquipo, Inc., where he was chairman/director of five European Sales/Service subsidiaries. He has a BSME from Norwich University, an MSME from Carnegie Mellon University, and an MBA from the Harvard Graduate School of Business. Mr. Frederickson was a First Lieutenant in the United States Army during the Vietnam era. Mr. Frederickson will devote his full time to DCI.

➢ **Mr. Vladimir Hintze**, Director-nominee and Regional Vice President. Mr. Hintze, founder and president of Hintech International, is an experienced international executive and a specialist in the former USSR and CIS. Prior to Hintech, he worked for Phillipp Overseas where he participated in the sales and service of large capital equipment to major customers, such as the Kamaz truck facility. Mr. Hintze is fluent in Russian & German. He has a BS in Applied Chemistry from the University of New South Wales and an MBA from Fordham University. Mr. Hintze will devote his full time to DCI.

➢ **Mr. James Ballentine**, Director-Nominee. From 1979 until he sold the company in 1991, Mr. Ballentine was president of Hydrotherm, Inc. He has extensive general management and engineering experience in the casting industries. Recently, he negotiated and established a joint venture foundry in Kyiv, Ukraine, and has been instrumental in its successful startup. He holds a BSME from the University of Virginia and an MBA from the Harvard Graduate School of Business. He is a veteran U.S. Navy officer.

➢ **Mr. Richard S. Hickok, CPA**, Director-Nominee. Mr. Hickok is president & founder of Hickok Associates. He was the chairman of KPMG/Main Hurdman, now KPMG Peat Marwick, is a director with Marsh & McLennan Companies, Inc. and with Dollar Dry Dock Bank, and is, or was, director of numerous other corporations. He was a former U.S. Navy officer and graduated from the Wharton School of Business and Finance.

➢ **Mr. John Mickowski**, Director-Nominee. Mr. Mickowski is founder, chairman & CEO of TYMAC Controls Corporation. He has over twenty years experience and is a recognized specialist in the die cast industry. Mr. Mickowski holds numerous patents and received his BSEE and MSEE from Stevens Institute of Technology, where he also served as professor of mechanical engineering.

➢ **Mr. Spencer Ross**, Director-Nominee. Mr. Ross is founder and president of the nonprofit National Institute for World Trade. He was the vice president of marketing for Sperry Electronic Systems, the president of Bendix International Services Corporation, and the general manager of The Bendix International Marketing Operations. He is the chairman of the World Trade Council of the Long Island Association and is founder/vice-president of the newly formed United States-Newly Independent States Chamber of Commerce and Industry.

➢ **Mr. Jules Zimmerman, CPA**, Director-Nominee. Mr. Zimmerman is the president and CEO of Hickok Associates. He was the CFO of Avon Products, Inc. as well as a partner with Hurdman and Cranston (now KPMG Peat Marwick) where he led Hurdman's European practice. He is a trustee of Green Point Savings Bank and has served on the Washington-based Private Sector Council's CFO Task Force. Mr. Zimmerman is a U.S. Army veteran.

➢ **Michael Bergelson, Ph.D.**, Chairman of the Advisory Board. Dr. Bergelson is president and founder of PaceArt, Inc., a manufacturer of PC-based electrocardiogram and pacemaker monitoring equipment. He is also the president and founder of EVM Systems, Inc., an exporter of Russian/English IBM compatible PC's. Born and raised in Moscow, Dr. Bergelson holds an MSEE from the CIS' Riazan Polytechnic Institute and a Ph.D. in computer science from the Moscow Aviation Institute. He also holds numerous Soviet Union patents.

03143

Other personnel who have agreed to become part of DCI's management team include:

➢ **Mr. Bernard Skown** (53, Executive Vice President). Mr. Skown is a consultant with BDC who has extensive production management, industrial manufacturing, and international expertise. He has been President/owner of a small paint finishing company and Director of Corporate Development for an international mechanical contracting and industrial engineering firm. He is a West Point and Harvard Business School graduate.

➢ **Mr. David Kuhlman** (48, Vice President of Sales). Mr. Kuhlman is a senior executive with over 25 years experience in the aluminum and zinc die casting industry, including the machining and plating functions. He has worked with a wide variety of customer requirements from the small appliance industry to the automotive industry. He is well versed in the manufacturing process and quality disciplines, including SPC, TQM, JIT, and total work cell automation. With Kuhlman Die Casting, he

has developed a 750-employee company and obtained Ford Q1 status and General Motor's certified supplier status.

The following companies and associations have agreed to participate with DCI to help accomplish the strategic goals and objectives involved with developing the die cast business in the CIS:

- **EVM Systems, Inc.**: EVM Systems was founded by Dr. Bergelson (Chairman of DCI's Advisory Board) to market and distribute Russian/English personal computers in the former Soviet Union. Dr. Bergelson has a strong background in computer science and has developed a very efficient means to interrupt signals between the input/output (I/O) devices so that the same computer could be used in Russian or English. He has a staff of programmers who will be able to work with TYMAC to convert TYMAC's systems' I/O into Russian.
- **IMAX:** Imax is a consulting firm that has an staff of consultants, each with over twenty years experience assisting and working with companies and organizations in areas of quality, service, productivity, and profit improvement. The staff has worked with over 500 companies in the United States, Europe, Finland, and South America, and is currently working on assignments in Germany and France, as well as several in the United States. One of IMAX's specialties is to help companies prepare for and become certified against various TQM and ISO-9000 quality standards. It is in this area that DCI has asked IMAX to be part of its team.
- **Institute for International Commerce (I-COM)**: I-COM is a nonprofit corporation organized to assist people in all facets of commerce by sharing successful business methods and by bringing consortia of interests together -- private as well as public -- to carry out successful international business enterprises. It has initiated and held jointly-sponsored conferences in Moscow and St. Petersburg, Russia, relating to the privatization of state-owned industries and the conversion of military facilities and personnel to civilian functions. I-COM has developed contractual working relationships with Russian/CIS military veterans associations to assist in the demobilization and retraining of former and present military personnel for productive civilian employment. It is working with the 50-year-old Tolstoy Foundation, the United Nations-funded Institute for East-West Dynamics, and consortia of American universities and private volunteer organizations that work with the United States Agency for International Development. Within this framework, I-COM's immediate goal is to design and implement a training system to teach business fundamentals to thousands of Russian/CIS veterans in America who, in turn, would utilize audio-visual aids to teach the same courses to others in the former Soviet Union. It has a distinguished board of directors representing the insurance industry, the media, academia, the United States retired military community, and government relations consultants specializing in job and economic development. In addition, I-COM is developing relationships with the Fraternal Association of Military Veterans and Reserve Officers of the Armed Forces (previously known as the Federation of Russian War Veterans), which represents approximately five million former CIS military personnel. Included on the board of directors and acting as consultants for I-COM are:

  a. **Lieutenant Colonel Hal F. Ryder**, U.S. Army (retired). Chairman of the Board. Lt. Col. Ryder was the youngest executive in the history of the Chicago and North Western Railroad. For the past twenty-five years, he has been president of his own firm, Galaxy Tours, Inc., specializing in arranging and conducting ceremonial reunions of military veterans throughout the world. He has been conducting business with the former Soviet Union and the CIS over the past fifteen years.

  b. **Donald E. Shasteen**. Director. Mr. Shasteen is the former Assistant Secretary of Labor for Veterans Employment and Training and Deputy Under Secretary of Labor for Legislation and Intergovernmental Relations. Prior to his service in the Labor Department, he served for fourteen years as an assistant to two United States Senators and fifteen years as a print/television newsman covering state government in Wyoming, Iowa, and Nebraska.

  c. **Lieutenant Colonel Thomas E. Collins**, U.S. Air Force (Retired). Director. Lt. Col. Collins served in the United States Air Force, where for eight years he was a prisoner of war in Vietnam. Lt. Col. Collins has been Assistant Secretary of Labor for Veterans Employment and Training, Air Force ROTC instructor, and executive director of Mississippi Veterans Farm and Home Board, managing a state home mortgage lending and servicing institution.

d. **Brigadier General Erle Cocke, Jr., U.S. Army (Retired)**. Consultant. Brigadier General Cocke is currently president of Cocke & Phillips, Inc., a Washington-based international consulting firm. General Cocke has held numerous other executive positions including: National Commander of The American Legion, United States Delegate to the United Nations, and Executive Director of the International Bank for Reconstruction and Development (now the World Bank). He is a consultant to the World Bank. General Cocke is a decorated World War II veteran with seven Purple Hearts for combat wounds.

e. **Ambassador John E. Upston**. Consultant. Mr. Upston is a retired United States Ambassador and former permanent member of the Untied States Delegation to the United Nations. He has also served as United States Advisor for International Organization Affairs, Executive Director of UNESCO, State Department Coordinator of Caribbean Affairs, and Ambassador to the Republic of Rwanda. Mr. Upston has been associated for many years with Countess Alexandra Tolstoy and the Tolstoy Foundation.

➢ **Militran, Inc.**: Militran is a veteran services firm that specializes in employment transition services. The company has developed a computerized data base that cross references military job classifications to civilian classifications. Militran maintains a current civilian job opening data base by region and job classification that allows military personnel to pursue those job opportunities that fit their military classification and regional preferences. Militran plans to update and transition the system for use by CIS military. The company has a prestigious board of directors, chaired by:

a. **Lieutenant General Edgar A. Chavarrie, U.S. Air Force (Retired)**. Chairman of the Board. General Chavarrie is a thirty-six year veteran of World War II, Korea, and Vietnam. His military career included service as Command Pilot, Deputy Assistant Secretary of Defense for Military Manpower and Personnel Policy, Deputy Assistant Secretary of Defense for Legislative Affairs, Special Assistant to the Chairman of the Joint Chiefs of Staff for National Security Council matters, Director of War Plans and Policy for the European Theater at Headquarters European Command (EUCOM), Nuclear Plans Officer at Supreme Headquarters Allied Powers Europe (SHAPE) for NATO, and United States International Negotiator for Foreign Military Bases. General Chavarrie also served in staff and general officer positions in programming, budgeting, procurement, and foreign military sales.

➢ **National Institute for World Trade (NIWT)**: NIWT is a nonprofit organization founded by Mr. Spencer Ross in 1986 to develop the competence in companies and in individuals for functioning in an increasingly global, interdependent, economic and cultural society. Staff members have worked and lived in over eighty countries of the world, covering many industry sectors and areas of educational needs. Some of the services offered include project consulting, project management, seminars and conferences, and internships and fellowships. NIWT recently completed a trip as a guest of the Russian Federation to discuss ways to retrain CIS military personnel and weapons scientists into peaceful pursuits and is working with the Department of Commerce to establish business training programs in the CIS. Mr. Ross is also a director-nominee of Die Casters International, Inc.

➢ **TYMAC Controls Corporation**: Founded in 1972, TYMAC designs, engineers, manufactures, and markets patented, computerized, closed-loop, real-time process monitoring and control systems for the die cast industry. The control systems greatly enhance the productivity and output quality of die cast machines using molten aluminum, magnesium, or zinc. The systems monitor all of the critical variables of the die cast process, provide accurate statistical process control (SPC), and have been installed on a wide range of international die cast machine types and sizes. Costs to produce high quality products are greatly reduced and production quality control is greatly improved when TYMAC systems are used. Principal customers include die cast manufacturers in the automotive, appliance, construction, consumer electronics, aerospace, and farm machinery industries. TYMAC will supply the systems that DCI will install in the CIS to upgrade the capabilities of the CIS die cast industry.

- **Fairfield Technologies, Inc.**: FTI is a multi-million dollar, international corporation whose principals and personnel have a prestigious long-term history in the international markets. The corporation has two operating divisions which specialize in the aerospace and electronics markets. FTI's wholly-owned manufacturing subsidiary, TIA Electric Company (TIA), designs, manufactures, and services a broad line of aircraft galley insert products such as coffee makers, ovens, water heaters, thermoelectric refrigerators, and water chillers. The other operating division, the General Products Division (GPD), distributes a wide range of products servicing both TIA's customers as well as other military, governmental, and commercial customers. FTI has field offices across the United States in the Boston, Dallas, Philadelphia, and Seattle areas as well as offices in the United Kingdom. Representatives are located in key overseas markets.

## SECTION THREE: STRATEGIC AND OPERATING PLAN OVERVIEWS

Several operating plan documents are provided in the Appendix detailing DCI's sales and marketing plans. They should be referred to in addition the the following.

### *A. Purpose.*

The purpose of this proposal is to create the genesis of a worldwide, manufacturing-based sales distribution business to begin the defense conversion process within Ukraine. The implementation plan is two fold:

- **Short Term**: Provide assistance to Ukraine joint venture partners to support their conversion form defense-related manufacturing to commercial production.
- **Long Term**: Implement a long term strategy to expand the capabilities of the joint venture partners into larger manufacturing operations with the capability to design, produce, and sell products for the internal Ukraine markets, for the regional CIS markets, and for export into the world's free market economies.

DCI's management visited the plants in Kyiv and found them to be well managed and eager to expand the use of its vast manufacturing assets to penetrate Ukraine internal and export market potentials. Korolev has been the most eager as evidenced by the attached communication. A letter of intent to form a joint venture between each of the facilities and DCI has been executed. Critical requirements for capital equipment, critically needed parts and supplies, technical and strategic consulting, and training requirements have been outlined. Based on its preliminary evaluations, DCI feels that a joint venture with each of the companies will be highly successful and will serve as a model for future programs, including DCI's growth strategy within Ukraine and the expansion of operations in other CIS republics.

### *B. Project Overview.*

03147

**1. Background**: Enterprises such as Minsk Computer in Belarus and the facilities in Ukraine have experienced catastrophic changes in their business environment, the likes of which we in the United States never experienced, not even during the Great Depression. From a highly controlled, predictable business environment, management must now reorient huge, inefficient bureaucracies to find new markets and products that, at best, allow them only to survive and maintain employment. Many companies have not only seen their business volume drop 80 to 95 percent, but they have also had to move into totally new and unchartered businesses and markets. Life is not easy, especially where management and employees had been very comfortable living under the conditions of the past.

Compared with our free enterprise markets, Ukrainesian enterprises have different motivations, such as previously mandated and currently desirable requirements to contribute funds to social programs at the detriment of "profits." For instance, Minsk Computer has been continuing to "support" nine collective farms even though their revenues have fallen precipitously. Therefore, successful awardees must be very sensitive in the approach used to assist the companies in their conversion process. For instance, on the surface it is easy to strategize that what the three companies need is to improve productivity (through automation and/or major improvements in procedures) and to "optimize" overheads through organizational restructuring. But, productivity and reorganization improvements translate to loss of jobs -- at the specific time when jobs are extremely dear and labor costs are excessively cheap.

In DCI's opinion, the companies do not need optimization today. What is needed is improved sales and margins so that each company can maintain employment as it develops new products for new, viable markets, as it penetrates those markets, and as a new infrastructure within each organization and within the economic environment is created. At the same time, training is critical now so that, when the markets develop, management will be capable of controlling the resulting growth profitably. Because management can no longer rely on well