IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIE CASTERS INTERNATIONAL, INC., Plaintiff, | ) | |
| v. | ) | No. 04-1113C (Judge Braden) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT=S SUPPLEMENTAL EXHIBIT LIST

Pursuant to the Court=s scheduling order and **&** 16 of Appendix A of the Rules of the Court of Federal Claims, defendant, the United States, respectfully files the attached supplemental list of exhibits, other than those to be used exclusively for impeachment, it may utilize during the forthcoming trial in the above-captioned matter. Defendant reserves the right to amend this list as permitted by the Court as trail preparation continues.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick.
MARK A. MELNICK
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Washington, D.C. 20530

November 14, 2005

Attorneys for Defendant

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIE CASTERS INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1113C |
| v. | ) | (Judge Braden) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT=S SUPPLEMENTAL EXHIBIT LIST

| Exhibit Number | Expert Report Number | Description | Bates | Date |
|---|---|---|---|---|
| 350 | | Letter from Alan Frederickson to John Mickowski re: Meeting of Shareholders | TYM0437 | 3/11/1996 |
| 351 | | Letter from John Mickowski to Alan Frederickson re: Tochlitmash Die Casting Machines | TYM0663 - TYM0664 | 4/8/1996 |
| 352 | | Letter from John Mickowski to Alan Frederickson | TYM0660 | 6/12/1996 |
| 353 | | Fax from Bernie Skown to John Mickowski re: project scheduling | TYM0641 | 7/11/1996 |
| 354 | | Letter from Bernard Skown to John Mickowski | TYM0282 - TYM0283 | 11/19/1996 |
| 355 | | Memorandum from John Mickowski to Alan Frederickson re: Finder's Fee, DCI status | TYM0502 | 3/14/1997 |
| 356 | | Email from Alan Frederickson to John Upston, Bernie Skown, and Vladimir Hintze, re: Mark West at DSWA/DoD | 10856 | 4/22/1998 |
| 357 | | Letter from Alan Frederickson to Alexander Vasilovich, re: Latest from DSWA | 10440 | 9/11/1998 |
| 358 | | Notes by Alan Frederickson Re: Phone Conversation with Harry Cook | NAV 027240 | 11/10/1998 |
| 359 | | Email from Edward Archer to Don Shasteen, re: RE: Our Telephone Conversation Today | 05401 - 05403 | 4/14/1999 |
| 360 | | Letter from Jay Davis to John Upston | 6361 | 4/29/1999 |

| | | | | |
|---|---|---|---|---|
| 361 | | Letter from William E B Parker,Capital Research International, to Alan Frederickson | NAV 046167 | 10/3/1996 |
| 362 | | Letter from Dick Shriver to Alan Frederickson, DCI | NAV 018953 - 018954 | 3/15/1998 |
| 363 | | Letter from John D. Nowell, DEF, to Richard L. Morningstar, US Department Of State | 03713 - 03714 | 4/13/1998 |
| 364 | | Email from Dick Shriver to Alan Frederickson, DCI, re: Credit Anstalt | NAV 018922 | 4/16/1998 |
| 365 | | Email from Dick Shriver to Alan Frederickson, DCI, re: Welcome Back! | NAV 018911 - 018914 | 5/26/1998 |
| 366 | | Letter from Rich Nordin, DEF, to John Connell re: Proposal Re: DCI Project | 03711 - 03712 | 2/20/2001 |
| 367 | | Email from Alan Frederickson, DCI, to Don Shasteen re: Private Capital - It is Not on the Table and Should Not be Put There Today | 10475 | 9/8/2002 |
| 368 | | Executed Contract (Number DNA001-95-C-0169) | 01903 - 01931 | 10/27/1995 |
| 369 | | Federal Acquisition Regulation 52.232-20, Limitation of Cost | No Bates Numbers | n/a |
| 370 | | Email from DCI Wayne to Cook PRI, re: an update. Some equipment diminsions | 01237 | 3/12/1999 |
| 371 | | Email from DCI Wayne to Cook PRI, re: Warehouse address | 01236 | 3/13/1999 |