IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIE CASTERS INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1113C |
| v. | ) | (Judge Braden) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT=S SECOND SUPPLEMENTAL EXHIBIT LIST

Pursuant to the Court=s scheduling order and & 16 of Appendix A of the Rules of the Court of Federal Claims, defendant, the United States, respectfully files the attached supplemental list of exhibits, other than those to be used exclusively for impeachment, it may utilize during the forthcoming trial in the above-captioned matter. Defendant reserves the right to amend this list as permitted by the Court as trail preparation continues.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick.
MARK A. MELNICK
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Washington, D.C. 20530

November 15, 2005

Attorneys for Defendant

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIE CASTERS INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1113C |
| v. | ) | (Judge Braden) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT=S SECOND SUPPLEMENTAL EXHIBIT LIST

| **Exhibit Number** | **Expert Report Number** | **Description** | **Bates** | **Date** |
|---|---|---|---|---|
| 372 | | Deposition of Alan Frederickson | | 7/22/2005 |
| 373 | | Deposition of Alan Frederickson | | 10/14/2005 |
| 374 | | DCI Memorandum from David Konick to A. Frederickson re: DCI's Business Plan | TYM0450-0456 | 3/6/1996 |
| | | | | |