IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIE CASTERS INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1113C |
| v. | ) | (Judge Braden) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT=S THIRD SUPPLEMENTAL EXHIBIT LIST

Pursuant to the Court=s scheduling order and & 16 of Appendix A of the Rules of the Court of Federal Claims, defendant, the United States, respectfully files the attached third supplemental list of exhibits, other than those to be used exclusively for impeachment, it may utilize during the forthcoming trial in the above-captioned matter. Defendant reserves the right to amend this list as permitted by the Court as trail preparation continues.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick.
MARK A. MELNICK
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Washington, D.C. 20530

November 16, 2005

Attorneys for Defendant

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DIE CASTERS INTERNATIONAL, INC., )
)
Plaintiff, )
) No. 04-1113C
v. ) (Judge Braden)
)
THE UNITED STATES, )
)
Defendant. )

DEFENDANT=S THIRD SUPPLEMENTAL EXHIBIT LIST

| Exhibit Number | Expert Report Number | Description | Bates | Date |
|---|---|---|---|---|
| 375 | | Deposition of John M. Tomlinson | | 10/29/05 |
| 376 | | Memorandum For: Mid-Atlantic Northern New Jersey Branch from Edward Archer | 01789 | 10/18/00 |
| 377 | | Memorandum for Defense Threat Reduction Agency, Attention: Mr. Herbert Thompson, Contracting Officer | 01778 | 11/17/00 |
| 378 | | Letter to Ms. Regina Hanel from Alan Frederickson | 01780 | 1/3/01 |
| 379 | | Memorandum for the Record from Herbert Thompson | 01685 | 12/22/00 |
| 380 | | Memorandum for Defense Threat Reduction Agency, Attention Herbert Thompson, Contracting Officer | DCAA00494-00495 | 1/11/01 |
| 381 | | The BDC Group, Managerial and Technical Consulting Specialists | NAV 019483-019506 | 7/22/2005 |
| 382 | | Letter to Board of Directors from C.W. Maillefert | RE00330 | 3/15/96 |
| 383 | | Letter from Alan Frederickson to John Mickowski re: Meeting of Shareholders | TYM0437 | 3/11/96 |
| 384 | | Letter from John Mickowski to Alan Frederickson re: Tochlitmash Die Casting Machines | TYM0663-0664 | 4/8/96 |
| 385 | | Letter from John Mickowski to Alan Frederickson | TYM0660 | 6/12/96 |
| 386 | | Fax from Bernie Skown to John | TYM0641 | 7/11/96 |

| | | | | |
|---|---|---|---|---|
| | | Mickowski re: project scheduling | | |
| 387 | | Letter from Bernard Skown to John Mickowski | TYM0282-0283 | 11/19/96 |
| 388 | | Memorandum from John Mickowski to Alan Frederickson re: Finder's Fee, DCI status | TYM0502 | 3/14/97 |