# In the United States Court of Federal Claims

**04-1113**

**Filed: November 21, 2005**

**DIE CASTERS INTERNATIONAL, INC.**

**v.**

**THE UNITED STATES**

**Transcript of Proceedings (4 Volumes) Taken at Washington, DC**
**Before Judge Susan G. Braden on November 14-17, 2005**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 219-9657 between the hours of 8:45 am and 5:15 pm Eastern time.