# In the United States Court of Federal Claims

No. 04-1113C

Filed: December 19, 2005

*************************************

DIE CASTERS INTERNATIONAL, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

*************************************

**POST-TRIAL SCHEDULING ORDER**

The court hereby orders the following post-trial briefing schedule. Plaintiff's Post-Trial Brief is due on or before February 3, 2006. Defendant's Post-Trial Brief is due on or before March 3, 2006.

**IT IS SO ORDERED.**

s/Susan G. Braden
**SUSAN G. BRADEN**
**Judge**