**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**DIE CASTERS INTERNATIONAL, INC.,**

Plaintiff,

- against -

**UNITED STATES OF AMERICA**,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**NO. 04-1113C**
(Judge Braden)
Notice of Change of Address

**PLAINTIFF'S COUNSEL'S NOTICE OF CHANGE OF ADDRESS**

Pursuant to Rule 83.1 (c) (3) of the Rules of the United States Court of Federal Claims, Gary Marcus, The Attorney of Record for the Plaintiff hereby gives notice of his change of address. Gary Marcus' new address is:

Gary Marcus, Esq.
Gary Marcus, Attorney at Law P.C.
600 Old Country Road-Suite 2011
Citibank Building
Garden City, NY 11530-2011
(516) 301-7776
(941) 870-2160 (Facsimile)
E-mail: gm3117@aol.com

Respectfully submitted,

By: /S/ Gary Marcus________________________

Gary Marcus, Esq. (3853)
Gary Marcus, Attorney at Law P.C.
Attorney for Plaintiff
600 Old Country Road-Suite 2011
Citibank Building
Garden City, NY 11530-2011
(516) 301-7776
(941) 870-2160 (Facsimile)

Dated: May 9, 2006

To: Peter D. Keisler
Assistant Attorney General

David M. Cohen
Director

Mark A. Melnick
Assistant Director

Leslie Cayer Ohta
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street NW
Washington, D.C. 20530

Attorneys for Defendant