**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**DIE CASTERS INTERNATIONAL, INC.,**

Plaintiff,

- against -

**UNITED STATES OF AMERICA**,

Defendant.

**NO. 04-1113C**
(Judge Braden)
Revised Notice of Change of Address

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**PLAINTIFF'S COUNSEL'S REVISED NOTICE OF CHANGE OF ADDRESS**

Pursuant to Rule 83.1 (c) (3) of the Rules of the United States Court of Federal Claims, Gary Marcus, The Attorney of Record for the Plaintiff hereby gives this revised notice of his change of address. Gary Marcus' new address is:

Gary Marcus, Esq.
Gary Marcus, Attorney at Law P.C.
600 Old Country Road-Suite 241
Garden City, NY 11530-2011
(516) 301-7776
(941) 870-2160 (Facsimile)
E-mail: gm3117@aol.com

Respectfully submitted,

By: /S/ Gary Marcus
Gary Marcus, Esq. (3853)
Gary Marcus, Attorney at Law P.C.
Attorney for Plaintiff
600 Old Country Road-Suite 241
Garden City, NY 11530-2011
(516) 301-7776
(941) 870-2160 (Facsimile)

Dated: May 9, 2006

To: Peter D. Keisler
Assistant Attorney General

David M. Cohen
Director

Mark A. Melnick
Assistant Director

Leslie Cayer Ohta
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street NW
Washington, D.C. 20530

Attorneys for Defendant