IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIE CASTERS INTERNATIONAL, INC., Plaintiff, | ) | No. 04-1113C |
| v. | ) | (Judge Braden) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S MOTION FOR COSTS

Defendant respectfully moves for an award of the costs incurred in connection with presenting the trial testimony of The Honorable Vitaly I. Maiko, Deputy Minister of the Verkhovna Rada, the Ukrainian Parliament, regarding his knowledge of the contract at issue. Mr. Maiko was the General Director of Burevestnik, the proposed joint venture partner of the plaintiff, Die Casters International, Inc. ("DCI"). The Mr. Maiko testified by video conferencing on November 18, 2005. This motion is supported by the declaration of Todd Lester and the summary of costs incurred.

On September 28, 2006, this Court entered judgment in favor of the United States and against plaintiff. The Court noted in that decision that the Government in its answer to DCI's complaint, sought such "further relief as the Court may deem just and proper." The Court also found that the Government was required to secure the live testimony of Mr. Maiko through video conferencing because of DCI's insistence that his live testimony was absolutely critical to DCI's case. Further, the Court found that the entire undertaking involving the taking of Mr. Maiko's testimony by video conferencing was a "charade."

The Government, therefore, seeks an order compelling DCI to reimburse the Government the $5,145.00 in costs it incurred in obtaining the live testimony of Mr. Maiko. The costs are

documented in the declaration of Todd Lester and in the summary of costs filed as attachments to this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick.
MARK A. MELNICK
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

October 19, 2005

Attorneys for Defendant