IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIE CASTERS INTERNATIONAL, INC., Plaintiff, v. THE UNITED STATES, Defendant. | ) ) ) ) ) ) ) ) ) | No. 04-1113C (Judge Susan G. Braden) |

DECLARATION OF TODD KEVIN LESTER
IN SUPPORT OF DEFENDANT'S MOTION FOR COSTS

1. I am a Director with Navigant Consulting, Inc. ("Navigant Consulting"). Navigant Consulting is a management and business consulting firm that specializes in providing various accounting, financial, economic and project management consulting services to clients and client companies, including providing assistance in resolving business problems and disputes, many of which involve parties in litigation.

2. The information in this declaration is based upon my own personal knowledge and based upon information contained in Navigant's business records generated as a result of my involvement in the litigation of this case.

3. In July 2005, Navigant Consulting was retained by Department of Justice to provide consulting services and litigation support services in connection with a complaint filed by Die Casters International, Inc. ("DCI") in connection with Contract No. DNA001-95-C-0169 ("Contract").

4. As a Director and testifying expert for Navigant Consulting, I had authority for managing professionals at my firm acting under my direct supervision that assisted me on this matter, including the preparation and submission of invoices to the Government for payment for our services. Navigant Consulting also was responsible for the retention of other consulting experts

as deemed necessary by the Government, including the retention of the services of Chadbourne & Parke LLP ("Chadbourne & Parke"), a law firm with offices in Kiev, Ukraine which provided assistance on various aspects in this matter.

6. Throughout the latter half of 2005, including during trial in November 2005, Navigant Consulting provided the referenced consulting services and litigation support to the Government. Those services included providing assistance to the Government in its efforts to call The Honorable Vitaly I. Maiko, Deputy Minister of the Verkhovna Rada (the Ukrainian Parliament) as a witness regarding his knowledge as the former General Director of Burevestnik from May 1997 through July 2002. More specifically, Navigant Consulting assisted in the Government's efforts to secure a Declaration from Mr. Maiko as well as to secure the live appearance of Mr. Maiko via video conference at trial.

7. Navigant Consulting's assistance included arranging for the necessary electronic equipment to be available with the Court; coordinating with Chadbourne & Parke personnel (who provided the location and video conferencing capability in Kiev, Ukraine); coordinating with the Court and Chadbourne & Parke to test the electronic capabilities necessary for the video conference prior to trial; coordinating with the Government regarding the preparation and schedule for Mr. Maiko's testimony; and coordinating with Mr. Maiko to ensure his preparation and understanding of the process as well as his availability for testimony given that the Ukrainian Parliament was in session at that time. In addition, given that neither Mr. Maiko nor any of his assistants spoke English, Navigant Consulting provided translation services between the respective parties as necessary.

8. Pursuant to a request from the Government counsel, I have prepared a summary of time spent by Navigant Consulting and Chadbourne & Parke personnel in the weeks leading up to

trial in coordinating to provide the video conference capability and testimony of Mr. Maiko. The process of coordinating with the Court, Chadbourne & Parke and Mr. Maiko was fairly lengthy and required a significant amount of time and effort from the parties involved including the efforts of the Court and Department of Justice personnel who assisted in this matter.

9. During the period from October 19, 2005 through November 17, 2005, the date of Mr. Maiko's testimony before the Court, Navigant Consulting and Chadbourne & Parke personnel incurred a combined 23.3 hours of time in arranging and coordinating the video conference and testimony of Mr. Maiko. The referenced hours were billed to the Government at the applicable billing rates for the respective individuals involved and totaled $5,145.00. A detailed summary of the hours and costs incurred are provided in Exhibit I.

10. It is important to note given Chadbourne & Parke's assistance on other aspects of this case, that they did not bill the U.S. Government for any equipment or facility costs associated with the use of their video conferencing technology or their office space during Mr. Maiko's testimony. In addition, I did not quantify the out-of-pocket costs associated with the numerous telephone calls made to the Ukraine and Mr. Maiko during this period, as these costs were absorbed by Navigant Consulting and not billed to the U.S. Government.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of October 2006.

Todd Kevin Lester