NAVIGANT CONSULTING

EXHIBIT I

Services Provided to the U.S. Department of Justice Regarding:

***Die Casters International, Inc. v. United States***

Detail of Professional Fees by Person and Description of Services Regarding
Efforts to Arrange and Coordinate the Video Conference and Testimony of Vitaly Maiko from Kiev, Ukraine

| Date | Individual | Title | Company | Hours | Rate | Fees | Description of Services |
|---|---|---|---|---|---|---|---|
| 10/19/06 | Rob Peterson | Director | Navigant Consulting | 0.50 | $ 270 | $ 135.00 | Discussions with Counsel and T. Lester regarding need for video conferencing of V. Maiko's testimony from Kiev, Ukraine. |
| 10/19/06 | Todd Lester | Director | Navigant Consulting | 0.25 | $ 300 | $ 75.00 | Discussions with Counsel and R. Peterson regarding need for video conferencing of V. Maiko's testimony from Kiev, Ukraine. |
| 10/19/06 | Todd Lester | Director | Navigant Consulting | 1.50 | $ 300 | $ 450.00 | Research of various options for video conferencing from Ukraine. |
| 10/19/06 | Ana Dovgaliova | Sr. Consultant | Navigant Consulting | 2.50 | $ 170 | $ 425.00 | Research of various options for video conferencing from Ukraine. |
| 10/20/06 | Todd Lester | Director | Navigant Consulting | 0.25 | $ 300 | $ 75.00 | Discussion with J. Johnson (Chadbourne & Parke LLP) regarding video conferencing from Ukraine. |
| 10/20/06 | Jaroslawa Johnson | Partner | Chadbourne & Parke | 0.25 | $ 475 | $ 118.75 | Discussion with T. Lester regarding Chadbourne & Parke capabilities for video conferencing witness testimony at trial. |
| 10/31/06 | Todd Lester | Director | Navigant Consulting | 0.20 | $ 300 | $ 60.00 | Discussion with J. Johnson confirming use of Chadbourne & Parke facilities for video conferencing the testimony of Vitaly Maiko. |
| 10/31/06 | Jaroslawa Johnson | Partner | Chadbourne & Parke | 0.20 | $ 475 | $ 95.00 | Discussion with T. Lester confirming use of Chadbourne & Parke facilities for video conferencing the testimony of Vitaly Maiko. |
| 11/02/06 | Rob Peterson | Director | Navigant Consulting | 0.50 | $ 270 | $ 135.00 | Internal discussions and discussions with Counsel regarding the electronic capabilities of the court and specific needs for video conferencing. |
| 11/02/06 | Todd Lester | Director | Navigant Consulting | 0.25 | $ 300 | $ 75.00 | Internal discussions regarding the electronic capabilities of the court and specific needs for video conferencing. |
| 11/02/06 | Ana Dovgaliova | Sr. Consultant | Navigant Consulting | 0.25 | $ 170 | $ 42.50 | Coordination of trial preparation and video conferencing of Vitaly Maiko from Ukraine. |

NAVIGANT CONSULTING

EXHIBIT I

Services Provided to the U.S. Department of Justice Regarding:

***Die Casters International, Inc. v. United States***

Detail of Professional Fees by Person and Description of Services Regarding
Efforts to Arrange and Coordinate the Video Conference and Testimony of Vitaly Maiko from Kiev, Ukraine

| Date | Individual | Title | Company | Hours | Rate | Fees | Description of Services |
|---|---|---|---|---|---|---|---|
| 11/02/06 | Todd Lester | Director | Navigant Consulting | 0.25 | $ 300 | $ 75.00 | Conference call with Vitaly Maiko to confirm his availability for testimony by video conference. |
| 11/03/06 | Ana Dovgaliova | Sr. Consultant | Navigant Consulting | 0.25 | $ 170 | $ 42.50 | Coordination of trial preparation and video conferencing of Vitaly Maiko from Ukraine. |
| 11/04/06 | Ana Dovgaliova | Sr. Consultant | Navigant Consulting | 1.50 | $ 170 | $ 255.00 | Coordination of trial preparation and video conferencing of Vitaly Maiko from Ukraine. |
| 11/08/06 | Mark Turner | Sr. Consultant | Navigant Consulting | 0.50 | $ 150 | $ 75.00 | Coordination with DOJ Specialist and Court personnel regarding the need for video conferencing equipment in the court room. |
| 11/08/06 | Rob Peterson | Director | Navigant Consulting | 0.50 | $ 270 | $ 135.00 | Internal discussions regarding electronic capabilities of the court room and needs during trial for video conferencing of witnesses. |
| 11/09/06 | Mark Turner | Sr. Consultant | Navigant Consulting | 1.50 | $ 150 | $ 225.00 | Meeting with Court's IT Administrator to review the set up of the electronic courtroom and procedures for establishing video conferencing testimony for witnesses. |
| 11/09/06 | Rob Peterson | Director | Navigant Consulting | 1.50 | $ 270 | $ 405.00 | Meeting with the Court's IT Administrator to review the set up of the electronic courtroom and procedures for establishing video conferencing testimony for witnesses. |
| 11/09/06 | Rob Peterson | Director | Navigant Consulting | 0.75 | $ 270 | $ 202.50 | Internal discussions regarding electronic capabilities of the court room and needs during trial for video conferencing of witnesses. |
| 11/09/06 | Todd Lester | Director | Navigant Consulting | 0.75 | $ 300 | $ 225.00 | Internal discussions regarding electronic capabilities of the court room and needs during trial for video conferencing of witnesses. |
| 11/09/06 | Rob Peterson | Director | Navigant Consulting | 0.50 | $ 270 | $ 135.00 | Discussion with Counsel regarding status of setting up electronic court room and providing for video conferencing of witnesses. |

NAVIGANT CONSULTING

EXHIBIT I

Services Provided to the U.S. Department of Justice Regarding:

***Die Casters International, Inc. v. United States***

Detail of Professional Fees by Person and Description of Services Regarding
Efforts to Arrange and Coordinate the Video Conference and Testimony of Vitaly Maiko from Kiev, Ukraine

| Date | Individual | Title | Company | Hours | Rate | Fees | Description of Services |
|---|---|---|---|---|---|---|---|
| 11/10/06 | Todd Lester | Director | Navigant Consulting | 0.25 | $ 300 | $ 75.00 | Internal discussions and discussions with Counsel regarding the availability of electronic equipment and the timing of the witness testimony for video conference. |
| 11/10/06 | Rob Peterson | Director | Navigant Consulting | 0.25 | $ 270 | $ 67.50 | Internal discussions and discussions with Counsel regarding the availability of electronic equipment and the timing of the witness testimony for video conference. |
| 11/10/06 | Mark Turner | Sr. Consultant | Navigant Consulting | 0.25 | $ 150 | $ 37.50 | Discussions with the Court's IT Administrator to confirm the need for special equipment in the courtroom and estimated time and date of the video conference. Further discussion with DOJ Specialist regarding the same. |
| 11/10/06 | Todd Lester | Director | Navigant Consulting | 0.25 | $ 300 | $ 75.00 | Meeting with T. Lester confirming need to use Chadbourne & Parke's offices for video conference of Vitaly Maiko testimony and identification of IT contact in Ukraine, Sergiy Timofeev. |
| 11/10/06 | Jaroslawa Johnson | Partner | Chadbourne & Parke | 0.25 | $ 475 | $ 118.75 | Meeting with T. Lester confirming need to use Chadbourne & Parke's offices for video conference of Vitaly Maiko testimony and identification of IT contact in Ukraine, Sergiy Timofeev. |
| 11/11/06 | Mark Turner | Sr. Consultant | Navigant Consulting | 0.50 | $ 150 | $ 75.00 | Further review and discussions regarding video conferencing and capabilities of the courtroom in preparation for trial. |
| 11/12/06 | Mark Turner | Sr. Consultant | Navigant Consulting | 0.50 | $ 150 | $ 75.00 | Further review and discussions regarding video conferencing and capabilities of the courtroom in preparation for trial. |
| 11/13/06 | Mark Turner | Sr. Consultant | Navigant Consulting | 0.50 | $ 150 | $ 75.00 | Further review and discussions regarding video conferencing and capabilities of the courtroom in preparation for trial. |
| 11/15/06 | Ana Dovgaliova | Sr. Consultant | Navigant Consulting | 0.50 | $ 170 | $ 85.00 | Calls to Vitaly Maiko to confirm time and place for video conference of his testimony during the trial. |

NAVIGANT CONSULTING

EXHIBIT I

Services Provided to the U.S. Department of Justice Regarding:

***Die Casters International, Inc. v. United States***

Detail of Professional Fees by Person and Description of Services Regarding
Efforts to Arrange and Coordinate the Video Conference and Testimony of Vitaly Maiko from Kiev, Ukraine

| Date | Individual | Title | Company | Hours | Rate | Fees | Description of Services |
|---|---|---|---|---|---|---|---|
| 11/15/06 | Todd Lester | Director | Navigant Consulting | 0.50 | $ 300 | $ 150.00 | Discussion with Vitaly Maiko regarding preparation for his testimony at trial and confirming the date, time and place. |
| 11/15/06 | Todd Lester | Director | Navigant Consulting | 0.20 | $ 300 | $ 60.00 | Discussion with J. Johnson regarding technical specifications of Court's video hook-up for purposes of evaluating compatibility with the Chadbourne & Parke system. |
| 11/15/06 | Jaroslawa Johnson | Partner | Chadbourne & Parke | 0.20 | $ 475 | $ 95.00 | Discussion with T. Lester regarding technical specifications of Court's video hook-up for purposes of evaluating compatibility with the Chadbourne & Parke system. |
| 11/15/06 | Mark Turner | Sr. Consultant | Navigant Consulting | 0.50 | $ 150 | $ 75.00 | Discussion with Chadbourne & Parke IT Administrator, Sergiy Timofeev, regarding setup and test run of video conference. |
| 11/16/06 | Ana Dovgaliova | Sr. Consultant | Navigant Consulting | 0.50 | $ 170 | $ 85.00 | Calls to Vitaly Maiko to confirm time and place for video conference of his testimony during the trial. |
| 11/16/06 | Mark Turner | Sr. Consultant | Navigant Consulting | 1.50 | $ 150 | $ 225.00 | Meeting with Court IT Administrator, including Sergiy Timofeev by phone, before trial to test the video conference equipment. |
| 11/17/06 | Ana Dovgaliova | Sr. Consultant | Navigant Consulting | 0.50 | $ 170 | $ 85.00 | Calls to Vitaly Maiko to confirm time and place for video conference of his testimony during the trial. |
| 11/17/06 | Mark Turner | Sr. Consultant | Navigant Consulting | 1.50 | $ 150 | $ 225.00 | Meeting with Court IT Administrator, including Sergiy Timofeev by phone, to assist in setting up for video conference during trial. |
| ***Total Hours/Fees*** | | | | **23.30** | | **$ 5,145.00** | |