# In the United States Court of Federal Claims

**No. 04-1113 C**

**DIE CASTERS INTERNATIONAL, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Memorandum Opinion and Final Judgment, filed November 30, 2006, and the court's Published Opinion, filed September 28, 2006,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that counts one through four of the complaint are dismissed, and count five of the amended complaint is dismissed. Costs are awarded to the Government in the amount of $5,145.00.

Brian Bishop
Clerk of Court

**November 30, 2006** By: s/ Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.