#066066

ORIGINAL

Form 2

**FORM 2. Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or Order of the Court of Federal Claims**

FILED
JAN 26 2007
U.S. COURT OF FEDERAL CLAIMS

## Court of Federal Claims

Case Number 04-1113 C

DIE CASTERS INTERNATIONAL, INC., Plaintiff,

v. **NOTICE OF APPEAL**

United States, Defendant.

Notice is hereby given that Die Casters International, Inc. (name all parties* taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the final judgment ~~(from the final judgment) ((from an order) (describe the order)~~) entered in this action on November 30, 2006 (date).

(Signature of appellant or attorney)
Gary Marcus, Esq.
600 Old Country Rd. - Suite 241
Garden City, NY 11530

(Address of appellant or attorney)

Reset Fields

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.