NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

FILED
DEC 3 2007
U.S. COURT OF FEDERAL CLAIMS

2007-5053

DIE CASTERS INTERNATIONAL, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

# Judgment

*ON APPEAL from the* UNITED STATES COURT OF FEDERAL CLAIMS

*in CASE NO(S).* 04-CV-1113

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
OCT - 9 2007
JAN HORBALY CLERK

*This CAUSE having been heard and considered, it is*

*ORDERED and ADJUDGED:*

Per Curiam (SCHALL, Circuit Judge, CLEVENGER, Senior Circuit Judge, and MOORE, Circuit Judge.)

AFFIRMED. See Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*

*DATED* OCT - 9 2007

*Jan Horbaly, Clerk*

Issued as Mandate: NOV 3 0 2007

COSTS:
Printing ........................ $366.88
Total ........................ $366.88

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: Date: 12/3/07

RECEIVED
OCT 19 2007
United States Court of Appeals
For The Federal Circuit

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT
OCT 19 2007
JAN HORBALY
CLERK

BILL OF COSTS (File original and three copies with the Clerk within 14 days of judgment)

Docket No(s): 2007-5053 Caption: Die Casters International, Inc. v. United States

The Clerk is requested to tax the following costs against: Die Casters International, Inc. Appellant

| ITEM | Number of Copies | Number of Pages | Actual Cost | Allowable Cost | Total Billed | Total Taxed |
|---|---|---|---|---|---|---|
| Docketing Fee (if paid in this court) | xxxxx | xxxxx | | | | |
| Table of Designated Materials (original) | xxxxx | xxxxx | 6.00 | 6.00 | | |
| Table or Compilation of Designated Materials (copying and collating) | xxxxx | xxxxx | 0.08 | 0.08 | | |
| Brief (original) | xxxxx | 46 | 6.00 | 6.00 | 276.00 | |
| Brief (cover and binding) | 16 | xxxxx | 2.00 | 2.00 | 32.00 | |
| Brief (copying and collating) | 16 | 46 | 0.08 | 0.08 | 58.88 | |
| Appendix (original - table of contents) | xxxxx | N/A | 6.00 | 6.00 | | |
| Appendix (covers and binding) | N/A | xxxxx | N/A | 2.00 | | |
| Appendix (copying and collating) | 16 | | 0.08 | 0.08 | | |
| Reply Brief (original) | xxxxx | N/A | 6.00 | 6.00 | | |
| Reply Brief (covers and binding) | N/A | xxxxx | | 2.00 | | |
| Reply Brief (copying and collating) | N/A | N/A | 0.08 | 0.08 | | |
| Other (describe):2 Letter Briefs w/attch | N/A | N/A | 0.08 | 0.08 | | |
| GRAND TOTALS | | | | | $366.88 | 366.88 |

Cet 12/3/07

City/County of Washington, District of Columbia

I, Leslie Cayer Ohta, swear under penalty of perjury that the services for which costs are taxed were necessarily performed. Copies of this bill were served on all parties. The certificate of service is attached.

Signature: [signature] Date: October 19, 2007 Attorney for: United States, Appellee

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By: [signature] Date: 12/3/07

<u>CERTIFICATE OF SERVICE</u>

I certify that on 19th day of October, 2007, I caused to be served by United States mail copies of Bill of Costs addressed as follows:

Gary Marcus, Esq.
600 Old Country Road, Suite 241
Garden City, NY 11530

Sue Smith
___________________________

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-5053

DIE CASTERS INTERNATIONAL, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Gary Marcus, Gary Marcus Attorney At Law, P.C., of Garden City, New York, argued for plaintiff-appellant.

Leslie Cayer Ohta, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief were Peter D. Keisler, Acting Attorney General, Jeanne E. Davidson, Director, and Bryant G. Snee, Deputy Director.

Appealed from: United States Court of Federal Claims

Judge Susan G. Braden

NOTE: This disposition is nonprecedential.

# *United States Court of Appeals for the Federal Circuit*

2007-5053

DIE CASTERS INTERNATIONAL, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

# *Judgment*

*ON APPEAL from the* UNITED STATES COURT OF FEDERAL CLAIMS

*in CASE NO(S).* 04-CV-1113

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
OCT - 9 2007
JAN HORBALY
CLERK

*This CAUSE having been heard and considered, it is*

*ORDERED and ADJUDGED:*

Per Curiam (SCHALL, Circuit Judge, CLEVENGER, Senior Circuit Judge, and MOORE, Circuit Judge.)

AFFIRMED. See Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*

*DATED* OCT - 9 2007

*Jan Horbaly, Clerk*

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: Date: 12/3/07